| | |
|---|---|
| James J. Elacqua (SBN 187897) | Gregory P. Stone (SBN 078329) |
| E-mail: JElacqua@dbllp.com | E-mail: Gregory.Stone@mto.com |
| Jeannine Yoo Sano (SBN 174190) | MUNGER TOLLES & OLSON LLP |
| E-mail: JSano@dbllp.com | 355 South Grand Avenue, 35th Floor |
| DEWEY BALLANTINE LLP | Los Angeles, California 90071-1560 |
| 1950 University Avenue, Suite 500 | Telephone: (213) 683-9100 |
| East Palo Alto, California 94303-2225 | Facsimile: (213) 687-3702 |
| Telephone: (650) 845-7200 | |
| Facsimile: (650) 845-7333 | Burton A. Gross (SBN 166285) |
| | E-mail: Burton.Gross@mto.com |
| Kevin S. Kudlac (admitted *pro hac vice*) | Peter A. Detre (SBN 182619) |
| E-mail: KKudlac@dbllp.com | E-mail: Peter.Detre@mto.com |
| Pierre J. Hubert (admitted *pro hac vice*) | MUNGER TOLLES & OLSON LLP |
| E-mail: PHubert@dbllp.com | 560 Mission Street, 27th Floor |
| Brian K. Erickson (admitted *pro hac vice*) | San Francisco, California 94105 |
| E-mail: BErickson@dbllp.com | Telephone: (415) 512-4000 |
| DEWEY BALLANTINE LLP | Facsimile: (415) 512-4077 |
| 401 Congress Avenue, Suite 3200 | |
| Austin, Texas 78701 | |
| Telephone: (512) 226-0300 | |
| Facsimile: (512) 226-0333 | |

Attorneys for Plaintiff
Rambus Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC., | *E-FILED - 10/5/05* |
| Plaintiff, | Case No. C 05 00334 RMW |
| v. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF INOTERA MEMORIES, INC. AND WITHDRAWAL OF MOTION TO DISMISS AND ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| INOTERA MEMORIES, INC., | |
| Defendants. | |

1   Plaintiff Rambus Inc. and Defendant Inotera Memories, Inc. hereby STIPULATE and
2   AGREE that all claims in Rambus' First Amended Complaint for Patent Infringement and Jury
3   Demand, filed June 6, 2005, shall be and hereby are dismissed as to Inotera Memories, Inc.
4   without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own attorneys'
5   fees and costs.  Accordingly, Rambus and Inotera respectfully request that the Court enter an
6   Order to that effect.  Rambus' claims against the other Defendants are not affected and remain
7   pending.  Rambus and Inotera further stipulate and request that the Court vacate the hearing
8   scheduled for October 14, 2005 on Inotera's pending motion to dismiss, which is hereby
9   withdrawn.

Respectfully submitted,

Dated: September 21, 2005           DEWEY BALLANTINE LLP

By: __/S/_____
    Jeannine Sano

Attorneys for
RAMBUS INC.

Dated: September 21, 2005           ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ___/S/_____
    Vickie L. Feeman

Attorneys for
INOTERA MEMORIES, INC.

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

-2-
Stipulation of Dismissal Without Prejudice of Inotera Memories, Inc. and
Proposed Order
Case No. C 05 00334 RMW

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,
2  I attest under penalty of perjury that concurrence in the filing of the document has been obtained
3  from Vickie Feeman.

Dated: September 21, 2005                    DEWEY BALLANTINE LLP


                                             By: _/S/_____
                                                  Jeannine Sano
                                                  Attorneys for RAMBUS INC.


IT IS SO ORDERED.

DATED: __Oct. 5_____, 2005


                                             ____/S/ RONALD M. WHYTE_____
                                             The Honorable Ronald M. Whyte
                                             United States District Court Judge

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225