1  (All Parties listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 10/6/05*

| | |
|---|---|
| RAMBUS INC., | Case No. C-05-00334-RMW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, FIRST DATE TO SERVE DISCOVERY AND INITIAL DISCLOSURES, AND DATE TO FILE JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| INOTERA MEMORIES, INC., | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, FIRST DATE TO SERVE DISCOVERY AND INITIAL DISCLOSURES, AND DATE TO FILE JOINT CASE MANAGEMENT STATEMENT

CASE NO. C-05-00334-RMW

1  The parties, through their undersigned counsel, hereby request and stipulate that the date of the Case Management Conference in this action, currently scheduled for September 2, 2005, be continued to October 28, 2005 at 10:30 A.M., and that it be heard concurrently with the case management conference in related case, *Rambus Inc. v. Samsung Semiconductor, Inc. et al.*, Case No. C-05-02298-RMW.

The parties, through their undersigned counsel, have further agreed and request that the first date to serve discovery and the date to serve initial disclosures be set on October 13, 2005; and

that the due date for filing the Joint Case Management Statement, currently scheduled for August 26, 2005, be continued to October 21, 2005.

Respectfully submitted:

Dated: August 25, 2005                    WEIL, GOTSHAL & MANGES LLP

By: /S/ Edward Reines
Edward R. Reines (Bar No. 135960)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

| | | |
|---|---|---|
| 1 | Dated: August 25, 2005 | DEWEY BALLANTINE LLP |
| 2 | | |
| 3 | | By: /S/ Jeannine Sano |
| 4 | | Jeannine Yoo Sano (Bar. No. 174190)<br>DEWEY BALLANTINE LLP |
| 5 | | 1950 University Avenue, Suite 500<br>East Palo Alto, California  94303 |
| 6 | | Telephone: (650) 845-7250<br>Facsimile: (650) 845-7333 |
| 7 | | Attorneys for Plaintiff<br>RAMBUS INC. |
| 8 | | |
| 9 | Dated: August 25, 2005 | TOWNSEND and TOWNSEND and CREW LLP |
| 10 | | |
| 11 | | By: /S/ Theodore Brown |
| 12 | | Theodore G. Brown, III (SBN 73531)<br>TOWNSEND and TOWNSEND and CREW LLP |
| 13 | | 379 Lytton Avenue<br>Palo Alto, California  94301 |
| 14 | | Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 |
| 15 | | Attorneys for Defendants<br>HYNIX SEMICONDUCTOR INC., |
| 16 | | HYNIX SEMICONDUCTOR AMERICA INC., HYNIX |
| 17 | | SEMICONDUCTOR MANUFACTURING AMERICA |
| 18 | | INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX |
| 19 | | SEMICONDUCTOR DEUTSCHLAND GmbH |

| | | |
|---|---|---|
| 1 | Dated: August 25, 2005 | ORRICK HERRINGTON & SUTCLIFFE LLP |

By: /S/ Vickie Feeman
Vickie L. Feeman (SBN 177487)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., AND INOTERA MEMORIES, INC.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jeannine Sano, Theodore G. Brown, III, and Vickie Feeman.

Dated: August 25, 2005                WEIL, GOTSHAL & MANGES LLP

By: /S/ Edward Reines
Edward R. Reines
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 6, 2005

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Judge