DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304-1106

1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*E-FILED - 3/9/06*

|  |  |
|---|---|
| RAMBUS INC., | Case No. C 05 00334 RMW |
| Plaintiff and Counter-Defendant, | **ORDER GRANTING WITHDRAWAL OF JAMES J. ELACQUA AS COUNSEL OF RECORD FOR RAMBUS INC.** |
| vs. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| Defendants and Counter-Plaintiffs. | |

///

///

///

ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD
Case No. C 05 00334 RMW

IT IS HEREBY ORDERED that the Motion for Withdrawal of Counsel of Record, James J. Elacqua, is GRANTED.

IT IS SO ORDERED.

Dated:   3/9/06

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE
United States District Court Judge

**CERTIFICATE OF SERVICE**

I am employed in the State of California, over the age of eighteen years, and not a party to the within action. My business address is Dechert LLP, 1117 California Avenue, Palo Alto, California 94304-1106. On March 6, 2006, I served the within documents:

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF JAMES J. ELACQUA AS COUNSEL OF RECORD FOR RAMBUS INC.**

as follows:

☐ I sent such document from facsimile machine on March 6, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Palo Alto, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I am readily familiar with Dechert's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

☐ I served the above-referenced document(s) via electronic transmission to the email address of the addressee(s) as indicated below.

Daniel J. Furniss
Theodore G. Brown, III
Jordan Trent Jones
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301-1431
Telephone:     (650) 326-2400
Facsimile:      (650) 326-2422

Patrick Lynch
Kenneth R. O'Rourke
O'Melveny & Mysers LLP
400 South Hope Street, Suite 1060
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Kenneth L. Nissly
Susan van Keulen
Thelen Reid & Priest LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA  95113-1723
Telephone:  (408) 292-5800
Facsimile: (408) 287-8040

Geoffrey H. Yost
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3606
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

| | |
|---|---|
| Vickie L. Feeman<br>Jason S. Sheffield<br>Kai Tseng<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 614-7400<br>Facsimile:  (650) 614-7401 | Matthew D. Powers<br>Edward R. Reines<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone:  (650) 802-3000<br>Facsimile:  (650) 802-3100 |
| David J. Healey<br>Anita E. Kadala<br>Weil, Gotshal & Manges LLP<br>700 Louisiana, Suite 77002<br>Telephone:  (713) 546-5000<br>Facsimile:  (713) 224-9511 | David C. Radulescu<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007 |
| Brian C. Riopelle<br>McGuire Woods, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia  23219-4030<br>Telephone:  (804) 775-1000<br>Facsimile:  (804) 775-1061 | Burton A. Gross<br>Peter A. Detre<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105-2907<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077 |
| Gregory P. Stone<br>Munger, Tollles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Telephone:  (213) 683-9100<br>Facsimile:  (213) 687-3702 | Pierre J. Hubert<br>Craig N. Tolliver<br>Brian K. Erickson<br>Dewey Ballantine LLP<br>401 Congress Avenue, Suite 3200<br>Austin, Texas  78701<br>Telephone:  (512) 226-0300<br>Facsimile:  (512) 226-0333 |
| Jeannine Yoo Sano<br>Dewey Ballantine LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA  94303-2225<br>Telephone:  (650) 845-7000<br>Facsimile:  (650) 845-7333 | David M. Stockwell<br>Mark Shean<br>Orrick Herrington & Sutcliffe LLP<br>4 Park Plaza, Suite 1600<br>Irvine, CA  92514-2558<br>Telephone:  (949) 567-6700<br>Facsimile:  (949) 567-6710 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

1    I declare that I am employed in the office of a member of the bar of this court at whose
2    direction the service was made.
3    Executed on March 6, 2006, at Palo Alto, California.

/s/ Margit Phillips
Margit Phillips

-5-
[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD
Case No. C 05 00334 RMW