1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

\*E-FILED - 6/15/06\*

| | |
|---|---|
| RAMBUS, INC., | Case No. C 05-00334 RMW |
| Plaintiff, | **ORDER TO STAY THE PROCEEDINGS** |
| v. | |
| HYNIX SEMICONDUCTOR, INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | Hon. Ronald M. Whyte<br>Courtroom 6, 4th Floor |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, and NANYA TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |

For the reasons set forth on the record on March 3, 2006,

IT IS HEREBY ORDERED

1. Rambus's motion to dismiss Samsung's amended counterclaims will proceed as scheduled.

2. Rambus's responses to Hynix and Nanya's counterclaims, except as stayed, are due June 20, 2006.

3. All other proceedings in this case are stayed until May 31, 2006, and the parties' responses to pending discovery responses are due June 30, 2006.

4. On June 2, 2006, the parties shall submit an updated Case Management Conference statement.

5. On June 9, 2006, at 10:30 a.m., a Case Management Conference will be held.

IT IS SO ORDERED.

DATED:    6/15/06

/S/ RONALD M. WHYTE

Honorable Ronald M. Whyte
United States District Court Judge

ORDER TO STAY THE PROCEEDINGS

1

Case No.  C 05-00334 RMW
SV1:\242670\01\578%01!.DOC\71868.0003