DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | *E-FILED - 1/22/07* |
| Plaintiff, | Case No. C 05 00334 RMW |
| v. | [] ORDER GRANTING WITHDRAWAL OF SAXON NOH |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the request for withdrawal of Saxon Noh as counsel of record for Rambus Inc. in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: _____1/22/07_____

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge