1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**     *E-FILED - 5/2/07*

RAMBUS INC.,

     Plaintiff,

   v.

HYNIX SEMICONDUCTOR INC., HYNIX
SEMICONDUCTOR AMERICA INC., HYNIX
SEMICONDUCTOR MANUFACTURING
AMERICA INC., et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. C 05-00334 RMW

[]
**ORDER GRANTING
WITHDRAWAL OF SKADDEN,
ARPS, SLATE, MEAGHER &
FLOM LLP**

   IT IS HEREBY ORDERED that the request for withdrawal of Skadden, Arps, Slate,

Meagher & Flom LLP as counsel of record for Rambus Inc. in the above-entitled action is

GRANTED.

   **IT IS SO ORDERED**.

Dated: ___5/2/07_____

_Ronald M. Whyte_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

235411

1