Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: *gregory.stone@mto.com;*
*steven.perry@mto.com*

Burton A. Gross (SBN 166285)
Peter A. Detre (SBN 182619)
Carolyn Hoecker Luedtke (SBN 207976)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: *burton.gross@mto.com;*
*peter.detre@mto.com;*
*carolyn.luedtke@mto.com*

Jeannine Yoo Sano (SBN 174190)
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone: (650) 845-7200
Facsimile: (650) 845-7333
Email: *jsano@deweyballantine.com*

Attorneys for Plaintiff
RAMBUS INC.

*E-FILED - 6/6/07*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | Case No. C 05 00334 RMW<br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF<br>(1) JEANNINE SANO; (2) DAVID VONDLE; AND (3) DEWEY BALLANTINE LLP |

1  NANYA TECHNOLOGY CORPORATION,
   NANYA TECHNOLOGY CORPORATION
2  U.S.A.,

3              Defendants.

4

5       IT IS HEREBY ORDERED that the request for withdrawal of Jeannine Sano, David

6  Vondle, and Dewey Ballantine LLP as counsel of record for Rambus Inc. in the above-entitled

7  action is GRANTED.

8       IT IS SO ORDERED.

9  Dated:  6/6/07

10                                              *signature* Ronald M. Whyte
                                                HONORABLE RONALD M. WHYTE
11                                              United States District Court Judge

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225