**E-FILED on**   6/19/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br>        Plaintiff, <br><br>    v. <br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., <br><br>        Defendants. | No. C-05-00334 RMW <br><br>ORDER REGARDING RIGHT TO FILE AN AMENDED ANSWER AND COUNTERCLAIM <br><br>**[Re Docket No. 167]** |

      Plaintiff Rambus Inc. ("Rambus") has filed a proposed order to dismiss with prejudice the third counterclaim by defendants Nanya Technology Corporation and Nanya Technology Corporation U.S.A. ("Nanya"). Nanya filed its answer and counterclaims in this action on July 18,

ORDER REGARDING RIGHT TO FILE AN AMENDED ANSWER AND COUNTERCLAIM—No. C-05-0334 RMW
SPT

1  2005. It has not filed any amendments to its pleadings and Rambus has not answered the
2  counterclaims. On June 15, 2006 the court stayed this case.

3  The court previously heard oral argument on Rambus's motion to dismiss Nanya's third
4  counterclaim. Although a final order has not been issued, the court had tentatively ruled to grant
5  Rambus's motion without prejudice. Rambus submits that the counterclaim should be dismissed
6  with prejudice because Nanya has not yet amended its counterclaim. However, because a final order
7  has not yet issued, there is not yet a court ordered due date for an amended complaint. Moreover,
8  Nanya has a right to amend its counterclaims pursuant to Fed. R. Civ. P. 15(a) without leave of
9  court. The court notes that by letter dated May 29, 2007, Nanya has indicated that it intends to file
10 an amended answer and counterclaim in this action.

11 Accordingly, Rambus's proposed order dismissing Nanya's third counterclaim with prejudice
12 is denied.

14 DATED:      6/18/07                    *Ronald M Whyte*
15                                         RONALD M. WHYTE
                                            United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Jeannine Y. Sano | sanoj@howrey.com |
| Brian K. Erickson | berickson@dbllp.com |
| Burton Alexander Gross, Esq | Burton.Gross@mto.com |
| Carolyn Hoecker Luedtke | carolyn.luedtke@mto.com |
| Craig N. Tolliver | ctolliver@mckoolsmith.com |
| David C. Vondle | dvondle@akingump.com |
| Gregory P. Stone | gregory.stone@mto.com |
| Peter A. Detre | detrepa@mto.com |
| Pierre J. Hubert | phubert@mckoolsmith.com |
| Steven McCall Perry | steven.perry@mto.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jason Sheffield Angell | jangell@orrick.com |
| Theodore G. Brown, III | tgbrown@townsend.com |
| Vickie L. Feeman | vfeeman@orrick.com |
| Daniel J. Furniss | djfurniss@townsend.com |
| David J. Healey | david.healey@weil.com |
| Jordan Trent Jones | jtjones@townsend.com |
| Ana Elena Kadala | anita.kadala@weil.com |
| Patrick Lynch | plynch@omm.com |
| Kenneth L. Nissly | kennissly@thelenreid.com |
| Kenneth R. O'Rourke | korourke@omm.com |
| Matthew D. Powers | matthew.powers@weil.com |
| Edward R. Reines | Edward.Reines@weil.com |
| Mark Shean | mshean@orrick.com |
| Kaiwen Tseng | ktseng@orrick.com |
| Geoffrey H. Yost | gyost@thelenreid.com |
| Susan Gregory van Keulen | svankeulen@thelenreid.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     6/19/07                                     SPT
                                              **Chambers of Judge Whyte**

ORDER REGARDING RIGHT TO FILE AN AMENDED ANSWER AND COUNTERCLAIM—No. C-05-0334 RMW SPT
3