**E-FILED on** 7/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>    Defendants. | No. C-05-02298 RMW<br><br>ORDER CLARIFYING THE COURT'S JUNE 19, 2007 ORDER<br><br>**[Re Docket No. 152]** |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>    Defendants. | No. C-05-00334 RMW<br><br>**[Re Docket Nos. 244-245]** |

ORDER CLARIFYING THE COURT'S JUNE 19, 2007 ORDER
Nos. C-05-02298 RMW; C-05-00334 RMW

1   On June 19, 2007, this Court issued an order deferring ruling on Samsung's motion for summary judgment based on collateral estoppel (hereinafter the "June 2007 Order"). On June 29, 2007, Rambus submitted a motion seeking clarification of a phrase within this Court's description of the Samsung Virginia Case's background that Rambus contends is factually incorrect. Specifically, the June 2007 Order states that "[a]fter a three and one-half day bench trial, the court concluded that Rambus willfully and intentionally engaged in spoliation of evidence." Order at 4:12-14. This Court hereby clarifies its June 19, 2007 order to make clear that there was not a three and one-half day bench trial in the Samsung Virginia Case, but rather the Court was referring to the three and one-half day bench trial in the *Rambus v. Infineon* case, also in the Eastern District of Virginia.

IT IS HEREBY ORDERED THAT the phrase "After a three and one-half day bench trial" that appears on page 4, lines 12-13, of the June 19, 2007 Order shall be stricken.

DATED:   7      2  , 2007        By: *Ronald M Whyte*
                                      Hon. Ronald M. Whyte

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Craig N. Tolliver | ctolliver@mckoolsmith.com |
| Pierre J. Hubert | phubert@mckoolsmith.com |
| Brian K. Erickson | berickson@dbllp.com, |
| David C. Vondle | dvondle@akingump.com |
| Gregory P. Stone | gregory.stone@mto.com |
| Carolyn Hoecker Luedtke | luedtkech@mto.com |
| Peter A. Detre | detrepa@mto.com |
| Burton Alexander Gross | burton.gross@mto.com, |
| Steven McCall Perry | steven.perry@mto.com |
| Jeannine Y. Sano | sanoj@howrey.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Matthew D. Powers | matthew.powers@weil.com |
| David J. Healey | david.healey@weil.com |
| Edward R. Reines | edward.reines@weil.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     7/2/07                                    SPT
                                                    **Chambers of Judge Whyte**