E-FILED:  __7/16/07__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, | CASE NO. C 00-20905 RMW |
| | [PROPOSED] ORDER AND STIPULATION EXTENDING TIME |
| Plaintiffs, | |
| | Judge:   Hon Ronald M. Whyte |
| vs. | |
| RAMBUS INC., | |
| Defendant. | |
| RAMBUS INC., | CASE NO. C 05-00334 RMW |
| Plaintiff, | |
| vs. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |
| RAMBUS INC., | CASE NO. C 05-02298 RMW |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RAMBUS INC.,

        Plaintiff,

   vs.

MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS,
INC.,

        Defendants.

CASE NO. C 06-00244 RMW

## STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME

Whereas the Court entered a Joint Case Management Order ("CMO") on April 24, 2007;

Whereas the CMO provides that July 20, 2007 is the date on which the party or parties with the burden of proof on an issue is required to provide an expert report on that issue;

Whereas the CMO set August 17, 2007 as the date on which the parties are required to provide rebuttal expert disclosures and reports;

Whereas the expert discovery cutoff set forth in the CMO is September 17, 2007;

Whereas the CMO set October 1, 2007 as the last day to file summary judgment and Daubert motions;

Whereas, on June 27, 2007, the Court scheduled a further case management conference to take place on November 7, 2007;

Whereas Micron Technology, Inc., Micron Semiconductor Products, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K., Ltd., Hynix Semiconductor Deutschland, GmbH, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Nanya Technology Corporation and Nanya Technology Corporation USA (collectively the "Manufacturers") and Rambus Inc. served their expert disclosures on June 22, 2007;

Whereas the Manufacturers' experts require additional time to complete their expert reports;

Whereas the Manufacturers requested a twelve-day extension of time to submit any party's initial expert report(s), and Rambus Inc. agreed to the Manufacturers' request;

Whereas Rambus in turn requested a twenty-four-day extension of the time to submit any party's rebuttal report(s), and the Manufacturers agreed to Rambus's request;

Whereas the parties have agreed, subject to the Court's approval, to modify the schedule set forth in the Joint Case Management Order dated April 24, 2007;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel, that: (i) the date on which the party or parties with the burden of proof on an issue shall provide an expert report on that issue is moved from July 20, 2007 to August 1, 2007; (ii) the date on which the parties shall provide rebuttal expert disclosures and reports is moved from August 17, 2007 to September 10, 2007; (iii) the last day for expert discovery is moved from September 17, 2007 to October 8, 2007; (iv) the last day to file summary judgment and Daubert motions is moved from October 1, 2007 to October 17, 2007; and (vi) the further case management conference and the hearing date for summary judgment and Daubert motions is moved from November 7, 2007 to November 21, 2007.

SO ORDERED,

DATED:        7/16/07              _____

                                  *Ronald M Whyte*

                                  HON. RONALD M. WHYTE

[PROPOSED] ORDER EXTENDING TIME

DATED:  July 12, 2007

Respectfully submitted,

FOR THE MANUFACTURERS
By /s/ Hal Barza

Harold A. Barza
William Price
Robert Becher
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543

Jared Bobrow
John D. Beynon
WEIL, GOTSHAL & MANGES LLP
Redwood Shores, CA  94065

Attorneys for
MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS, INC.

By /s/ Anita Kadala

David J. Healey
Anita E. Kadala
WEIL, GOTSHAL & MANGES LLP
Houston, TX  77002

Alan J. Weinschel
WEIL, GOTSHAL & MANGES LLP
New York, NY  10153

Matthew D. Powers
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
Redwood Shores, CA  94065

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC., and
SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

By /s/ Robert Freitas

Robert E. Freitas
Kai Tseng
Craig R. Kaufman
Denise M. Mingrone
ORRICK, HERRINGTON & SUTCLIFFE LLP
Menlo Park, CA  94025

Attorneys for
NANYA TECHNOLOGY CORPORATION and NANYA
TECHNOLOGY CORPORATION U.S.A.

-4-   Case Nos. C 00-20905; 05-00334; 05-02298; 06-00244

[PROPOSED] ORDER EXTENDING TIME

1

2

3                        By   /s/ Susan van Keulen

                             Theodore G. Brown, III

4                         Susan van Keulen

                         TOWNSEND and TOWNSEND and CREW LLP

5                         379 Lytton Avenue

                         Palo Alto, California 94301

6

                         Attorneys for

7                         HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR

                         AMERICA INC., HYNIX SEMICONDUCTOR

8                         MANUFACTURING AMERICA INC., HYNIX

                         SEMICONDUCTOR U.K. LTD., and HYNIX

9                         SEMICONDUCTOR DEUTSCHLAND GmbH

10

11

12   DATED:  July 12, 2007      FOR RAMBUS INC.

13

                   By  /s/

14                         Carolyn Hoecker Luedtke

                         MUNGER, TOLLES & OLSON LLP

15                         560 Mission Street, 27th Floor

                         San Francisco, CA 94105

16

                         Attorneys for

17                         RAMBUS INC.

18

19

20

21

22

23

24

25

26

27

28

1

2   **Notice of this document has been electronically sent to:**

3   **Counsel for Plaintiff(s):**

4   Craig N. Tolliver                 ctolliver@mckoolsmith.com
    Pierre J. Hubert                  phubert@mckoolsmith.com
5   Brian K. Erickson                 berickson@dbllp.com,
    David C. Vondle                   dvondle@akingump.com
6   Gregory P. Stone                  gregory.stone@mto.com
    Carolyn Hoecker Luedtke           luedtkech@mto.com
7   Peter A. Detre                    detrepa@mto.com
    Burton Alexander Gross            burton.gross@mto.com,
8   Steven McCall Perry               steven.perry@mto.com
    Jeannine Y. Sano                  sanoj@howrey.com
9

10  **Counsel for Defendant(s):**

11  Matthew D. Powers                 matthew.powers@weil.com
    David J. Healey                   david.healey@weil.com
    Edward R. Reines                  Edward.Reines@weil.com
12  John D Beynon                     john.beynon@weil.com
    Jared Bobrow                      jared.bobrow@weil.com
13  Leeron Kalay                      leeron.kalay@weil.com
    Theodore G. Brown, III            tgbrown@townsend.com
14  Daniel J. Furniss                 djfurniss@townsend.com
    Jordan Trent Jones                jtjones@townsend.com
15  Kenneth L. Nissly                 kennissly@thelenreid.com
    Geoffrey H. Yost                  gyost@thelenreid.com
16  Susan Gregory van Keulen          svankeulen@thelenreid.com
    Patrick Lynch                     plynch@omm.com
17  Jason Sheffield Angell            jangell@orrick.com
    Vickie L. Feeman                  vfeeman@orrick.com
18  Mark Shean                        mshean@orrick.com
    Kai Tseng                         hlee@orrick.com
19

20  Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.
21

22  **Dated:** _____7/16/07_____        _____SPT_____
                                              **Chambers of Judge Whyte**

23

24

25

26

27

28