1    [*Attorney list on signature page*]

2

3               UNITED STATES DISTRICT COURT

4            NORTHERN DISTRICT OF CALIFORNIA,

5                  SAN JOSE DIVISION

6

| | |
|---|---|
| 7   HYNIX SEMICONDUCTOR INC.; HYNIX | CASE NO. CV 00-20905 RMW |
| SEMICONDUCTOR AMERICA, INC.; HYNIX | |
| 8   SEMICONDUCTOR U.K. LTD.; and HYNIX | **[PROPOSED] ORDER REGARDING** |
| SEMICONDUCTOR DEUTSCHLAND GmbH, | **PRODUCTION OF MATERIALS** |
| 9   | **SUBJECT TO PRIVILEGE PIERCING** |
|            Plaintiff, | **ORDERS IN RELATED CASES** |
| 10 | |
| 11      vs. | |
| RAMBUS INC., | |
| 12           Defendant. | |
| 13   RAMBUS INC., | CASE NO. C 05-00334 RMW |
| 14          Plaintiff, | |
| 15      v. | |
| 16   HYNIX SEMICONDUCTOR INC., HYNIX | |
| SEMICONDUCTOR AMERICA INC., HYNIX | |
| 17   SEMICONDUCTOR MANUFACTURING | |
| AMERICA INC., | |
| 18 | |
| 19   SAMSUNG ELECTRONICS CO., LTD., | |
| SAMSUNG ELECTRONICS AMERICA, INC., | |
| 20   SAMSUNG SEMICONDUCTOR, INC., | |
| SAMSUNG AUSTIN SEMICONDUCTOR, | |
| 21   L.P., | |
| 22   NANYA TECHNOLOGY CORPORATION, | |
| NANYA TECHNOLOGY CORPORATION | |
| 23   U.S.A., | |
| 24         Defendants. | |

25

26

27

28

RAMBUS INC.,

      Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC.,
SAMSUNG AUSTIN SEMICONDUCTOR,
L.P.,

      Defendants.

CASE NO. C 05 02298 RMW

RAMBUS INC.,

      Plaintiff,

    v.

MICRON TECHNOLOGY, INC., and MICRON
SEMICONDUCTOR PRODUCTS, INC.,

      Defendants.

CASE NO. C 06-00244 RMW

At the case management conference before the Court on August 3, 2007, Hynix Semiconductor Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K. Ltd., Hynix Semiconductor Deutschland GmbH, and Hynix Semiconductor Manufacturing America Inc. (collectively, "Hynix"), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively, "Samsung,"), Nanya Technology Corporation and Nanya Technology Corporation U.S.A. (collectively, "Nanya"), and Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") requested that the Court order Rambus Inc. ("Rambus") to produce all materials that Rambus has been ordered to produce pursuant to privilege piercing orders in *Hynix Semiconductor, Inc. et al. v. Rambus Inc.*, Civ. A. No. 00-20905 (N.D. Cal. filed Aug. 29, 2000) ("Hynix I case") and *Micron Technology, Inc. v. Rambus Inc.*, Civ. A. No. 00-792 (D. Del filed

Aug. 28, 2000) ("Micron Delaware case") to the parties adverse to Rambus in each of the above-captioned cases to the extent it had not already done so. Rambus opposed this request. Having considered the parties' arguments and good cause appearing,

IT IS HEREBY ORDERED that:

1. Rambus shall produce all materials that Rambus has been ordered to produce pursuant to privilege piercing orders in the Hynix I case to Hynix, Samsung, Nanya and Micron in each of the above-captioned cases to the extent it has not already done so, including without limitation the materials subject to the Court's Orders dated February 26, 2004, January 31, 2005, February 28, 2005, August 26, 2005, October 3, 2005, October 19, 2005, and October 20, 2005, and all discovery and testimony taken in connection with such materials, including without limitation documents, interrogatory responses, deposition testimony and exhibits, trial testimony and exhibits, and declarations.

2. Rambus shall produce all materials that Rambus has been ordered to produce pursuant to privilege piercing orders in the Micron Delaware case to Hynix, Samsung, Nanya and Micron in each of the above-captioned cases to the extent it has not already done so, including without limitation the materials subject to the Court's Orders dated May 16, 2001, February 10, 2006, and June 15, 2006, and all discovery and testimony taken in connection with such materials, including without limitation documents, interrogatory responses, deposition testimony and exhibits, trial testimony and exhibits, and declarations.

3. Rambus shall produce the materials identified above within 15 business days of entry of this Order without the need for further requests by Hynix, Samsung, Nanya or Micron.

4. By producing these materials in response to this Order, Rambus is not waiving any protection to which it is otherwise entitled under the attorney-client privilege or work product doctrine, and nothing in this Order shall preclude Rambus from challenging the admissibility of any documents or testimony at any trial on any basis, including without limitation on the basis of the attorney-client privilege and/or work product protection.

1   IT IS SO ORDERED.

2

3   Dated: _____

4

5                                           _____
6                                           Honorable Ronald M. Whyte
                                            United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPROVED AS TO FORM:**

DATED:  August 20, 2007   Respectfully submitted,

FOR THE MANUFACTURERS


By /s/ Hal Barza
    Harold A. Barza
    William Price
    Robert Becher
    QUINN EMANUEL URQUHART OLIVER & HEDGES
    865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543

    Jared Bobrow
    John D. Beynon
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA  94065

    Attorneys for
    MICRON TECHNOLOGY, INC., and
    MICRON SEMICONDUCTOR PRODUCTS, INC.


By /s/ Anita Kadala
    David J. Healey
    Anita E. Kadala
    WEIL, GOTSHAL & MANGES LLP
    Houston, TX  77002

    Alan J. Weinschel
    WEIL, GOTSHAL & MANGES LLP
    New York, NY  10153

    Matthew D. Powers
    Edward R. Reines
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA  94065

    Attorneys for
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

1

2

3          By /s/ Robert Freitas
              Robert E. Freitas
3             Kai Tseng
              Craig R. Kaufman
4             Denise M. Mingrone
              ORRICK, HERRINGTON & SUTCLIFFE LLP
5             Menlo Park, CA  94025

6
              Attorneys for
7             NANYA TECHNOLOGY CORPORATION and NANYA
              TECHNOLOGY CORPORATION U.S.A.
8

9          By  /s/ Theodore G. Brown
              Theodore G. Brown, III
10            TOWNSEND and TOWNSEND and CREW LLP
              379 Lytton Avenue
11            Palo Alto, California 94301

12            Attorneys for
              HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR
13            AMERICA INC., HYNIX SEMICONDUCTOR
              MANUFACTURING AMERICA INC., HYNIX
14            SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR
              DEUTSCHLAND GmbH

15

16

17
        **APPROVED ONLY AS TO FORM AND NOT AS TO CONTENT:**
18
        DATED:  August 20, 2007
19
                  FOR RAMBUS INC.
20

21          By  /s/ Carolyn Luedtke
              MUNGER, TOLLES & OLSON LLP
22            560 Mission Street, 27th Floor
              San Francisco, CA 94105
23
              Attorneys for
24            RAMBUS INC.

25

26

27

28