**E-FILED on** 9/10/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>RAMBUS INC.,<br><br>     Defendant. | No. C 00-20905 RMW<br><br>ORDER CLARIFYING AUGUST 30, 2007 CMC ORDER |
| RAMBUS INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>     Defendants. | No. C 05-00334 RMW |
| RAMBUS INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>     Defendants. | No. C-05-02298 RMW |

| | |
|---|---|
| RAMBUS INC., <br><br>    Plaintiff, <br><br>    v. <br><br>MICRON TECHNOLOGY, INC., et al., <br><br>    Defendants. | No. C-06-00244 RMW |

On August 30, 2007 this court issued an order setting limits on the number of live witnesses that each party may call in their cases-in-chief at the consolidated antitrust trial set for January 22, 2008 ("August 30, 2007 Order"). The parties disagree on certain of the limits set forth in that order and seek clarification from the court. The court hereby clarifies:

1. The six witnesses that each side (Rambus on one side and Hynix, Samsung, Micron and Nanya (collectively the "manufacturers") on the other) may call in their cases-in-chief are: Paul Anderson, Joel Karp, Neil Steinberg, Geoff Tate, Lester Vincent and Farhad Tabrizi. In addition, the manufacturers may call Richard Crisp. The court recognizes that its August 30, 2007 order listed Anthony Diepenbrock rather than Paul Anderson as a witness that may be called by each side. However, Rambus has since clarified, and the manufacturers do not dispute, that while Anthony Diepenbrock was listed as a common witness in an initial exchange of witness lists, he was not listed as a common witness in the revised witness lists exchanged more recently on August 28, 2007.

2. In the August 30, 2007 Order, the court ordered that the manufacturers as a group may select 11 common witnesses out of the 12 proposed common witnesses. In addition, each manufacturer may have up to 3 unique witnesses selected from their proposed lists.[1] These limits were intended to cover all live witnesses, whether or not for the jury phase of the trial. However, on September 5, 2007, the manufacturers submitted a witness list in which they included two witnesses—Paul Anderson and Robert Kramer—beyond the limits set by the court. Although the court's August 30,

---

[1] It appears that Samsung selected only 2 unique witnesses.

2007 Order is without prejudice to an application for substitution or addition of witnesses upon good cause shown on application to the court, no such application was made by the manufacturers. Therefore, the manufacturers are to revise their witness list in accordance with the clarifications set forth in this order and resubmit a witness list no later than Monday, September 10, 2007.

DATED:   9/7/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Rambus:**
| | |
|---|---|
| Gregory P. Stone | gregory.stone@mto.com |
| Peter A. Detre | detrepa@mto.com |
| Carolyn Hoecker Luedtke | luedtkech@mto.com |
| Burton Alexander Gross | grossba@mto.com |
| Steven McCall Perry | steven.perry@mto.com |
| Miriam Kim | miriam.kim@mto.com |
| Craig N. Tolliver | ctolliver@mckoolsmith.com |
| Pierre J. Hubert | phubert@mckoolsmith.com |
| Brian K. Erickson | berickson@dbllp.com |

**Counsel for Hynix:**
| | |
|---|---|
| Kenneth L. Nissly | kennissly@thelenreid.com |
| Geoffrey H. Yost | gyost@thelenreid.com |
| Susan Gregory van Keulen | svankeulen@thelenreid.com |
| Theodore G. Brown, III | tgbrown@townsend.com |
| Daniel J. Furniss | djfurniss@townsend.com |
| Jordan Trent Jones | jtjones@townsend.com |
| Patrick Lynch | plynch@omm.com |
| Allen Ruby | aruby@rubyschofield.com |

**Counsel for Samsung:**
| | |
|---|---|
| Matthew D. Powers | matthew.powers@weil.com |
| David J. Healey | david.healey@weil.com |
| Edward R. Reines | edward.reines@weil.com |

**Counsel for Micron:**
| | |
|---|---|
| Harold Avrum Barza | halbarza@quinnemanuel.com |
| Robert Jason Becher | robertbecher@quinnemanuel.com |
| John D Beynon | john.beynon@weil.com |
| Jared Bobrow | jared.bobrow@weil.com |
| Leeron Kalay | leeron.kalay@weil.com |

**Counsel for Nanya:**
| | |
|---|---|
| Jason Sheffield Angell | jangell@orrick.com |
| Vickie L. Feeman | vfeeman@orrick.com |
| Mark Shean | mshean@orrick.com |
| Kai Tseng | hlee@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     9/10/07                              SPT
                                                   **Chambers of Judge Whyte**

ORDER CLARIFYING AUGUST 30, 2007 CMC ORDER—C-00-20905; C-05-00334 RMW, C-05-02298 RMW, and C-06-00244 RMW
SPT                                                      4