[*Attorney list on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    ***E-FILED - 9/12/07***

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>  Plaintiffs,<br><br>   vs.<br><br>RAMBUS INC.,<br><br>  Defendant. | CASE NO. C 00-20905 RMW<br><br>**[] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY** |
| RAMBUS INC.,<br><br>  Plaintiff,<br><br>   vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>  Defendants. | CASE NO. C 05-00334 RMW |

20480/2209350.1

| | |
|---|---|
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>          Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>          Defendants. | CASE NO. C 06-00244 RMW |

1 **STIPULATION AND [] ORDER**

3   WHEREAS, the expert discovery cutoff in the above-captioned actions was set for October 8, 2007 by Order dated July 16, 2007;

5   WHEREAS, the parties have agreed to hold the depositions of the rebuttal experts to Laurence Pretty and Polk Wagner after the expert discovery cutoff date set by the July 16 Order and on or before October 12, 2007;

8   WHEREAS, the parties have agreed to hold the deposition of Dr. Bruce Jacob, expert for Nanya Technology Corporation and Nancy Technology Corporation U.S.A., on October 26, 2007;

11   THEREFORE, IT IS ORDERED THAT

12   The expert discovery cutoff in the above captioned actions shall be lifted to accommodate the agreement of counsel on these matters.

15 SO ORDERED,

16 DATED:   9/10/07

*Ronald M. Whyte*

HON. RONALD M. WHYTE

ON BEHALF OF MANUFACTURERS:

DATED: August 31, 2007                    Respectfully submitted,


                                          By /s/ Robert Becher
                                             Harold A. Barza
                                             William Price
                                             Jon Steiger
                                             Robert Becher
                                             QUINN EMANUEL URQUHART OLIVER &
                                             HEDGES
                                             865 South Figueroa Street, 10th Floor
                                             Los Angeles, California  90017-2543

                                             Jared Bobrow
                                             John D. Beynon
                                             WEIL, GOTSHAL & MANGES LLP

                                             Attorneys for
                                             MICRON TECHNOLOGY INC., and
                                             MICRON SEMICONDUCTOR PRODUCTS,
                                             INC.




                                          By /s/ Anita Kadala
                                             Kenneth R. O'Rourke
                                             O'MELVENY & MYERS LLP

                                             Allen Ruby
                                             RUBY & SCHOFIELD

                                             Kenneth L. Nissly
                                             Susan van Keulen
                                             Geoffrey H. Yost
                                             THELEN REID BROWN RAYSMAN &
                                             STEINER LLP

                                             Daniel J. Furniss
                                             Theodore Brown, III
                                             Jordan Trent Jones
                                             TOWNSEND and TOWNSEND CREW LLP

                                             Attorneys for
                                             HYNIX SEMICONDUCTOR, INC., HYNIX
                                             SEMICONDUCTOR AMERICA, INC., HYNIX
                                             SEMICONDUCTOR U.K., LTD., and HYNIX
                                             SEMICONDUCTOR DEUTSCHLAND, GmbH

By /s/ Ted Brown
    Matthew D. Powers
    Edward R. Reines
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA 94065

    David J. Healey
    Anita E. Kadala
    WEIL, GOTSHAL & MANGES LLP
    Houston, TX 7702

    Attorneys for
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.


By /s/ Jan Ellard
    Robert E. Freitas
    Craig R. Kaufman
    Jan Ellard
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Menlo Park, CA 94025

    Davin M. Stockwell
    Mark J. Shean
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Irvine, CA 92514

    Attorneys for
    NANYA TECHNOLOGY CORPORATION and
    NANYA TECHNOLOGY CORPORATION
    U.S.A.

1  ON BEHALF OF RAMBUS:

6  DATED: August 31, 2007           By /s/ Carolyn Luedtke
                                    Gregory P. Stone
                                    Steven M. Perry
                                    Peter A. Detre
                                    Carolyn Hoecker Luedtke
                                    MUNGER, TOLLES & OLSON LLP

                                    Rollin A. Ransom
                                    SIDLEY AUSTIN LLP

                                    Pierre J. Hubert
                                    Craig N. Tolliver
                                    McKOOL SMITH PC

                                    Attorneys for
                                    RAMBUS INC.