1 [*Attorney list on signature page*]  *E-FILED - 9/12/07*

2 UNITED STATES DISTRICT COURT

3 NORTHERN DISTRICT OF CALIFORNIA

4 SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RAMBUS INC.,<br><br>    Defendant. | CASE NO. C 00-20905 RMW<br><br>**JOINT STIPULATION AND []**<br>**ORDER REGARDING HEARING DATES** |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>    Defendants. | CASE NO. C 05-00334 RMW |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | CASE NO. C 05-02298 RMW |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| 5 | | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | RAMBUS INC., | CASE NO. C 06-00244 RMW |
| 10 | Plaintiff, | |
| 11 | vs. | |
| 12 | MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 13 | | |
| 14 | Defendants. | |

Pursuant to the Joint Case Management Conference of August 3, 2007 and the Joint Case Management Order of August 30, 2007, ¶ 14, Micron Technology, Inc., Micron Semiconductor Products, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K., Ltd., Hynix Semiconductor Deutschland, GmbH, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Nanya Technology Corporation and Nanya Technology Corporation USA (collectively, "the Manufacturers") and Rambus Inc., hereby submit the following joint stipulation and proposed order:

WHEREAS, the Manufacturers have submitted the following outstanding motions to strike:

- "Motion to Strike, or, In The Alternative, Stay Rambus's Infringement Counterclaims In Reply, And Memorandum of Points And Authorities In Support Thereof," filed by Micron Technology, Inc. and Micron Semiconductor Products, Inc., C 06-00244, Dkt. No. 116 (Jul. 30, 2007),

- "Motion to Strike Rambus's Counterclaims In Reply or Alternatively, For More Definite Statement, And Memorandum of Points and Authorities in Support," filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P., C 05-02298, Dkt No. 180 (Aug. 2, 2007);

- "Motion to Strike / Samsung's Motion to Strike Rambus's Counterclaims In Reply or Alternatively, For More Definite Statement, And Memorandum of Points and Authorities in Support," filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P., C 05-00334, Dkt. No. 296 (Aug. 2, 2007);

- "Notice Of Motion And Motion Of Hynix To Strike Rambus's Second, Fourth, Fifth, Sixth, Seventh, Ninth, Eleventh, Twelfth, Thirteenth, Fifteenth, Sixteenth And Nineteenth Affirmative Defenses Or In The Alternative Request For Additional Discovery: Memorandum Of Points And Authorities," filed by Hynix Semiconductor Manufacturing America Inc., Hynix Semiconductor Deutschland GmbH, Hynix Semiconductor U.K. LTD, Hynix Semiconductor Inc., and Hynix Semiconductor America Inc., C 05-00334, Dkt. No. 290 (Jul. 30, 2007);

- "Notice of Motion, Motion to Strike Counterclaims in Reply and Supplemental Preliminary Infringement Contentions, and Memorandum of Points and Authorities in Support Thereof," filed by Nanya Technology Corporation and Nanya Technology Corporation U.S.A., C 05-00334, Dkt. No. 298 (Aug. 2, 2007);

WHEREAS, these outstanding motions were originally noticed for September 21, 2007;

1    WHEREAS, Rambus requested that the September 21, 2007 hearing date be moved
2 into October 2007 and the parties agreed on an October 26, 2007 hearing date and a briefing
3 schedule as set forth below;

4    WHEREAS, the parties agree that October 26, 2007 should be an additional
5 regularly scheduled conference and motion day pursuant to Paragraph 8(a) of the Case
6 Management Order;

7    THEREFORE, IT IS ORDERED THAT:

8    (1)    October 26, 2007 at a time to be determined shall be another regularly
9 scheduled conference and "motion day" in the above-captioned cases to supplement the existing
10 dates in Paragraph 8(a) of the April 24, 2007 Case Management Order;

11    (2)    For the previously filed motions listed above, Rambus's opposition papers
12 shall be filed on September 25, 2007 and the Manufacturers' reply papers shall be filed on October
13 12, 2007;

14    (3)    For any additional motions to be heard on October 26, 2007, including but
15 not limited to Rambus's motion to strike the Manufacturers' jury demands, the dates for filing
16 motions, oppositions, and replies shall be as provided in Northern District of California Local
17 Rule 7.

18

19 SO ORDERED,

20 DATED: \_\_\_\_\_9/10/07_____    *Ronald M. Whyte*
21                                          _____
22                                          HON. RONALD M. WHYTE

1  ON BEHALF OF MANUFACTURERS:

2  DATED: August 31, 2007                 Respectfully submitted,
3

4
                                          By /s/ *Robert Becher*
5                                            Harold A. Barza
                                             William Price
6                                            Jon Steiger
                                             Robert Becher
7                                            QUINN EMANUEL URQUHART OLIVER &
                                             HEDGES
8                                            865 South Figueroa Street, 10th Floor
                                             Los Angeles, California  90017-2543
9
                                             Matthew D. Powers
10                                           Jared Bobrow
                                             John D. Beynon
11                                           WEIL, GOTSHAL & MANGES LLP

12                                           Attorneys for
                                             MICRON TECHNOLOGY INC., and
13                                           MICRON SEMICONDUCTOR PRODUCTS,
                                             INC.
14

15

16
                                          By /s/ *Kenneth L. Nissly*
17                                           Kenneth R. O'Rourke
                                             O'MELVENY & MYERS LLP
18
                                             Allen Ruby
19                                           RUBY & SCHOFIELD

20                                           Kenneth L. Nissly
                                             Susan van Keulen
21                                           Geoffrey H. Yost
                                             THELEN REID BROWN RAYSMAN &
22                                           STEINER LLP

23                                           Daniel J. Furniss
                                             Theodore Brown, III
24                                           Jordan Trent Jones
                                             TOWNSEND and TOWNSEND CREW LLP

25
                                             Attorneys for
26                                           HYNIX SEMICONDUCTOR, INC., HYNIX
                                             SEMICONDUCTOR AMERICA, INC., HYNIX
27                                           SEMICONDUCTOR U.K., LTD., and HYNIX
                                             SEMICONDUCTOR DEUTSCHLAND, GmbH
28

```
By /s/ David J. Healey
   Matthew D. Powers
   Edward R. Reines
   WEIL, GOTSHAL & MANGES LLP
   Redwood Shores, CA 94065

   David J. Healey
   Anita E. Kadala
   WEIL, GOTSHAL & MANGES LLP
   Houston, TX 7702

   Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   SAMSUNG SEMICONDUCTOR, INC., and
   SAMSUNG AUSTIN SEMICONDUCTOR, L.P.



By /s/ Jan Ellen Ellard
   Robert E. Freitas
   Kai Tseng
   Craig Kaufman
   Jan Ellen Ellard
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   Menlo Park, CA 94025

   Davin M. Stockwell
   Mark J. Shean
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   Irvine, CA 92514

   Attorneys for
   NANYA TECHNOLOGY CORPORATION and
   NANYA TECHNOLOGY CORPORATION
   U.S.A.
```

1  ON BEHALF OF RAMBUS:

6  DATED: August 31, 2007          By */s/ Carolyn Hoecker Luedtke*
                                      Gregory P. Stone
                                      Steven M. Perry
                                      Peter A. Detre
                                      Carolyn Hoecker Luedtke
                                      MUNGER, TOLLES & OLSON LLP

                                      Rollin A. Ransom
                                      SIDLEY AUSTIN LLP

                                      Pierre J. Hubert
                                      Craig N. Tolliver
                                      McKOOL SMITH PC

                                      Attorneys for
                                      RAMBUS INC.

1  Filer's Attestation:

3    I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being
4  used to file this **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING**
5  **HEARING DATES**.  In compliance with General Order 45.X.B, I hereby attest that David
6  Healey, Robert Becher, Jan Ellard, and Kenneth Nissly concur in this filing.

8                            By: /s/_____
9                                CAROLYN HOECKER LUEDTKE