1 | [*Attorney list on signature page*]

2

3 | UNITED STATES DISTRICT COURT

4 | NORTHERN DISTRICT OF CALIFORNIA,

5 | SAN JOSE DIVISION   ***E-FILED - 9/12/07***

6

| | |
|---|---|
| 7  HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, | CASE NO. CV 00-20905 RMW |
| Plaintiff, | **[] ORDER REGARDING PRODUCTION OF MATERIALS SUBJECT TO PRIVILEGE PIERCING ORDERS IN RELATED CASES** |
| vs. | |
| RAMBUS INC., Defendant. | |
| RAMBUS INC., | CASE NO. C 05-00334 RMW |
| Plaintiff, | |
| v. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>　　　　　Defendants. | CASE NO. C 05 02298 RMW |
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>　　　　　Defendants. | CASE NO. C 06-00244 RMW |

At the case management conference before the Court on August 3, 2007, Hynix Semiconductor Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K. Ltd., Hynix Semiconductor Deutschland GmbH, and Hynix Semiconductor Manufacturing America Inc. (collectively, "Hynix"), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively, "Samsung,"), Nanya Technology Corporation and Nanya Technology Corporation U.S.A. (collectively, "Nanya"), and Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") requested that the Court order Rambus Inc. ("Rambus") to produce all materials that Rambus has been ordered to produce pursuant to privilege piercing orders in *Hynix Semiconductor, Inc. et al. v. Rambus Inc.*, Civ. A. No. 00-20905 (N.D. Cal. filed Aug. 29, 2000) ("Hynix I case") and *Micron Technology, Inc. v. Rambus Inc.*, Civ. A. No. 00-792 (D. Del filed

Aug. 28, 2000) ("Micron Delaware case") to the parties adverse to Rambus in each of the above-captioned cases to the extent it had not already done so. Rambus opposed this request. Having considered the parties' arguments and good cause appearing,

IT IS HEREBY ORDERED that:

1. Rambus shall produce all materials that Rambus has been ordered to produce pursuant to privilege piercing orders in the Hynix I case to Hynix, Samsung, Nanya and Micron in each of the above-captioned cases to the extent it has not already done so, including without limitation the materials subject to the Court's Orders dated February 26, 2004, January 31, 2005, February 28, 2005, August 26, 2005, October 3, 2005, October 19, 2005, and October 20, 2005, and all discovery and testimony taken in connection with such materials, including without limitation documents, interrogatory responses, deposition testimony and exhibits, trial testimony and exhibits, and declarations.

2. Rambus shall produce all materials that Rambus has been ordered to produce pursuant to privilege piercing orders in the Micron Delaware case to Hynix, Samsung, Nanya and Micron in each of the above-captioned cases to the extent it has not already done so, including without limitation the materials subject to the Court's Orders dated May 16, 2001, February 10, 2006, and June 15, 2006, and all discovery and testimony taken in connection with such materials, including without limitation documents, interrogatory responses, deposition testimony and exhibits, trial testimony and exhibits, and declarations.

3. Rambus shall produce the materials identified above within 15 business days of entry of this Order without the need for further requests by Hynix, Samsung, Nanya or Micron.

4. By producing these materials in response to this Order, Rambus is not waiving any protection to which it is otherwise entitled under the attorney-client privilege or work product doctrine, and nothing in this Order shall preclude Rambus from challenging the admissibility of any documents or testimony at any trial on any basis, including without limitation on the basis of the attorney-client privilege and/or work product protection.

1  IT IS SO ORDERED.

2

3  Dated: __9/10/07_____

4

5  _____Ronald M. Whyte_____
   Honorable Ronald M. Whyte
6  United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPROVED AS TO FORM:**

DATED:  August 20, 2007   Respectfully submitted,

FOR THE MANUFACTURERS

By /s/ Hal Barza
    Harold A. Barza
    William Price
    Robert Becher
    QUINN EMANUEL URQUHART OLIVER & HEDGES
    865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543

    Jared Bobrow
    John D. Beynon
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA  94065

    Attorneys for
    MICRON TECHNOLOGY, INC., and
    MICRON SEMICONDUCTOR PRODUCTS, INC.


By /s/ Anita Kadala
    David J. Healey
    Anita E. Kadala
    WEIL, GOTSHAL & MANGES LLP
    Houston, TX  77002

    Alan J. Weinschel
    WEIL, GOTSHAL & MANGES LLP
    New York, NY  10153

    Matthew D. Powers
    Edward R. Reines
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA  94065

    Attorneys for
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

[] Order Regarding Production Of Materials
Subject To Privilege Piercing Orders In Related Cases            CASE NOS. 00-20905, 05-00334, 05-02298, AND 06-00244
3485578.1                                     5

```
                    By /s/ Robert Freitas
                       Robert E. Freitas
                       Kai Tseng
                       Craig R. Kaufman
                       Denise M. Mingrone
                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                       Menlo Park, CA  94025

                       Attorneys for
                       NANYA TECHNOLOGY CORPORATION and NANYA
                       TECHNOLOGY CORPORATION U.S.A.


                    By  /s/ Theodore G. Brown
                       Theodore G. Brown, III
                       TOWNSEND and TOWNSEND and CREW LLP
                       379 Lytton Avenue
                       Palo Alto, California 94301

                       Attorneys for
                       HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR
                       AMERICA INC., HYNIX SEMICONDUCTOR
                       MANUFACTURING AMERICA INC., HYNIX
                       SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR
                       DEUTSCHLAND GmbH
```

**APPROVED ONLY AS TO FORM AND NOT AS TO CONTENT:**

DATED:  August 20, 2007

                    FOR RAMBUS INC.


                    By  /s/ Carolyn Luedtke
                       MUNGER, TOLLES & OLSON LLP
                       560 Mission Street, 27th Floor
                       San Francisco, CA 94105

                       Attorneys for
                       RAMBUS INC.

---

[] Order Regarding Production Of Materials
Subject To Privilege Piercing Orders In Related Cases         CASE NOS. 00-20905, 05-00334, 05-02298, AND 06-00244
3485578.1                         6