1

*[Attorney list on signature page]*

2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

*E-FILED - 9/12/07*

10

11 | RAMBUS INC.,
               Plaintiff,

CASE NO. C 05-00334 RMW

12

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING DATES FOR
SUBMISSION OF: (1) RAMBUS'S
OPPOSITION TO HYNIX'S MOTIONS TO
STRIKE RAMBUS'S AFFIRMATIVE
DEFENSES; AND (2) HYNIX'S REPLY TO
RAMBUS'S OPPOSITION TO HYNIX'S
MOTIONS TO STRIKE RAMBUS'S
AFFIRMATIVE DEFENSES

13 | v.

14 | HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA
INC., HYNIX SEMICONDUCTOR
15 | MANUFACTURING AMERICA INC.,

16 | SAMSUNG ELECTRONICS CO. LTD.,
SAMSUNG ELECTRONICS AMERICA
17 | INC., SAMSUNG SEMICONDUCTOR
INC., SAMSUNG AUSTIN
18 | SEMICONDUCTOR L.P.,

19 | NANYA TECHNOLOGY
CORPORATION, NANYA
20 | TECHNOLOGY CORPORATION U.S.A.

21 |           Defendants.

22

23 | AND RELATED CROSS-ACTIONS.

24

25      Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix

26 Semiconductor U.K. Ltd., Hynix Semiconductor Deutschland GmbH (collectively, "Hynix") and

27 Rambus Inc. ("Rambus"), hereby submit the following joint stipulation and proposed order:

28      WHEREAS, Hynix has submitted the following outstanding motions to strike:

3619942.1

CASE NOS. C 00-20905; C 05-00334;
C 05-02298; C 06-00244 RMW
JOINT STIPULATION AND [~~PROPOSED~~] ORDER

- "Motion to Strike Rambus's Second, Fourth, Fifth, Sixth, Seventh, Ninth, Eleventh, Twelfth, Thirteenth, Fifteenth, Sixteenth and Nineteenth Affirmative Defenses or In the Alternative Request for Additional Discovery", CV 05-00334, Dkt. No. 290 (Jul. 30, 2007);
- "Motion to Strike Rambus's *New* Affirmative Defenses", CV 05-00334, Dkt. No. 375 (Sept. 6, 2007);

WHEREAS, these outstanding motions were both set to be heard on October 26, 2007;

WHEREAS, Rambus's Opposition to the first of these motions was due to be filed September 25, 2007 and Hynix's Reply to Rambus's Opposition was due to be filed on October 12, 2007;

WHEREAS, Rambus's Opposition to the second of these motions was due to be filed October 5, 2007 and Hynix's Reply to Rambus's Opposition was due to be filed October 12;

WHEREAS, upon review of the motions, Rambus requested that the motions be considered one motion, with one Opposition brief by Rambus and one Reply brief by Hynix addressing both motions, and the parties agreed;

WHEREAS, the parties agreed to the briefing schedule set forth below;

THEREFORE, IT IS ORDERED THAT:

(1) Rambus shall respond to these two outstanding motions by Hynix with one Opposition, which shall be filed on October 1, 2007;

(2) Hynix shall respond to Rambus's Opposition brief with one Reply, which shall be filed on October 12, 2007.

SO ORDERED.

DATED: 9/12/07

*Ronald M. Whyte*

HON. RONALD M. WHYTE

36199421.1                                           2    JOINT STIPULATION AND [~~PROPOSED~~] ORDER

ON BEHALF OF HYNIX:

DATED: September 10, 2007

Respectfully submitted,

By /s/ Belinda M. Vega/KR
Belinda Vega
Kenneth R. O'Rourke
O'MELVENY & MYERS LLP

Allen Ruby
RUBY & SCHOFIELD

Kenneth L. Nissly
Susan van Keulen
Geoffrey H. Yost
THELEN REID BROWN RAYSMAN & STEINER LLP

Denial J. Furniss
Theodore Brown, III
Jordan Trent Jones
TOWNSEND and TOWNSEND CREW LLP

Attorneys for
HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

ON BEHALF OF RAMBUS:

DATED: September 10, 2007   By: _____
Gregory P. Stone
Steven M. Perry
Peter A. Detre
Carolyn Hoecker Luedtke
Erin C. Dougherty
MUNGER, TOLLES & OLSON LLP


Rollin A. Ransom
SIDLEY AUSTIN LLP


Pierre J. Hubert
Craig N. Tolliver
McKOOL SMITH PC


Attorneys for
RAMBUS INC.