1  *[Attorney list on signature page]*

2  IN THE UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| 4  RAMBUS INC., | ***E-FILED - 10/4/07*** |
| 5             Plaintiff, | |
|    v. | |
| 6 | |
| 7  HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | Case No. C 05-00334 RMW |
| 8 | STIPULATION AND [] ORDER RE MANUFACTURERS' REQUEST TO EXCEED APPLICABLE PAGE LIMIT FOR THEIR MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE FARMWALD PATENTS-IN-SUIT |
| 9  SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| 10 | |
| 11 | |
| 12  NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| 13 | |
| 14             Defendants. | |
| 15 | |
| 16  RAMBUS INC., | |
|              Plaintiff, | |
| 17  v. | |
| 18  SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | Case No. C 05-02298 RMW |
| 19 | |
| 20 | |
| 21             Defendants. | |
| 22  RAMBUS INC., | |
| 23             Plaintiff, | |
|    v. | |
| 24 | Case No. C 06-00244 RMW |
| 25  MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 26             Defendants. | |
| 27 | |
| 28 | |

# STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. With respect to the motions for summary judgment dependent on claim construction that are due to be filed on October 5, 2007 in the above-captioned matters, the Manufacturers (i.e. the Hynix, Samsung, Nanya and Micron entities) may file a joint Motion for Summary Judgment of Non-infringement and Invalidity of the patents-in-suit that name Michael Farmwald and Mark Horowitz as inventors (the "Farmwald Patents-in-Suit"), not to exceed forty (40) pages in length; and

2. Rambus may file an opposition to that Motion, not to exceed forty (40) pages in length; and

3. The Manufacturers may file a reply to that Rambus opposition, not to exceed twenty-five (25) pages in length.

4. The Manufacturers will file no other motions for summary judgment due on October 5, 2007, regarding the Farmwald Patents-in-Suit.

5. This stipulation does not affect motions for summary judgment that the Manufacturers may file on the patents-in-suit that name Frederick Ware et al. as inventors or motions for summary judgment that Rambus may file.

|     |     |     |
| --- | --- | --- |
|     | Respectfully submitted, |     |
| DATED:  September 21, 2007 | GEOFFREY H. YOST<br>KENNETH L. NISSLY<br>THELEN, REID, BROWN, RAYSMAN & STEINER LLP<br>KENNETH R. O'ROURKE<br>O'MELVENY & MYERS LLP<br>THEODORE G. BROWN III<br>TOWNSEND AND TOWNSEND AND CREW LLP |     |

By:  /s/ *Theodore G. Brown III*
     Theodore G. Brown, III

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.

DATED:  September 21, 2007

GREGORY P. STONE
STEVEN M. PERRY
PETER A. DETRE
MUNGER, TOLLES & OLSON LLP

PIERRE J. HUBERT
McKOOL SMITH PC

By:  /s/ *Peter A. Detre*
     Peter A. Detre
Attorneys for Plaintiff
RAMBUS INC.

DATED:  September 21, 2007

ROBERT FREITAS
CRAIG KAUFMAN
VICKIE FEEMAN
ORRICK HERRINGTON & SUTCLIFFE LLP

By:  /s/ *Craig Kaufman*
     Craig Kaufman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION,
NANYA TECHNOLOGY CORPORATION U.S.A.

STIPULATION AND ORDER TO
EXCEED PAGE LIMIT FOR DEFS. MOTION
FOR SUMMARY JUDGMENT

- 2 -

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

1  DATED: September 21, 2007    MATTHEW POWERS
2                                DAVID HEALEY
                                 ANITA KADALA
3                                WEIL GOTSHAL & MANGES LLP

4                                By:   /s/ *David Healey*
                                       David Healey
5
                                 Attorneys for Defendants
6                                SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
                                 ELECTRONICS AMERICA, INC., SAMSUNG
7                                SEMICONDUCTOR, INC., SAMSUNG AUSTIN
                                 SEMICONDUCTOR, L.P.
8

9  DATED: September 21, 2007    ROBERT J. BECHER
                                 QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
10                               JARED BOBROW
                                 WEIL GOTSHAL & MANGES LLP
11

12                               By:   /s/ *Jared Bobrow*
                                       Jared Bobrow
13
                                 Attorneys for Defendants
14                               MICRON TECHNOLOGY, INC. and
                                 MICRON SEMICONDUCTOR PRODUCTS, INC.
15

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19  DATED: October 4, 2007     By: *Ronald M. Whyte*
                                   Ronald M. Whyte
20                                 United States District Court Judge

21  61160548 v1