1  [All Parties listed on Signature Page]           ***E-FILED - 10/4/07***

2
                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA

4  RAMBUS INC.,                              )    Case No.   C 05-00334 RMW
                                             )
5              Plaintiff,                     )    **STIPULATION AND []**
                                             )    **ORDER ALLOWING RAMBUS INC.**
6       vs.                                   )    **TO FILE A TWENTY-FIVE PAGE**
                                             )    **REPLY TO MANUFACTURERS'**
7  HYNIX SEMICONDUCTOR INC., HYNIX          )    **RESPONSIVE BRIEF ON CLAIM**
   SEMICONDUCTOR AMERICA INC., HYNIX)        **CONSTRUCTION**
8  SEMICONDUCTOR MANUFACTURING               )
   AMERICA INC.,                             )
9                                            )
   SAMSUNG ELECTRONICS CO., LTD.,           )
10 SAMSUNG ELECTRONICS AMERICA,              )
   INC., SAMSUNG SEMICONDUCTOR, INC.,       )
11 SAMSUNG AUSTIN SEMICONDUCTOR,            )
   L.P.,                                     )
12                                           )
   NANYA TECHNOLOGY CORPORATION,            )
13 NANYA TECHNOLOGY CORPORATION             )
   U.S.A.,                                   )
14                                           )
              Defendants.                     )
15 _____)

16 RAMBUS INC.,                              )    Case No.   C 05-002298 RMW
                                             )
17             Plaintiff,                     )
                                             )
18       v.                                   )
                                             )
19 SAMSUNG ELECTRONICS CO., LTD.,           )
   SAMSUNG ELECTRONICS AMERICA,              )
20 INC., SAMSUNG SEMICONDUCTOR, INC.,       )
   SAMSUNG AUSTIN SEMICONDUCTOR,            )
21 L.P.,                                     )
                                             )
22            Defendants.                     )
                                             )
23 _____)

24 RAMBUS INC.,                              )    Case No.   C 06-00244 RMW
                                             )
25             Plaintiff,                     )
                                             )
26       vs.                                   )
                                             )
27 MICRON TECHNOLOGY, INC. and MICRON)
   SEMICONDUCTOR PRODUCTS, INC.,            )
28                                           )
              Defendants.                     )

Stipulation and [] Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW
Austin 39567v1

1    Plaintiff Rambus Inc. ("Rambus"), Defendants Hynix Semiconductor Inc., Hynix

2  Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Samsung

3  Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.,

4  Samsung Austin Semiconductor, L.P., Nanya Technology Corporation, Nanya Technology

5  Corporation, U.S.A., Micron Technology, Inc. and Micron Semiconductor Products, Inc.

6  (collectively "Manufacturers"), hereby stipulate that Rambus may file a twenty-five page Reply

7  to Manufacturers' Responsive Brief on Claim Construction.

8    IT IS HEREBY ORDERED:

9    Rambus may file a twenty-five page Reply to Manufacturers' Responsive Brief on Claim

10  Construction.

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  Dated:    10/4    , 2007

13

14    _Ronald M. Whyte_

15    Honorable Ronald M. Whyte
      United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                                  -2-

Stipulation and [] Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW

Austin 39567v1

1  Dated:  September 21, 2007          Respectfully submitted,

2                                      FOR RAMBUS INC.

3

4                                      By ____/s/ Pierre J. Hubert_____

5                                          Pierre J. Hubert
                                           McKool Smith P.C..
6                                          300 W. Sixth Street, Suite 1700
                                           Austin, TX  78701
7

8  Dated:  September 21, 2007          FOR THE MANUFACTURERS

9

10                                     By ___/s/ Susan van Keulen_____
                                           Theodore G. Brown III
11                                         Susan van Keulen
                                           TOWNSEND and TOWNSEND and CREW LLP
12                                         Attorneys for Hynix Semiconductor Inc.,
                                           Hynix Semiconductor America Inc., Hynix
13                                         Semiconductor U.K. Ltd., and Hynix Semiconductor
                                           Deutschland GmBH
14

15

16                                     By _____/s/ Robert Becher_____
                                           Robert Becher
17                                         QUINN EMANUEL URQUAHART OLIVER &
                                           HEDGES
18
                                           Jared Bobrow
19                                         WEIL GOTSHAL & MANGES LLP
                                           Attorneys for Micron Technology, Inc.
20                                         Micron Semiconductor Products Inc.

21

22                                     By _____/s/ Anita Kadala_____
                                           Matthew Powers
23                                         David Healey
                                           Anita Kadala
24                                         WEIL GOTSHAL & MANGES LLP
                                           Attorneys for Samsung Electronics Co., Ltd.
25                                         Samsung Electronics America, Inc.
                                           Samsung Semiconductor, Inc.
26                                         Samsung Austin Semiconductor, L.P.

27

28                                            -3-

Stipulation and [] Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW

Austin 39567v1

1

2

By ___/s/ Craig Kaufman_____
Robert Freitas
3  Craig Kaufman
Vickie Feeman
4  ORRICK HERRINGTON & SUTCLIFFE
Attorneys for Nanya Technology Corporation
5  Nanya Technology Corporation U.S.A.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

Stipulation and [ Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW

Austin 39567v1