1     [*Attorney list on signature page*]

2             **UNITED STATES DISTRICT COURT**

3            **NORTHERN DISTRICT OF CALIFORNIA**

4              **SAN JOSE DIVISION**    ***E-FILED - 10/17/07***

5

6   HYNIX SEMICONDUCTOR INC.; HYNIX      CASE NO. C 00-20905 RMW
    SEMICONDUCTOR AMERICA, INC.;

7   HYNIX SEMICONDUCTOR U.K. LTD.; and
    HYNIX SEMICONDUCTOR

8   DEUTSCHLAND GmbH,                 **[PROPOSED] ORDER EXTENDING**
                                           **TIME FOR CERTAIN EXPERT**

9            Plaintiffs,                         **DISCOVERY**

10        vs.

11   RAMBUS INC.,

12            Defendant.

13   RAMBUS INC.,                             CASE NO. C 05-00334 RMW

14            Plaintiff,

15        vs.

16   HYNIX SEMICONDUCTOR INC., HYNIX
    SEMICONDUCTOR AMERICA INC.,

17   HYNIX SEMICONDUCTOR
    MANUFACTURING AMERICA INC.,

18

19   SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA,

20   INC., SAMSUNG SEMICONDUCTOR,
    INC., SAMSUNG AUSTIN

21   SEMICONDUCTOR, L.P.,

22   NANYA TECHNOLOGY CORPORATION,
    NANCY TECHNOLOGY CORPORATION

23   U.S.A.,

24            Defendants.

25

26

27

28

1

2    RAMBUS INC.,                                     CASE NO. C 05-02298 RMW

3              Plaintiff,

            vs.

4

5    SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., SAMSUNG SEMICONDUCTOR,

6    INC., SAMSUNG AUSTIN
SEMICONDUCTOR, L.P.,

7

8             Defendants.

9    RAMBUS INC.,                                     CASE NO. C 06-00244 RMW

10             Plaintiff,

11         vs.

12    MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS,

13    INC.,

14             Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3770916.1                                  -2-

1

## STIPULATION AND [~~PROPOSED~~] ORDER

2

3          WHEREAS, the expert discovery cutoff in the above-captioned actions was set for

4   October 8, 2007 by Order dated July 16, 2007;

5          WHEREAS, the deadline for Daubert motions in the above-captioned actions was

6   set for October 17, 2007 by Order dated July 16, 2007;

7          WHEREAS, the parties have agreed to hold the deposition of Jeffrey Lefstin on

8   October 12, 2007;

9          WHEREAS, the parties have agreed to hold the deposition of Bronwyn Hall on

10  October 15, 2007;

11         WHEREAS, the parties have agreed to hold the deposition of Jon Stark on October

12  16, 2007;

13         WHEREAS, the parties have agreed to hold the deposition of Peter Heuser on

14  October 23, 2007;

15         WHEREAS, the parties have agreed to hold the deposition of Bruce Jacob on

16  October 26, 2007;

17         WHEREAS, the parties have agreed to hold the deposition of David Teece on

18  November 9, 2007;

19         THEREFORE, IT IS ORDERED THAT

20         The expert discovery cutoff in the above-captioned actions shall be lifted to

21  accommodate the agreement of counsel on these matters.  It is further ordered that the October 17,

22  2007 deadline for Daubert motions and subsequent briefing schedule is extended for purposes of

23  any challenge to David Teece, Bruce Jacob, Jon Stark, Bronwyn Hall, Peter Heuser and Jeffrey

24  Lefstin to the following:

25

26

27

28

1    David Teece

2        Opening brief is due November 28, 2007.  Opposition brief is due December 12,

3    2007.  Reply brief is due December 19, 2007.  This motion will be heard by the Court on January

4    11, 2008.

5    Bruce Jacob

6        Opening brief is due November 9, 2007.  Opposition brief is due November 28,

7    2007.  Reply brief is due December 5, 2007.  This motion will be heard by the Court on December

8    14, 2007.

9    Jon Stark

10       Opening brief is due October 30, 2007.  Opposition brief is due November 13,

11   2007.  Reply brief is due November 20, 2007.  This motion will be heard by the Court on

12   December 14, 2007.

13   Peter Heuser

14       Opening brief is due November 6, 2007.  Opposition brief is due November 20,

15   2007.  Reply brief is due November 28, 2007.  This motion will be heard by the Court on

16   December 14, 2008.

17   Bronwyn Hall

18       Opening brief is due October 29, 2007.  Opposition brief is due November 13,

19   2007.  Reply brief is due November 20, 2007.  This motion will be heard by the Court on

20   December 14, 2008.

21   Jeffrey Lefstin

22       Opening brief is due October 26, 2007.  Opposition brief is due November 9, 2007.

23   Reply brief is due November 16, 2007.  This motion will be heard by the Court on December 14,

24   2008.

25

26   SO ORDERED,

27   DATED:      10/17/07                    _Ronald M. Whyte_

28                                           HON. RONALD M. WHYTE

ON BEHALF OF MANUFACTURERS:

DATED:  October 12, 2007                    Respectfully submitted,


By  /s/
    Harold A. Barza
    William Price
    Jon Steiger
    Robert Becher
    QUINN EMANUEL URQUHART OLIVER &
    HEDGES
    865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543

    Matthew D. Powers
    Jared Bobrow
    John D. Beynon
    WEIL, GOTSHAL & MANGES LLP

    Attorneys for
    MICRON TECHNOLOGY INC., and
    MICRON SEMICONDUCTOR PRODUCTS,
    INC.




By  /s
    Kenneth R. O'Rourke
    O'MELVENY & MYERS LLP

    Allen Ruby
    RUBY & SCHOFIELD

    Kenneth L. Nissly
    Susan van Keulen
    Geoffrey H. Yost
    THELEN REID BROWN RAYSMAN &
    STEINER LLP

    Daniel J. Furniss
    Theodore Brown, III
    Jordan Trent Jones
    TOWNSEND and TOWNSEND CREW LLP

    Attorneys for
    HYNIX SEMICONDUCTOR, INC., HYNIX
    SEMICONDUCTOR AMERICA, INC., HYNIX
    SEMICONDUCTOR U.K., LTD., and HYNIX

3770916.1                                   -5-

1    SEMICONDUCTOR DEUTSCHLAND, GmbH

2

3
     By  /s/
4       Matthew D. Powers
        Edward R. Reines
5       WEIL, GOTSHAL & MANGES LLP
        Redwood Shores, CA 94065
6
        David J. Healey
7       Anita E. Kadala
        WEIL, GOTSHAL & MANGES LLP
8       Houston, TX 7702

9       Attorneys for
        SAMSUNG ELECTRONICS CO., LTD.,
10      SAMSUNG ELECTRONICS AMERICA, INC.,
        SAMSUNG SEMICONDUCTOR, INC., and
11      SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

12

13
     By  /s/
14      Robert E. Freitas
        Craig R. Kaufman
15      Jan Ellard
        ORRICK, HERRINGTON & SUTCLIFFE LLP
16      Menlo Park, CA 94025

17      Davin M. Stockwell
        Mark J. Shean
18      ORRICK, HERRINGTON & SUTCLIFFE LLP
        Irvine, CA 92514
19
        Attorneys for
20      NANYA TECHNOLOGY CORPORATION and
        NANYA TECHNOLOGY CORPORATION
21      U.S.A.

22

23

24

25

26

27

28

1    ON BEHALF OF RAMBUS:

2

3

4

5

6    DATED:  October 12, 2007              By  /s/ 
                                              Gregory P.Stone
7                                             Steven M. Perry
                                              Peter A. Detre
8                                             Carolyn Hoecker Luedtke
                                              Sean Eskovitz
9                                             Erin C. Dougherty
                                              MUNGER, TOLLES & OLSON LLP
10
                                              Rollin A. Ransom
11                                            SIDLEY AUSTIN LLP

12                                            Pierre J. Hubert
                                              Craig N. Tolliver
13                                            McKOOL SMITH PC

14                                            Attorneys for
                                              RAMBUS INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3770916.1                              -7-

FILER'S ATTESTATION

I, Erin C. Dougherty, am the person under whose ECF number this **[PROPOSED] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY** is being filed, and I attest that I am authorized to sign and to file by the above-listed counsel for Hynix, Nanya, Micron and Samsung.

Dated: October 12, 2007

Erin C. Dougherty

3770916.1                                    -8-