IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., | ***E-FILED - 11/16/07*** |
|     Plaintiff, | CASE NO.: C-00-20905-RMW |
|     -v- | **SEALING ORDER** |
| RAMBUS, INC., | |
|     Defendant. | |
| ———————————————— | |
| RAMBUS, INC., | |
|     Plaintiff, | CASE NO.: C-05-00334-RMW |
|     -v- | |
| HYNIX SEMICONDUCTOR, INC., et al., | |
|     Defendant. | |
| ———————————————— | |
| RAMBUS, INC., | |
|     Plaintiff, | CASE NO.: C-05-02298-RMW |
|     -v- | |
| SAMSUNG ELECTRONICS CO., et al., | |
|     Defendant. | |
| ———————————————— | |
| RAMBUS, INC., | |
|     Plaintiff, | CASE NO.: C-06-00244-RMW |
|     -v- | |
| MICRON TECHNOLOGY, et al., | |
|     Defendant. | |

IT IS HEREBY ORDERED that Rambus Inc.'s Reply Brief in Support of Rambus Inc.'s Motion for Summary Judgment No.6, on Prosecution Laches lodged with the court on November 8, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: November 16, 2007

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: