IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., | ***E-FILED - 11/16/07*** |
|     Plaintiff, | CASE NO.: C-00-20905-RMW |
|     -v- | **SEALING ORDER** |
| RAMBUS, INC., | |
|     Defendant. | |
| RAMBUS, INC., | |
|     Plaintiff, | CASE NO.: C-05-00334-RMW |
|     -v- | |
| HYNIX SEMICONDUCTOR, INC., et al., | |
|     Defendant. | |
| RAMBUS, INC., | |
|     Plaintiff, | CASE NO.: C-05-02298-RMW |
|     -v- | |
| SAMSUNG ELECTRONICS CO., et al., | |
|     Defendant. | |
| RAMBUS, INC., | |
|     Plaintiff, | CASE NO.: C-06-00244-RMW |
|     -v- | |
| MICRON TECHNOLOGY, et al., | |
|     Defendant. | |

IT IS HEREBY ORDERED that Rambus Inc.'s Reply in Support of ITS Motion for Summary Judgment No.2 re: Disclosure Duty and Breach of Contract lodged with the court on November 8, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: November 16, 2007

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: