Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel: (213) 683-9100 • Fax: (213) 687-3702
E-mails: *Gregory.Stone@mto.com; Steven.Perry@mto.com*

Peter A. Detre (SBN 182619)
Carolyn Hoecker Luedtke (SBN 207976)
Miriam Kim (SBN 238230)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Tel: (415) 512-4000 • Fax: (415) 512-4077
E-mails: *Peter.Detre@mto.com; Carolyn.Luedtke@mto.com; Miriam.Kim@mto.com*

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br> Plaintiff, <br> vs. <br> HYNIX SEMICONDUCTOR INC., et al., <br> Defendants. | Case No. Case No. 05-00334-RMW <br><br> [~~PROPOSED~~] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11) <br><br> Date: November 21, 2007 <br> Time: 9:00 a.m. |
| RAMBUS INC., <br> Plaintiff, <br> vs. <br> SAMSUNG ELECTRONICS CO., LTD., et al., <br> Defendants. | Case No. 05-02298-RMW |

3859522.1

[Proposed] Order Granting Mot. to File Under Seal,
Case Nos. 05-00334 RMW,
05-02298 RMW

1  On November 16, 2007, Rambus Inc. filed a Motion For Administrative Relief To File
2  Documents Under Seal in the above-captioned actions with respect to the following document:

- **Exhibit A is excerpts from the August 22, 2007 deposition of Myung Ho Kim that were designated by Samsung on November 15, 2007 as "Highly Confidential" pursuant to the protective order entered in the above-captioned litigation ("Protective Order").**

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: 11/21/07, 2007        *Ronald M. Whyte*

[Proposed] Order Granting Mot. to File Under Seal,
Case Nos. 05-00334 RMW,
05-02298 RMW

3859522.1        - 1 -