[Attorney list on signature page]

E-FILED: 12/21/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>RAMBUS INC.,<br><br>　　　　　Defendant. | CASE NO. C 00-20905 RMW<br><br>**JOINT ~~[struck]~~ ORDER CHANGING DECEMBER 28, 2007 DEADLINE IN DECEMBER 19, 2007 PRETRIAL ORDER** |
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>　　　　　Defendants. | CASE NO. C 05-00334 RMW |

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION AND PROPOSED ORDER** |
| 2 | WHEREAS, the Court's December 19, 2008 pretrial order cancelled the January 9, |
| 3 | 2008 pretrial conference and reset that conference for January 17, 2008, to be followed by a |
| 4 | further pretrial conference on January 22, 2008; and |
| 5 | WHEREAS, the parties have agreed that in light of the change in the date of the |
| 6 | pretrial conference and the intervening holidays, the deadline for oppositions to motions in limine |
| 7 | and the exchange of exhibit lists should be postponed one week from December 28, 2007 to |
| 8 | January 4, 2008; |
| 9 | NOW therefore, it is hereby AGREED and STIPULATED, by and among the |
| 10 | parties hereto through their undersigned counsel as follows: |
| 11 | 1. The December 28, 2007 deadline for the exchange of proposed exhibit lists |
| 12 | pursuant to Standing Order Paragraph B(8)(g) shall be changed to occur on January 4, 2008; and |
| 13 | 2. The December 28, 2007 deadline for the parties to file oppositions to |
| 14 | motions in limine shall be changed to occur on January 4, 2008. |
| 15 | 3. The remainder of the deadlines and events set in the Court's December 19, |
| 16 | 2007 pretrial order remain unchanged. |
| 18 | SO ORDERED, |
| 19 | |
| 20 | DATED: 12/21/2007     *Ronald M. Whyte* |
|    | HON. RONALD M. WHYTE |