1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   RAMBUS, INC.,                          *E-FILED - 1/2/08*

          Plaintiff,                       CASE NO.: C-05-00334-RMW
7
                                           **SEALING ORDER**
8        -v-

9   HYNIX SEMICONDUCTOR,

10        Defendant.

11   _____

12

13          IT IS HEREBY ORDERED that the Declaration of Carolyn Hoecker Luedtke in Further

14   Support of Rambus Inc.'s Motion to Compel Samsung's Production of Documents, Interrogatory

15   Responses, and Supplemental Written Responses to Requests for Production lodged with the court

16   on October 30, 2007 shall be filed under seal.

17

18          IT IS SO ORDERED.

19

20   DATED:  January 2, 2008

21
                                           _____
22                                              RONALD M. WHYTE
                                                United States District Judge
23

24

25

26

27

28

Copy of Order E-Filed to Counsel of Record:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28