IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMBUS, INC.,

    Plaintiff,

-v-

HYNIX SEMICONDUCTOR, INC.,

    Defendant.

*E-FILED - 1/3/08*

CASE NO.: C-05-00334-RMW

**SEALING ORDER**

    IT IS HEREBY ORDERED that Opposition of Defendant and Counterclaim Plaintiffs Nanya Technology Corporation and Nanya Technology Corporation USA to Motion for Protective Order and to Quash Subpoena of Charles Shemwell [Unredacted Version] and [Redacted Version];Declaration of Glenn M. Levy in Support of Nanya Technology Corporation USA's Opposition to Rambus's Motion for Protective Order and to Quash Subpoena of Charles Shemwell [Unredacted Version] and [Redacted Version] lodged with the court on December 4, 2007 shall be filed under seal.

    IT IS SO ORDERED.

DATED: January 3, 2008

                                                        *Ronald M Whyte*
                                                        RONALD M. WHYTE
                                                      United States District Judge

Copy of Order E-Filed to Counsel of Record: