1 | Gregory P. Stone (State Bar No. 078329)
Steven M. Perry (State Bar No. 106154)
2 | Sean Eskovitz (State Bar No. 241877)
MUNGER, TOLLES & OLSON LLP
3 | 355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
4 | Telephone: (213) 683-9100;
Facsimile: (213) 687-3702
5 | Email: *gregory.stone@mto.com;*
*steven.perry@mto.com; sean.eskovitz@mto.com*
6
Peter A. Detre (State Bar No. 182619)
7 | Carolyn Hoecker Luedtke (State Bar No.
207976)
8 | MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
9 | San Francisco, California 94105
Telephone: (415) 512-4000;
10 | Facsimile: (415) 512-4077
Email: *peter.detre@mto.com;*
11 | *carolyn.luedtke@mto.com*

Rollin A. Ransom (State Bar No. 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000;
Facsimile: (213) 896-6600
Email: *rransom@sidley.com*

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700;
Facsimile: (512) 692-8744
E-mail: *phubert@mckoolsmith.com;*
*ctolliver@mckoolsmith.com*

Attorneys for Plaintiff and Counterclaim-
Defendant
RAMBUS INC.

E-FILED 1/3/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., et al., | CASE NO.: CV 00-20905 RMW |
| Plaintiffs, | ~~[XXXXXXXX]~~ **[PROPOSED] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)** |
| v. | |
| RAMBUS INC., | |
| Defendant. | Trial Date: January 11, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |
| RAMBUS INC., | CASE NO.: C 05-00334 RMW |
| Plaintiff, | |
| v. | |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |

4086110.1

| | |
|---|---|
| RAMBUS INC., | CASE NO.: C 05-02298 RMW |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |
| RAMBUS INC., | CASE NO.: C-06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

4086110.1

On December 12, 2007, Rambus Inc. filed a Motion For Administrative Relief To File Documents Under Seal in the above-captioned actions with respect to the following documents:

1.      Rambus's Opposition to Manufacturers' *Daubert* Motion to Exclude Certain Testimony of Dr. David J. Teece (Confidential Version) ("Rambus's Opposition").

2.      Exhibits B and C to the Declaration of Steven M. Perry in support of Rambus's Opposition.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: _____, 2007XX        /s/ Ronald M. Whyte
        1/3/08                        _____

4086110.1                                    - 1 -