IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., <br>     Plaintiff, <br>     -v- <br> RAMBUS, INC., <br>     Defendant. | *E-FILED - 1/3/08* <br><br> CASE NO.: C-00-20905-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> HYNIX SEMICONDUCTOR, INC., et al. <br>     Defendant | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> SAMSUNG ELECTRONICS CO., <br>     Defendant. | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> MICRON, INC., <br>     Defendant. | CASE NO.: C-06-00244-RMW <br><br> SEALING ORDER |

1
2     IT IS HEREBY ORDERED Samsung's December 10, 2007 letter to Judge Whyte and
3  Confidential Exhibits A-C.
4     IT IS SO ORDERED.
5
6  DATED:  January 3, 2008
7                                                    _____
                                                     RONALD M. WHYTE
8                                                    United States District Judge

Copy of Order E-Filed to Counsel of Record: