1 [*Attorney list on signature page*]

*E-FILED - 1/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. C 00-20905 RMW<br><br>**JOINT [] ORDER CHANGING PRETRIAL STATEMENT DEADLINE AND DEADLINE FOR PROPOSED VOIR DIRE AND VERDICT FORMS** |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |

4136592.1

JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; C 06 00244 RMW

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br><br>　　　　Defendants. | CASE NO. C 06-00244 RMW |

# STIPULATION AND ORDER

WHEREAS, the Court's December 19, 2007 pretrial order cancelled the January 9, 2008 pretrial conference and reset that conference for January 17, 2008, to be followed by a further pretrial conference on January 22, 2008; and

WHEREAS, the parties have agreed that in light of the change in the date of the pretrial conference, the deadline for the exchange and then filing of pretrial statements, proposed verdict forms, and proposed voir dire should be postponed two days each;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel as follows:

1. The January 7, 2008 deadline to exchange a draft of Preliminary Pretrial Statements with items delineated in Standing Order Paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), (j), (k), and (l) shall be changed to January 9, 2008; and

2. The January 9, 2008 deadline to file joint pretrial statement with items delineated in Standing Order Paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), (j), (k), and (l) shall be changed to January 11, 2008; and

3. The January 9, 2008 deadline to exchange proposed voir dire and proposed verdict forms pursuant to Standing Order Paragraph B(4) and B(6) shall be changed to January 11, 2008; and

4. The January 14, 2008 deadline to file proposed voir dire and proposed verdict forms, with any objections, pursuant to Standing Order Paragraphs B(4), B(6), and C(4) shall be changed to January 16, 2008.

SO ORDERED,

DATED: 1/10/08                    *Ronald M. Whyte*
                                  HON. RONALD M. WHYTE

FOR THE MANUFACTURERS

January 6, 2008          Respectfully submitted,


                              By */S/*
                                   Harold A. Barza
                                   William Price
                                   Robert Becher
                                   QUINN EMANUEL URQUHART OLIVER & HEDGES
                                   865 South Figueroa Street, 10th Floor
                                   Los Angeles, California 90017-2543

                                   Jared Bobrow
                                   John D. Beynon
                                   WEIL, GOTSHAL & MANGES LLP
                                   Redwood Shores, CA 94065

                                   Attorneys for
                                   MICRON TECHNOLOGY, INC., and
                                   MICRON SEMICONDUCTOR PRODUCTS, INC.

By ____/S/_____
    Robert E. Freitas
    Craig R. Kaufman
    Jan Ellard
    Jason Angell
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Menlo Park, CA 94025

    Attorneys for
    NANYA TECHNOLOGY CORPORATION and NANYA
    TECHNOLOGY CORPORATION U.S.A.

By _____*/S/*_____
    Theodore G. Brown, III
    Susan van Keulen
    TOWNSEND and TOWNSEND and CREW LLP
    379 Lytton Avenue
    Palo Alto, California 94301

    Attorneys for
    HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR
    AMERICA INC., HYNIX SEMICONDUCTOR
    MANUFACTURING AMERICA INC., HYNIX
    SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR
    DEUTSCHLAND GmbH

FOR RAMBUS INC.

January 6, 2008

By  */s/*_____
    Gregory P. Stone
    Steven M. Perry
    Peter A. Detre
    Carolyn Hoecker Luedtke
    MUNGER, TOLLES & OLSON LLP
    560 Mission Street, 27th Floor
    San Francisco, CA 94105

    Attorneys for
    RAMBUS INC.

4136592.1                                      JOINT [] ORDER
                              Case Nos. C 00-20905; C 05-00334; 06 00244 RMW

| | |
|---|---|
| 1 | |
| 2 | <u>Filer's Attestation</u>: |
| 3 | I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being |
| 4 | used to file this **JOINT [PROPOSED] ORDER CHANGING PRETRIAL STATEMENT** |
| 5 | **DEADLINE AND DEADLINE FOR PROPOSED VOIR DIRE AND VERDICT FORMS** |
| 6 | In compliance with General Order 45.X.B, I hereby attest that Jan Ellard, Susan Van Keulen, and |
| 7 | Robert Becher representing the parties listed above concur in this filing. |
| 8 | |
| 9 | By: __/s/_____ |
| 10 | Carolyn Hoecker Luedtke |

4136592.1     - 4 -     JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; 06 00244 RMW