1  [All Parties listed on Signature Page]

*E-FILED - 1/17/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br>        Plaintiff,<br>v.<br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br>        Defendants. | Case No. C 05 00334 RMW<br><br>**STIPULATION AND [] ORDER GRANTING SAMSUNG AN EXTENSION TO RESPOND TO RAMBUS'S REPLY TO SAMSUNG'S SECOND AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS AND RAMBUS'S COUNTERCLAIMS IN REPLY**<br><br>Honorable Ronald M. Whyte |

Plaintiff Rambus Inc. ("Rambus") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively "Samsung") ("Parties") hereby stipulate that Samsung is granted an extension to January 4, 2008 to respond to Rambus's Reply to Samsung's Second Amended Answer to First Amended Complaint and Affirmative Defenses and Counterclaims and Rambus's Counterclaims in Reply ("Response"). Samsung's Response will not add any new allegations or claims to the allegations and claims contained in Samsung's Second Amended Answer to First Amended Complaint and Affirmative Defenses and Counterclaims.

IT IS HEREBY ORDERED:

Samsung is granted an extension to January 4, 2008 to respond to Rambus's Reply to Samsung's Second Amended Answer to First Amended Complaint and Affirmative Defenses and Counterclaims and Rambus's Counterclaims in Reply.

IT IS HEREBY ORDERED:

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __1/17_____, 2008

_____Ronald M. Whyte_____
Honorable Ronald M. Whyte

STIPULATION AND [] ORDER GRANTING
SAMSUNG AN EXTENSION TO RESPOND

2

Case No. C 05-00334 RMW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 21, 2007 | Respectfully submitted, |
| 3 | | MUNGER TOLLES & OLSON LLP |
| 4 | | By: */S/ Carolyn Luedtke*<br>       Carolyn Luedtke |
| 5 | | Attorneys for RAMBUS INC. |
| 6 | | |
| 7 | Dated: December 21, 2007 | WEIL, GOTSHAL & MANGES LLP |
| 8 | | By:  */S/ David J. Healey*<br>       David J. Healey |
| 9 | | |
| 10 | | Attorneys for<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC., AND<br>SAMSUNG AUSTIN SEMICONDUCTOR,<br>L.P. |

**Filer's Attestation:**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this Stipulated Proposed Protective Order has been obtained from Carolyn Luedtke.

Dated: December 21, 2007                    WEIL, GOTSHAL & MANGES LLP

                                            By:      */s/ Claire E. Goldstein*
                                                         Claire E. Goldstein

                                            Attorneys for
                                            SAMSUNG ELECTRONICS CO., LTD.,
                                            SAMSUNG ELECTRONICS AMERICA, INC.,
                                            SAMSUNG SEMICONDUCTOR, INC., AND
                                            SAMSUNG AUSTIN SEMICONDUCTOR,
                                            L.P.