E-filed: 2/3/2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., <br><br> Defendants. | No. C-05-00334 RMW <br><br> ORDER OVERRULING NANYA'S OBJECTIONS AND REQUEST FOR MODIFICATION OF JUDGE AMBLER'S DECEMBER 13, 2007, ORDER REGARDING DEPOSITION OF DR. JIH LIEN <br><br> **[Re Docket No. 943]** |

Nanya[1] objects to a Special Master's order imposing discovery sanctions for Nanya's failure to produce Dr. Jih Lien for a deposition, namely, that Dr. Jih Lien may not be called as a witness at trial in any capacity. Rambus opposes the objection. The court has reviewed the papers and considered the arguments of counsel. The court overrules Nanya's objections to the discovery

---

[1] "Nanya" collectively refers to all of the Nanya entities sued in these cases, namely Nanya Technology Corporation and Nanya Technology Corporation U.S.A.

ORDER OVERRULING NANYA'S OBJECTIONS AND REQUEST FOR MODIFICATION OF JUDGE AMBLER'S DECEMBER 13, 2007, ORDER REGARDING DEPOSITION OF DR. JIH LIEN—C-05-00334 RMW
TSF

sanction.

Under the Joint Case Management Order, the court reviews the Special Master's orders as it would review a magistrate judge's order and will modify them "only if clearly erroneous or contrary to law." *See* Docket No. 174, C-05-00334, ¶ 2(c) (N.D. Cal. Apr. 24, 2007). Nanya does not address the standard of review in its papers, but suggests that Judge Ambler's imposition of discovery sanctions was "not justified."

Preventing a witness from testifying is an appropriate sanction for failure to produce him for a deposition. *See* Fed. R. Civ. P. 37(b)(2)(B); Fed. R. Civ. P. 37(b)(2)(A)(ii). Judge Ambler's order is therefore not "contrary to law." After reviewing the facts underlying Judge Ambler's order and the difficulties that occurred in producing Dr. Lien for his deposition, the court does not find that Judge Ambler's order was "clearly erroneous."

Accordingly, Nanya's objections and request for modification are overruled.

DATED: 2/3/2008

RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Craig N. Tolliver | ctolliver@mckoolsmith.com |
| Pierre J. Hubert | phubert@mckoolsmith.com |
| Brian K. Erickson | berickson@dbllp.com, |
| David C. Vondle | dvondle@akingump.com |
| Gregory P. Stone | gregory.stone@mto.com |
| Carolyn Hoecker Luedtke | luedtkech@mto.com |
| Peter A. Detre | detrepa@mto.com |
| Burton Alexander Gross | burton.gross@mto.com, |
| Steven McCall Perry | steven.perry@mto.com |
| Jeannine Y. Sano | sanoj@howrey.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Matthew D. Powers | matthew.powers@weil.com |
| David J. Healey | david.healey@weil.com |
| Edward R. Reines | Edward.Reines@weil.com |
| John D Beynon | john.beynon@weil.com |
| Jared Bobrow | jared.bobrow@weil.com |
| Leeron Kalay | leeron.kalay@weil.com |
| Theodore G. Brown, III | tgbrown@townsend.com |
| Daniel J. Furniss | djfurniss@townsend.com |
| Jordan Trent Jones | jtjones@townsend.com |
| Kenneth L. Nissly | kennissly@thelenreid.com |
| Geoffrey H. Yost | gyost@thelenreid.com |
| Susan Gregory van Keulen | svankeulen@thelenreid.com |
| Patrick Lynch | plynch@omm.com |
| Jason Sheffield Angell | jangell@orrick.com |
| Vickie L. Feeman | vfeeman@orrick.com |
| Mark Shean | mshean@orrick.com |
| Kai Tseng | hlee@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/3/2008                                    TSF
                                                       **Chambers of Judge Whyte**

ORDER OVERRULING NANYA'S OBJECTIONS AND REQUEST FOR MODIFICATION OF JUDGE AMBLER'S DECEMBER 13, 2007, ORDER REGARDING DEPOSITION OF DR. JIH LIEN—C-05-00334 RMW
TSF                                                       3