1  [All Parties listed on Signature Page]

*E-FILED - 4/10/08*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br>　　　　　　　　　Defendants. | Case No. C 05 00334 RMW<br><br>**STIPULATION AND [] ORDER REGARDING SCHEDULING OF HEARING REGARDING SAMSUNG'S MOTION TO COMPEL COMPLIANCE WITH SAMSUNG'S AMENDED SUBPOENA *DUCES TECUM* TO JOEL KARP**<br><br>Honorable Ronald M. White |
| RAMBUS INC.,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br>　　　　　　　　　Defendants. | Case No. C05-02298 RMW |

## STIPULATION

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively "Samsung") and Third Party Joel Karp ("Parties") have reached an agreement, by and through their respective attorneys of record, and hereby stipulate that the date for oral argument regarding Samsung's Motion to Compel Joel Karp's Compliance with an amended subpoena in the above-captioned cases be moved from April 18, 2008, as currently set by the Court, to May 7, 2008. In accordance with this revised hearing date, the Parties also stipulate that the filing deadlines for the parties' Opposition and Reply papers shall correspond with the new hearing date. Thus, Mr. Karp must file his opposition by Wednesday, April 23, 2008 and Samsung must file its reply on Wednesday, April 30, 2008.

IT IS HEREBY ORDERED:

Oral argument regarding Samsung's Motion to Compel Joel Karp's Compliance with An Amended Subpoena will be heard on Wednesday, May 7, 2008. Mr. Karp must file his opposition on Wednesday, April 23, 2008 and Samsung must file its reply on Wednesday, April 30, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  4/10  , 2008

_____
Honorable Ronald M. Whyte

| | | |
|---|---|---|
| 1 | Dated: April 3, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */S/ Nicole Harvat* |
| 4 | | Nicole Harvat |
| 5 | | Attorneys for JOEL KARP |
| 6 | Dated: April 3, 2008 | WEIL, GOTSHAL & MANGES LLP |
| 7 | | |
| 8 | | By: */S/ David J. Healey* |
| | | David J. Healey |
| 9 | | |
| 10 | | Attorneys for<br>SAMSUNG ELECTRONICS CO., LTD., |
| 11 | | SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC., AND |
| 12 | | SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |

**Filer's Attestation:**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this Stipulation has been obtained from Nicole Harvat.

| | | |
|---|---|---|
| | Dated: April 3, 2008 | WEIL, GOTSHAL & MANGES LLP |
| | | By: */s/ Norma N. Bennett* |
| | | Norma N. Bennett |
| | | Attorneys for<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC., AND<br>SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |