Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
Sean Eskovitz (SBN 241877)
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: *gregory.stone@mto.com;
steven.perry@mto.com; sean.eskovitz@mto.com*

Peter A. Detre (SBN 182619)
Carolyn Hoecker Luedtke (SBN 207976)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email:  *peter.detre@mto.com;
carolyn.luedtke@mto.com*

Pierre J. Hubert (admitted *pro hac vice*)
Craig N. Tolliver (admitted *pro hac vice*)
MCKOOL SMITH P.C.
300 West 6th Street, Suite 1700
Austin, TX  78701
Telephone:     (512) 692-8700
Facsimile:      (512) 692-8744
Email: *phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com*

Attorneys for RAMBUS INC.

***E-FILED - 6/12/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 05-00334 RMW |
| Plaintiff, | **STIPULATION AND [] ORDER REGARDING HEARING ON RAMBUS'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |

1

2  RAMBUS INC.,                                    CASE NO. C 05-02298 RMW

3              Plaintiff,

4       v.

5  SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
6  SAMSUNG SEMICONDUCTOR, INC.,
   SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,
7
             Defendants.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, the Court issued an order on May 7, 2008 setting Rambus's Motion for Summary Judgment on Counts IV-VII for July 1, 2008 at 2:00 p.m.;

WHEREAS, the parties have met and conferred and agreed that counsel for both Rambus and Samsung are now available for that hearing on June 30, 2008 at 2:00 p.m; and

WHEREAS, the Court's clerk has confirmed that the Court is available for that hearing to occur on June 30, 2008 at 2:00 p.m.;

THEREFORE, IT IS ORDERED THAT Rambus's Motion for Summary Judgment on Counts IV-VII shall be heard on June 30, 2008 at 2:00 p.m.  This hearing date shall replace the July 1, 2008 hearing date set in the Court's May 7, 2008 order.

**SO ORDERED.**

DATED: _6/12/08_____            _____*Ronald M. Whyte*_____

                                Hon. Ronald M. Whyte

|   |   |
|---|---|
| Dated: May 21, 2008 | MUNGER, TOLLES & OLSON LLP |
|   | By: */s/ Carolyn Hoecker Luedtke* |
|   | Gregory P. Stone<br>Steven M. Perry<br>Peter A. Detre<br>Carolyn Hoecker Luedtke<br>Counsel for Plaintiff RAMBUS INC. |
| Dated: May 21, 2008 | WEIL, GOTSHAL & MANGES LLP |
|   | By: */s/ David J. Healey* |
|   | David J. Healey<br>Anita E. Kadala |
|   | Counsel for Defendants<br>SAMSUNG ELECTRONICS CO., LTD.,<br>et. al. |

Filer's Attestation:

I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being used to file this **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**. In compliance with General Order 45.X.B, I hereby attest that David J. Healey concur in this filing.

By: ____*/s/*_____

Carolyn Hoecker Luedtke