E-filed: 6/19/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | No. C-05-00334 RMW<br><br>ORDER DEFERRING RULING ON SAMSUNG'S MOTION FOR LEAVE TO FILE EXCESS PAGES; GRANTING RAMBUS PERMISSION TO FILE ADDITIONAL PAGES; AND GRANTING SAMSUNG PERMISSION TO FILE A RESPONSE<br><br>[Re Docket No. 1797] |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>Defendants. | No. C-05-02298 RMW<br><br>[Re Docket No. 858] |

ORDER DEFERRING RULING ON SAMSUNG'S MOTION FOR LEAVE TO FILE EXCESS PAGES; GRANTING RAMBUS PERMISSION TO FILE ADDITIONAL PAGES; AND GRANTING SAMSUNG PERMISSION TO FILE A RESPONSE
C-05-00334 RMW; C-05-02298 RMW
TSF

The court's detailed case management order set a briefing schedule for Rambus's motion for summary judgment regarding its statute of limitations defense. *See* C-05-02298, Docket No. 777, at 3 (N.D. Cal. May 7, 2008). Rambus therefore filed its motion on May 22, 2008. The case management order required Samsung to file its opposition on July 13, over three weeks later. At 11:10 p.m. on Friday, June 13, Samsung filed a motion for administrative relief for leave to file an opposition brief exceeding the 25-page limit imposed by the civil local rules. Samsung then filed an errata to the opposition and its supporting declaration on Monday, June 16 after 8:00 p.m.

On Wednesday, Rambus opposed Samsung's motion for leave to file excess pages. Rambus points out that Samsung failed to request leave to file excess pages *prior to* the brief's due date. *See* Civ. L. Rule 7-4(b). Rambus also criticizes Samsung's supporting basis for the request for excess pages. *See* Civ. L. Rule 7-11(a). Rambus requests that the court strike Samsung's opposition to its motion for summary judgment. Mere hours after Rambus's filing, Samsung filed a brief response noting the severity of the proposed sanction and suggesting alternative methods of resolving this dispute.

The Honorable Ronald M. Whyte is currently out of the country. In light of Rambus's opposition to Samsung's administrative motion, the court staff is reluctant to act on Samsung's motion in his absence. Furthermore, the judge will not return until after Rambus's reply is due. To preserve the status quo for the judge's consideration, Rambus may file a reply brief of up to 30 pages. Also, if Samsung wishes to supplement its response to Rambus's opposition to the motion for leave to file excess pages, it may do so. Samsung's response addressing the appropriate scope of relief, if any, is due June 23 and may not exceed 5 pages.

DATED: 6/19/08

JEREMY FOGEL
United States District Judge

ORDER DEFERRING RULING ON SAMSUNG'S MOTION FOR LEAVE TO FILE EXCESS PAGES; GRANTING RAMBUS PERMISSION TO FILE ADDITIONAL PAGES; AND GRANTING SAMSUNG PERMISSION TO FILE A RESPONSE
C-05-00334 RMW; C-05-02298 RMW
TSF
2

Notice of this document has been electronically sent to counsel in: C-05-00334 and C-05-02298.

| Counsel for Rambus Inc., all actions | | Counsel for Hynix entities, C-00-20905 and C-05-00334 | |
|---|---|---|---|
| Burton Alexander Gross | Burton.Gross@mto.com | Allen Ruby | ruby@allenrubylaw.com |
| Carolyn Hoecker Luedtke | carolyn.luedtke@mto.com | Belinda Martinez Vega | bvega@omm.com |
| Catherine Rajwani | crajwani@sidley.com | Daniel J. Furniss | djfurniss@townsend.com |
| Craig N. Tolliver | ctolliver@mckoolsmith.com | Geoffrey Hurndall Yost | gyost@thelenreid.com |
| David C. Yang | david.yang@mto.com | Jordan Trent Jones | jtjones@townsend.com |
| Douglas A. Cawley | dcawley@mckoolsmith.com | Joseph A. Greco | jagreco@townsend.com |
| Erin C. Dougherty | erin.dougherty@mto.com | Kenneth Lee Nissly | kennissly@thelenreid.com |
| Gregory P. Stone | gregory.stone@mto.com | Kenneth Ryan O'Rourke | korourke@omm.com |
| Jennifer Lynn Polse | jen.polse@mto.com | Patrick Lynch | plynch@omm.com |
| Keith Rhoderic Dhu Hamilton, II | keith.hamilton@mto.com | Susan Gregory VanKeulen | svankeulen@thelenreid.com |
| Kelly Max Klaus | kelly.klaus@mto.com | Theodore G. Brown, III | tgbrown@townsend.com |
| Miriam Kim | Miriam.Kim@mto.com | Tomomi Katherine Harkey | tharkey@thelen.com |
| Peter A. Detre | detrepa@mto.com | **Counsel for Micron entities, C-06-00244** | |
| Pierre J. Hubert | phubert@mckoolsmith.com | Aaron Bennett Craig | aaroncraig@quinnemanuel.com |
| Rosemarie Theresa Ring | rose.ring@mto.com | David J. Ruderman | davidruderman@quinnemanuel.com |
| Scott L Cole | scole@mckoolsmith.com | Harold Avrum Barza | halbarza@quinnemanuel.com |
| Scott W. Hejny | shejny@sidley.com | Jared Bobrow | jared.bobrow@weil.com |
| Sean Eskovitz | sean.eskovitz@mto.com | John D Beynon | john.beynon@weil.com |
| Steven McCall Perry | steven.perry@mto.com | Leeron Kalay | leeron.kalay@weil.com |
| Thomas N Tarnay | ttarnay@sidley.com | Linda Jane Brewer | lindabrewer@quinnemanuel.com |
| William Hans Baumgartner, Jr | wbaumgartner@sidley.com | Rachael Lynn Ballard McCracken | rachaelmccracken@quinnemanuel.com |
| | | Robert Jason Becher | robertbecher@quinnemanuel.com |
| | | Yonaton M Rosenzweig | yonirosenzweig@quinnemanuel.com |

ORDER DEFERRING RULING ON SAMSUNG'S MOTION FOR LEAVE TO FILE EXCESS PAGES; GRANTING RAMBUS PERMISSION TO FILE ADDITIONAL PAGES; AND GRANTING SAMSUNG PERMISSION TO FILE A RESPONSE
C-05-00334 RMW; C-05-02298 RMW
TSF                                           3

| Counsel for Nanya entities, C-05-00334 | | Counsel for Samsung entities, C-05-00334 and C-05-02298 | |
|---|---|---|---|
| Chester Wren-Ming Day | cday@orrick.com | Ana Elena Kadala | anita.kadala@weil.com |
| Craig R. Kaufman | ckaufman@orrick.com | Claire Elise Goldstein | claire.goldstein@weil.com |
| Glenn Michael Levy | glevy@orrick.com | David J. Healey | david.healey@weil.com |
| Jan Ellen Ellard | jellard@orrick.com | Edward Robert Reines | Edward.Reines@weil.com |
| Jason Sheffield Angell | jangell@orrick.com | Matthew D. Powers | matthew.powers@weil.com |
| Kaiwen Tseng | ktseng@orrick.com | | |
| Mark Shean | mshean@orrick.com | | |
| Robert E. Freitas | rfreitas@orrick.com | | |
| Vickie L. Feeman | vfeeman@orrick.com | | |

| Counsel for intervenor, Texas Instruments, Inc., C-05-00334 | |
|---|---|
| Kelli A. Crouch | kcrouch@jonesday.com |
| **Counsel for intervenor, United States Department of Justice, C-00-20905** | |
| Eugene S. Litvinoff | eugene.litvinoff@usdoj.gov |
| May Lee Heye | may.heye@usdoj.gov |
| Nathanael M. Cousins | nat.cousins@usdoj.gov |
| Niall Edmund Lynch | Niall.Lynch@USDOJ.GOV |
| **Counsel for intervenor, Elpida Memory, Inc., C-00-20905 and C-05-00334** | |
| Eric R. Lamison | elamison@kirkland.com |
| John J. Feldhaus | jfeldhaus@foley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

Dated:  6/19/2008

TSF
**Chambers of Judge Whyte**

ORDER DEFERRING RULING ON SAMSUNG'S MOTION FOR LEAVE TO FILE EXCESS PAGES; GRANTING RAMBUS PERMISSION TO FILE ADDITIONAL PAGES; AND GRANTING SAMSUNG PERMISSION TO FILE A RESPONSE
C-05-00334 RMW; C-05-02298 RMW
TSF                                                                                     4