1

2

[*Attorneys Listed On Signature Page*]

3

4

5

***\*E-FILED - 6/26/08\****

6

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

9

10

RAMBUS INC.,

Case No. C 05-00334 RMW

11

Plaintiff,

**[] ORDER GRANTING JOINT REQUEST FOR PERMISSION TO BRING EQUIPMENT TO HEARING AND TO USE LOADING DOCK**

12

v.

13

HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,

14

Hearing Date:   June 30, 2008
                 Time:   2:00 p.m.

15

16

Hon. Ronald M. Whyte

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,

17

18

19

NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,

20

      Defendants.

21

RAMBUS INC.,

Case No. C 05-02298 RMW

22

Plaintiff,

23

v.

24

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,

25

26

27

      Defendants.

28

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.P. and Rambus, Inc. (collectively, "the parties") hereby jointly request permission to bring certain equipment to the hearings scheduled for June 30, 2008.  The parties also jointly request permission for them and their agents, hired to transport materials for the hearing, to use the Court's loading dock on June 27, 2008, and June 30, 2008.  These agents may include Aquipt, McMahon & Associates, SpectraTek, and/or Western Messenger.

IT IS HEREBY ORDERED that the parties and their agents referenced above shall be permitted to bring to the hearing:

1. Six flat panel 18" LCD flat panel displays;

2. One podium;

3. Projector with stand and 80" projection screen;

4. Visual presenter with stand;

5. Court Director;

6. Laptop computers and peripherals;

7. Two tech tables;

8. Book carts;

9. Boxes;

10. Easels;

10. Bottled water; and

12. Other various supplies ( e.g., pens, pencils, notepads, etc.).

IT IS FURTHER ORDERED that the parties and their agents referenced above may use the loading dock on June 27, 2008, and June 30, 2008 to transport the materials listed above.

IT IS SO ORDERED.

Dated: June __26__, 2008

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Court Judge