1  [All Parties listed on Signature Page]                E-FILED on: July 9, 2008

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br>　　　　　　Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br>　　　　　　Defendants. | Case No. C 05 00334 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING COMPLIANCE DATES IN ORDER RE *IN CAMERA* REVIEW OF STEINBERG DOCUMENTS**<br><br>Honorable ~~Read Ambler (Ret.)~~<br>　　　　Ronald M. Whyte |
| RAMBUS INC.,<br>　　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>　　　　　　Defendants. | Case No. C05-02298 RMW |

## STIPULATION

Plaintiff Rambus Inc. ("Rambus") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively "Samsung") have reached an agreement, by and through their respective attorneys of record, and hereby stipulate that the date for Samsung's compliance with the portions of the Special Master's June 30, 2008 Order Re *In Camera* Review of Steinberg Documents (the "June 30th Order") for which compliance is required by July 7, 2008 is extended pending Samsung's appeal from the June 30th Order, which will be heard July 16, 2008. The parties have further agreed and hereby stipulate that Samsung's appeal from the June 30th Order will be filed no later than 7:00 p.m. on Wednesday, July 9, 2008. Rambus's response will be due by 9:00 a.m. on Tuesday, July 15, 2008. The hearing on Samsung's appeal from the June 30th Order will be at 10:00 a.m. July 16, 2008, and will occur telephonically. Finally, the parties have agreed and hereby stipulate that the date for Samsung's compliance with the portions of the June 30th Order for which compliance is required by July 8, 2008 is extended until July 10, 2008.

> The parties' letter briefs shall not exceed five (5) pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____July 9_____, 2008

*Ronald M. Whyte*

Honorable ~~Read Ambler~~
Ronald M. Whyte

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 8, 2008 | Respectfully submitted, |
| 3 | | |
| 4 | | By:  /s/ Carolyn Luedtke |
| | | Carolyn Luedtke |
| 5 | | Attorneys for RAMBUS INC. |
| 6 | | |
| 7 | Dated: July 8, 2008 | WEIL, GOTSHAL & MANGES LLP |
| 8 | | |
| 9 | | By:  /S/ David J. Healey |
| | | David J. Healey |
| 10 | | Attorneys for |
| 11 | | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND |
| 12 | | SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |
| 13 | | |
| 14 | **Filer's Attestation:** | |
| 15 | Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under | |
| 16 | penalty of perjury that concurrence in the filing of this Stipulation has been obtained from | |
| 17 | Carolyn Luedtke. | |
| 18 | Dated: July 8, 2008 | WEIL, GOTSHAL & MANGES LLP |
| 19 | | |
| 20 | | By:  /s/ David J. Healey |
| | | David J. Healey |
| 21 | | Attorneys for |
| 22 | | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., |
| 23 | | SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |