1 | (All parties and counsel listed on Signature Page)

***E-FILED - 8/21/08***

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | No. C 05-00334 RMW <br><br> **STIPULATION AND ORDER RE MANUFACTURERS' MOTIONS FOR SEPARATE TRIALS, AND/OR TO SEVER, AND/OR TO STAY** |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | No. C 05-02298 RMW |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., et al., <br><br> Defendants. | No. C 06-00244 RMW |

WHEREAS, the Manufacturers each filed a motion for separate trials, and/or to sever, and/or to stay on August 1, 2008;

WHEREAS, three of the motions are noticed for hearing on September 5, 2008, while the fourth (Samsung's) is noticed for hearing on September 19, 2008;

WHEREAS, Rambus's oppositions to the three motions noticed for September 5, 2008, are due on August 15, 2008, but Rambus has indicated that it requires additional time to oppose the motions; and

WHEREAS, the Manufacturers have indicated that they would prefer that all four motions be heard on September 5, 2008;

NOW, THEREFORE, subject to the Court's approval, the parties stipulate and agree as follows:

1. Rambus will file its oppositions to all four motions no later than August 22, 2008.

2. The Manufacturers will file their replies to Rambus's oppositions no later than August 29, 2008.

3. All four of the Manufacturers' motions will be heard on September 5, 2008.

DATED: August 12, 2008                           PETER A. DETRE (SBN 182619)
                                                 MUNGER, TOLLES & OLSON LLP


                                                 /s/
                                                 ─────────────────────────────
                                                     PETER A. DETRE

                                                 Attorneys for RAMBUS INC.

| | | |
|---|---|---|
| 1 | DATED: August 12, 2008 | THEODORE G. BROWN, III (SBN 114672)<br>TOWNSEND AND TOWNSEND AND CREW LLP |

By  /s/ _____
        THEODORE G. BROWN, III

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

DATED: August 12, 2008           THERESA E. NORTON (SBN 193530)
                                 ORRICK HERRINGTON & SUTCLIFFE LLP


By:  /s/ _____
         THERESA E. NORTON

Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION U.S.A.

DATED: August 12, 2008           DAVID J. HEALEY
                                 WEIL, GOTSHAL & MANGES LLP


By:  /s/ _____
         DAVID J. HEALEY

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

1 | DATED: August 12, 2008

JARED B. BOBROW (SBN 133712)
WEIL, GOTSHALL & MANGES LLP

By: /s/
JARED B. BOBROW

Attorneys for MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 21, 2008

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge

**Filer's Attestation:**

I, Peter A. Detre, am the ECF User whose identification and password are being used to file this **STIPULATION RE MANUFACTURERS' MOTIONS FOR SEPARATE TRIALS, AND/OR TO SEVER, AND/OR TO STAY**.  In compliance with General Order 45.X.B., I hereby attest that Theodore G. Brown, III, Theresa E. Norton, David J. Healey and Jared B. Bobrow concur in this filing.

By: /s/
     Peter A. Detre