1  (All parties and counsel listed on Signature Page)

*E-FILED - 8/21/08*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | No. C 05-00334 RMW <br><br> **STIPULATION AND ORDER RE PAGE LIMIT FOR RAMBUS'S OPPOSITION TO MANUFACTURERS' MOTIONS FOR SEPARATE TRIALS, AND/OR TO SEVER, AND/OR TO STAY** |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | No. C 05-02298 RMW |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., et al., <br><br> Defendants. | No. C 06-00244 RMW |

WHEREAS, the Manufacturers each filed a motion for separate trials, and/or to sever, and/or to stay on August 1, 2008; and

WHEREAS, Rambus intends to file a single consolidated opposition to the Manufacturers' motions;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Rambus's consolidated opposition brief shall be no longer than 40 pages.

2. This stipulation does not affect the Manufacturers' right to file individual reply briefs.

DATED: August 20, 2008

PETER A. DETRE (SBN 182619)
MUNGER, TOLLES & OLSON LLP

/s/
PETER A. DETRE

Attorneys for RAMBUS INC.

DATED: August 20, 2008

THEODORE G. BROWN, III (SBN 114672)
TOWNSEND AND TOWNSEND AND CREW LLP

By /s/
THEODORE G. BROWN, III

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

- 1 -

STIPULATION AND ORDER RE
PAGE LIMIT, CASE NOS. C 05-00334,
C 05-02298 AND C 06-00224

DATED: August 20, 2008                    THERESA E. NORTON (SBN 193530)
                                          ORRICK HERRINGTON & SUTCLIFFE LLP

                                          By: /s/
                                              THERESA E. NORTON

                                          Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION U.S.A.

DATED: August 20, 2008                    DAVID J. HEALEY
                                          WEIL, GOTSHAL & MANGES LLP

                                          By: /s/
                                              DAVID J. HEALEY

                                          Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

DATED: August 20, 2008                    JARED B. BOBROW (SBN 133712)
                                          WEIL, GOTSHALL & MANGES LLP

                                          By: /s/
                                              JARED B. BOBROW

                                          Attorneys for MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.

1 **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 21, 2008

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge

**Filer's Attestation:**

I, Peter A. Detre, am the ECF User whose identification and password are being used to file this **STIPULATION AND PROPOSED ORDER RE PAGE LIMIT FOR RAMBUS'S OPPOSITION TO MANUFACTURERS' MOTIONS FOR SEPARATE TRIALS, AND/OR TO SEVER, AND/OR TO STAY**. In compliance with General Order 45.X.B., I hereby attest that Theodore G. Brown, III, Theresa E. Norton, David J. Healey and Jared B. Bobrow concur in this filing.

By: /s/
      Peter A. Detre