1    *Attorney list on signature page*

2

<u>**E-filed:**</u>  <u>8/22/2008</u>

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

8    RAMBUS, INC.,

9            Plaintiff.

10   v.

11   HYNIX SEMICONDUCTOR INC., HYNIX
SEMICONDUCTOR AMERICA INC., HYNIX
SEMICONDUCTOR MANUFACTURING
12   AMERICA INC.,

13   SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC.,
14   SAMSUNG AUSTIN SEMICONDUCTOR,
15   L.P.,

16   NANYA TECHNOLOGY CORPORATION,
NANYA TECHNOLOGY CORPORATION
17   U.S.A.,

18

19            Defendants.

Case No. C 05-00334 RMW

**[PROPOSED]** **ORDER REGARDING**
**PRETRIAL CALENDAR FOR**
**SEPTEMBER 22, 2008 TRIAL**

RAMBUS, INC.,

20            Plaintiff.

21   v.

22   SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
23   SAMSUNG SEMICONDUCTOR, INC.,
SAMSUNG AUSTIN SEMICONDUCTOR,
24   L.P.,

25            Defendants.

Case No. C 05-02298 RMW

26

27

28

Plaintiff and Counterclaim-Defendant Rambus, Inc. ("Rambus") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively "Samsung") submit this Joint Proposed Pretrial Calendar.

A.      **Pretrial Schedule**

The following schedule reflects the outcome of the Case Management Conference before the Court on June 30, 2008 and the parties' agreement.

| | |
|---|---|
| **August 18** | Expert discovery cut-off, unless extended for particular expert by agreement of the parties |
| | 2:00 p.m.: Lead counsel to meet and confer regarding pretrial conference issues |
| **August 27** | Deadline for All Pretrial Submissions Set Forth in Paragraph B of Court's Standing Order, including: |

- Trial briefs
- Motions in limine, if any
- Deposition and written discovery designations
- Proposed Findings of Fact and Conclusions of Law
- Joint Pretrial Statement
- Trial Witness Lists
- Exhibit Lists

Deadline for *Daubert* Motions, if any[1]

| | |
|---|---|
| **September 8** | Deadline for All Pretrial Submissions Set Forth in Paragraph C of Court's Standing Order, including: |

- Oppositions to motions *in limine*, if any

---

[1] For any expert depositions taking place after August 18, 2008 (the close of expert discovery), any corresponding *Daubert* or *in limine* motion will be due five business days after the expert's deposition.  The opposition to any such *Daubert* or *in limine* motion will be due five business days after the motion is filed.

- Objections to deposition and written discovery designations & counter-designations
- Objections to Trial Exhibits

Deadline for Opposition to any *Daubert* Motions

**September 11**      2:00 p.m., Pretrial Conference

**September 12**      Deadline For Objections To Any Counter-Designations Of Depositions Or Written Discovery  And Any Rebuttal Designations

**September 16**      2:00 p.m., Second Pretrial Conference (if necessary)

**September 22**      Trial Begins


IT IS SO ORDERED.


Date:  ____8/22/2008_____        _____*Ronald M. Whyte*_____

                                              Hon. Ronald M. Whyte




DATED:  August 19, 2008

                             MUNGER, TOLLES & OLSON LLP


                             By: ____/s/_____
                                  Carolyn Hoecker Luedtke


                             Attorneys for RAMBUS, INC.


DATED:  August 19, 2008

                             WEIL, GOTSHAL & MANGES LLP


                             By: ____/s/_____
                                  David J. Healey


                             Attorneys for SAMSUNG ELECTRONICS CO.,
                             LTD., SAMSUNG ELECTRONICS AMERICA,
                             INC., SAMSUNG SEMICONDUCTOR, INC., AND
                             SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

[PROPOSED] ORDER REGARDING PRETRIAL CALENDAR
FOR SEPTEMBER 22, 2008 TRIAL

                        3                  Case Nos. C 05-00334 RMW, C 05-02298 RMW