E-filed: 8/27/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>    Defendants. | No. C-05-00334 RMW<br><br>ORDER GRANTING RAMBUS'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 2066]** |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>    Defendants. | No. C-05-02298 RMW<br><br>**[Re Docket No. 1020]** |

ORDER GRANTING RAMBUS'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF

|  |  |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC. <br><br> Defendants. | No. C-06-00244 RMW <br><br> **[Re Docket No. 1415]** |

Rambus has filed a motion for leave to file a motion for reconsideration regarding the court's construction of the phrase "memory device" in the Farmwald/Horowitz patents. To ensure that the court has not committed a ""[a] manifest failure," the court grants the motion. The court accepts Rambus's attached filing as its opening brief. The Manufacturers have 10 days to file a responsive brief, which is not to exceed 10 pages. Once the Manufacturers' brief has been filed, Rambus may file a reply within 5 days, which is not to exceed 5 pages.

Rambus also notes a scrivener's error in the court's prior claim construction. *Rambus Inc. v. Hynix Semiconductor Inc.*, --- F. Supp. 2d ----, 2008 WL 2754805 (N.D. Cal. Jul. 10, 2008). The court's construction of "sample / samples / sampling" was "To obtain at a discrete point in time; obtains at discrete points in time; and obtaining at discrete points in time." 2008 WL 2754805, *34-*35. Rambus notes that the construction of "samples" and "sampling" suggests that these actions must occur more than once, i.e., at discrete *points* in time, whereas the court construed "sample" to mean "to obtain at a discrete point in time." This confusion was inadvertent, and Rambus is correct. The court therefore clarifies that "sample / samples / sampling" means "to obtain at a discrete point in time; obtains at a discrete point in time; and obtaining at a discrete point in time."

Rambus's proposed clarification of the "sample" terms permits the actions to occur "at one or more discrete points in time." This clarification broadens the court's prior construction without explanation. Whether a device or method requires the action of sampling to occur multiple times will be dictated by the context of the claims. For example, claim 16 of U.S. Patent No. 6,452,863 recites a method during which "the first amount of data is sampled over a plurality of clock cycles of

ORDER GRANTING RAMBUS'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF                                                                 2

the external clock signal." Clearly, in this context "sampled" refers to an act that occurs more than once. On the other hand, claim 9 of U.S. Patent No. 6,426,916 recites a method that includes "sampling the first operation code synchronously with respect to a transition of the external clock signal." In this context, the word "sampling" requires obtaining the value of the first operation code just once to meet the claim's limitation. As it does not appear necessary nor significant to adopt Rambus's additional modification, the court declines to do so.

DATED: 8/27/2008

*/s/ Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to counsel in C-05-00334, C-05-02298 and C-06-00244.**

| Counsel for Rambus Inc., all actions | | Counsel for Hynix entities, C-00-20905 and C-05-00334 | |
|---|---|---|---|
| Burton Alexander Gross | Burton.Gross@mto.com | Allen Ruby | ruby@allenrubylaw.com |
| Carolyn Hoecker Luedtke | carolyn.luedtke@mto.com | Belinda Martinez Vega | bvega@omm.com |
| Catherine Rajwani | crajwani@sidley.com | Daniel J. Furniss | djfurniss@townsend.com |
| Craig N. Tolliver | ctolliver@mckoolsmith.com | Geoffrey Hurndall Yost | gyost@thelenreid.com |
| David C. Yang | david.yang@mto.com | Jordan Trent Jones | jtjones@townsend.com |
| Douglas A. Cawley | dcawley@mckoolsmith.com | Joseph A. Greco | jagreco@townsend.com |
| Erin C. Dougherty | erin.dougherty@mto.com | Kenneth Lee Nissly | kennissly@thelenreid.com |
| Gregory P. Stone | gregory.stone@mto.com | Kenneth Ryan O'Rourke | korourke@omm.com |
| Jennifer Lynn Polse | jen.polse@mto.com | Patrick Lynch | plynch@omm.com |
| Keith Rhoderic Dhu Hamilton, II | keith.hamilton@mto.com | Susan Gregory VanKeulen | svankeulen@thelenreid.com |
| Kelly Max Klaus | kelly.klaus@mto.com | Theodore G. Brown, III | tgbrown@townsend.com |
| Miriam Kim | Miriam.Kim@mto.com | Tomomi Katherine Harkey | tharkey@thelen.com |
| Peter A. Detre | detrepa@mto.com | Counsel for Micron entities, C-06-00244 | |
| Pierre J. Hubert | phubert@mckoolsmith.com | Aaron Bennett Craig | aaroncraig@quinnemanuel.com |
| Rosemarie Theresa Ring | rose.ring@mto.com | David J. Ruderman | davidruderman@quinnemanuel.com |
| Scott L Cole | scole@mckoolsmith.com | Harold Avrum Barza | halbarza@quinnemanuel.com |
| Scott W. Hejny | shejny@sidley.com | Jared Bobrow | jared.bobrow@weil.com |
| Sean Eskovitz | sean.eskovitz@mto.com | John D Beynon | john.beynon@weil.com |
| Steven McCall Perry | steven.perry@mto.com | Leeron Kalay | leeron.kalay@weil.com |
| Thomas N Tarnay | ttarnay@sidley.com | Linda Jane Brewer | lindabrewer@quinnemanuel.com |
| William Hans Baumgartner, Jr | wbaumgartner@sidley.com | Rachael Lynn Ballard McCracken | rachaelmccracken@quinnemanuel.com |
| | | Robert Jason Becher | robertbecher@quinnemanuel.com |
| | | Yonaton M Rosenzweig | yonirosenzweig@quinnemanuel.com |

ORDER GRANTING RAMBUS'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF                                                             4

| **Counsel for Nanya entities, C-05-00334** | | **Counsel for Samsung entities, C-05-00334 and C-05-02298** | |
|---|---|---|---|
| Chester Wren-Ming Day | cday@orrick.com | Ana Elena Kadala | anita.kadala@weil.com |
| Craig R. Kaufman | ckaufman@orrick.com | Claire Elise Goldstein | claire.goldstein@weil.com |
| Jan Ellen Ellard | jellard@orrick.com | David J. Healey | david.healey@weil.com |
| Jason Sheffield Angell | jangell@orrick.com | Edward Robert Reines | Edward.Reines@weil.com |
| Kaiwen Tseng | ktseng@orrick.com | Matthew D. Powers | matthew.powers@weil.com |
| Mark Shean | mshean@orrick.com | | |
| Robert E. Freitas | rfreitas@orrick.com | | |
| Vickie L. Feeman | vfeeman@orrick.com | | |

| **Counsel for intervenor, Texas Instruments, Inc., C-05-00334** | |
|---|---|
| Kelli A. Crouch | kcrouch@jonesday.com |
| **Counsel for intervenor, United States Department of Justice, C-00-20905** | |
| Eugene S. Litvinoff | eugene.litvinoff@usdoj.gov |
| May Lee Heye | may.heye@usdoj.gov |
| Nathanael M. Cousins | nat.cousins@usdoj.gov |
| Niall Edmund Lynch | Niall.Lynch@USDOJ.GOV |
| **Counsel for intervenor, Elpida Memory, Inc., C-00-20905 and C-05-00334** | |
| Eric R. Lamison | elamison@kirkland.com |
| John J. Feldhaus | jfeldhaus@foley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

Dated: 8/27/2008

TSF
Chambers of Judge Whyte

ORDER GRANTING RAMBUS'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF                                                                                        5