**E-filed:   8/28/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>    Defendants. | No. C-05-00334 RMW<br><br>ORDER DENYING WITHOUT PREJUDICE RAMBUS'S MOTION *IN LIMINE* RELATED TO SAMSUNG'S DUTY TO NEGOTIATE IN GOOD FAITH CLAIMS<br><br>**[Re Docket No. 2085]** |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>    Defendants. | No. C-05-02298 RMW<br><br>**[Re Docket No. 1042]** |

ORDER DENYING WITHOUT PREJUDICE RAMBUS'S MOTION *IN LIMINE* RELATED TO SAMSUNG'S DUTY TO
NEGOTIATE IN GOOD FAITH CLAIMS
C-05-00334 RMW; C-05-02298 RMW
TSF

1  The court issued a scheduling order specific to these two cases on May 7, 2008. The order
2 imposed a series of deadlines for various pretrial filings, including making July 28, 2008 the
3 deadline for filing motions for summary judgment. *See, e.g., Rambus Inc., v. Samsung Electronics*
4 *Co., Ltd.*, C-05-02298, Docket No. 777 § 1b (N.D. Cal. May 7, 2008).

5  Last night, Rambus filed its "Motion *in Limine* to Preclude Evidence or Argument
6 Concerning Samsung's Counterclaims Based on Rambus's Alleged Breach of Its Duty to Negotiate
7 in Good Faith." C-05-02298, Docket No. 1042 (Aug. 27, 2008). In its introduction, Rambus argues
8 that "as revealed in Samsung's deposition testimony and damages report, Samsung's claims are
9 legally untenable." Furthermore, "Samsung cannot establish a necessary element of [its] claim."
10 Despite the motion's title, this is plainly a motion for summary judgment on Samsung's second and
11 third counterclaims.[1]

12  The unfairness to Samsung and the court's judicial process is plain. While a party normally
13 receives at least two weeks to oppose a motion for summary judgment, the pretrial process here
14 leaves Samsung only twelve days. Moreover, Samsung must step away from its pretrial planning to
15 address a substantive motion for summary judgment. Furthermore, under the pretrial schedule of
16 this case, the court has three days between receiving Samsung's opposition and the pretrial
17 conference, as opposed to the 21 days between receiving an opposition to a motion for summary
18 judgment and a hearing on the motion.

19  Obviously, Rambus may raise its arguments in its post-trial briefing or in a motion for
20 judgment as a matter of law on Samsung's second and third counterclaims arising from the alleged
21 breach of the duty to negotiate in good faith. *See* Fed. R. Civ. P. 50(a). However, the time for
22 summary judgment motions has passed and the time for trial is imminent. Neither the court nor the
23 opposing parties should be expected to entertain motions that should have been brought last month

---

[1] Similar deadlines are approaching for the January 2009 patent trial. The court understands that the line between a motion for summary judgment and a motion *in limine* can be blurry and that these terms are not explicitly defined in the various case management orders. The court hopes that despite this, the parties can distinguish between motions *in limine* that address whether or not types of evidence are admissible from motions for summary judgment that address the legal viability of a party's claims.

ORDER DENYING WITHOUT PREJUDICE RAMBUS'S MOTION *IN LIMINE* RELATED TO SAMSUNG'S DUTY TO NEGOTIATE IN GOOD FAITH CLAIMS
C-05-00334 RMW; C-05-02298 RMW
TSF                                2

or earlier.

Accordingly, the court denies Rambus's motion *in limine* without prejudice. Samsung may present evidence to support its second and third counterclaims. Whether the counterclaims have a legal basis may be tested at a later point with an appropriate amount of time for Samsung and the court to respond.

DATED:   8/28/2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING WITHOUT PREJUDICE RAMBUS'S MOTION *IN LIMINE* RELATED TO SAMSUNG'S DUTY TO NEGOTIATE IN GOOD FAITH CLAIMS
C-05-00334 RMW; C-05-02298 RMW
TSF                                                                 3

**Notice of this document has been electronically sent to: counsel in C-05-00334 and C-05-02298.**

| Counsel for Rambus Inc., all actions | | Counsel for Hynix entities, C-00-20905 and C-05-00334 | |
| --- | --- | --- | --- |
| Burton Alexander Gross | Burton.Gross@mto.com | Allen Ruby | ruby@allenrubylaw.com |
| Carolyn Hoecker Luedtke | carolyn.luedtke@mto.com | Belinda Martinez Vega | bvega@omm.com |
| Catherine Rajwani | crajwani@sidley.com | Daniel J. Furniss | djfurniss@townsend.com |
| Craig N. Tolliver | ctolliver@mckoolsmith.com | Geoffrey Hurndall Yost | gyost@thelenreid.com |
| David C. Yang | david.yang@mto.com | Jordan Trent Jones | jtjones@townsend.com |
| Douglas A. Cawley | dcawley@mckoolsmith.com | Joseph A. Greco | jagreco@townsend.com |
| Erin C. Dougherty | erin.dougherty@mto.com | Kenneth Lee Nissly | kennissly@thelenreid.com |
| Gregory P. Stone | gregory.stone@mto.com | Kenneth Ryan O'Rourke | korourke@omm.com |
| Jennifer Lynn Polse | jen.polse@mto.com | Patrick Lynch | plynch@omm.com |
| Keith Rhoderic Dhu Hamilton, II | keith.hamilton@mto.com | Susan Gregory VanKeulen | svankeulen@thelenreid.com |
| Kelly Max Klaus | kelly.klaus@mto.com | Theodore G. Brown, III | tgbrown@townsend.com |
| Miriam Kim | Miriam.Kim@mto.com | Tomomi Katherine Harkey | tharkey@thelen.com |
| Peter A. Detre | detrepa@mto.com | **Counsel for Micron entities, C-06-00244** | |
| Pierre J. Hubert | phubert@mckoolsmith.com | Aaron Bennett Craig | aaroncraig@quinnemanuel.com |
| Rosemarie Theresa Ring | rose.ring@mto.com | David J. Ruderman | davidruderman@quinnemanuel.com |
| Scott L Cole | scole@mckoolsmith.com | Harold Avrum Barza | halbarza@quinnemanuel.com |
| Scott W. Hejny | shejny@sidley.com | Jared Bobrow | jared.bobrow@weil.com |
| Sean Eskovitz | sean.eskovitz@mto.com | John D Beynon | john.beynon@weil.com |
| Steven McCall Perry | steven.perry@mto.com | Leeron Kalay | leeron.kalay@weil.com |
| Thomas N Tarnay | ttarnay@sidley.com | Linda Jane Brewer | lindabrewer@quinnemanuel.com |
| William Hans Baumgartner, Jr | wbaumgartner@sidley.com | Rachael Lynn Ballard McCracken | rachaelmccracken@quinnemanuel.com |
| | | Robert Jason Becher | robertbecher@quinnemanuel.com |
| | | Yonaton M Rosenzweig | yonirosenzweig@quinnemanuel.com |

ORDER DENYING WITHOUT PREJUDICE RAMBUS'S MOTION *IN LIMINE* RELATED TO SAMSUNG'S DUTY TO NEGOTIATE IN GOOD FAITH CLAIMS
C-05-00334 RMW; C-05-02298 RMW
TSF                                                         4

**United States District Court**
For the Northern District of California

| Counsel for Nanya entities, C-05-00334 | | Counsel for Samsung entities, C-05-00334 and C-05-02298 | |
|---|---|---|---|
| Chester Wren-Ming Day | cday@orrick.com | Ana Elena Kadala | anita.kadala@weil.com |
| Craig R. Kaufman | ckaufman@orrick.com | Claire Elise Goldstein | claire.goldstein@weil.com |
| Glenn Michael Levy | glevy@orrick.com | David J. Healey | david.healey@weil.com |
| Jan Ellen Ellard | jellard@orrick.com | Edward Robert Reines | Edward.Reines@weil.com |
| Jason Sheffield Angell | jangell@orrick.com | Matthew D. Powers | matthew.powers@weil.com |
| Kaiwen Tseng | ktseng@orrick.com | | |
| Mark Shean | mshean@orrick.com | | |
| Robert E. Freitas | rfreitas@orrick.com | | |
| Vickie L. Feeman | vfeeman@orrick.com | | |

| Counsel for intervenor, Texas Instruments, Inc., C-05-00334 | |
|---|---|
| Kelli A. Crouch | kcrouch@jonesday.com |
| **Counsel for intervenor, United States Department of Justice, C-00-20905** | |
| Eugene S. Litvinoff | eugene.litvinoff@usdoj.gov |
| May Lee Heye | may.heye@usdoj.gov |
| Nathanael M. Cousins | nat.cousins@usdoj.gov |
| Niall Edmund Lynch | Niall.Lynch@USDOJ.GOV |
| **Counsel for intervenor, Elpida Memory, Inc., C-00-20905 and C-05-00334** | |
| Eric R. Lamison | elamison@kirkland.com |
| John J. Feldhaus | jfeldhaus@foley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:**   8/28/2008

                TSF
**Chambers of Judge Whyte**

ORDER DENYING WITHOUT PREJUDICE RAMBUS'S MOTION *IN LIMINE* RELATED TO SAMSUNG'S DUTY TO NEGOTIATE IN GOOD FAITH CLAIMS
C-05-00334 RMW; C-05-02298 RMW
TSF                                                                   5