1  [*Attorney List On Signature Page*]

*E-FILED - 9/19/08*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., <br><br> Defendants. | Case No. C 05-00334 RMW <br><br> **[] ORDER GRANTING JOINT REQUEST FOR PERMISSION TO BRING EQUIPMENT TO TRIAL AND TO USE LOADING DOCK** <br><br> Judge:      Hon. Ronald M. Whyte <br> Trial Date:  September 22, 2008 |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> Defendants. | Case No. C 05-02298 RMW |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.P. and Rambus, Inc. (collectively, "the parties") hereby jointly request permission to bring certain equipment to trial scheduled for September 22, 2008. The parties also jointly request permission for them and their agents, hired to transport materials for trial, to use the Court's loading dock beginning on September 19, 2008 through the end of the trial. These agents may include SpectraTek, Courtroom Connect, Williams Lea, Wheels of Justice, and Western Messenger.

IT IS HEREBY ORDERED that the parties and their agents referenced above shall be permitted to bring relevant materials to trial including:

1. Flat panel LCD displays;
2. Projector with stand and projection screen;
3. Visual presenter with stand;
4. Speakers and amplifier;
5. Laptop and desktop computers;
6. Tech tables;
7. Book carts;
8. Boxes;
9. Easels;
10. Digital cameras;
11. Laser pointers;
12. Bottled water;
13. Printers;
14. Equipment necessary to set up an internal network; and
15. Other various supplies for trial (e.g. pens, pencils, notepads, etc.).

1   IT IS FURTHER ORDERED that the parties and their agents referenced above
2   may use the loading dock on September 19, 2008 through the end of the trial to transport the
3   materials listed above.
4
5   IT IS SO ORDERED.
6
7   Dated: September __19__, 2008                    _/s/ Ronald M. Whyte_
                                                     Honorable Ronald M. Whyte
8                                                    United States District Court Judge

| DATED: September 12, 2008 | By | */s/ Matthew D. Powers* |
|---|---|---|
| | | MATTHEW D. POWERS (Bar No. 104795)<br>Email: matthew.powers@weil.com<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Defendants<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC.,<br>SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |
| DATED: September 12, 2008 | By | */s/ Carolyn Hoecker Luedtke* |
| | | CAROLYN HOECKER LUEDTKE (Bar No. 207976)<br>Email: Carolyn.Luedtke@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>Attorneys for Plaintiff and Counter-defendant<br>RAMBUS, INC. |