1  *Parties Listed On Signature Page*

2

3

4

5

6                                              *E-FILED - 9/24/08*

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  RAMBUS INC., | CASE NO.:  C 05-00334 RMW |
| 12          Plaintiff, | **STIPULATION AND** XXXXXXXXXXXXXX |
| 13      vs. | **ORDER TO EXTEND THE DEADLINES FOR MCALEXANDER DEPOSITION AND ANY RELATED *DAUBERT* BRIEFING** |
| 14  HYNIX SEMICONDUCTOR INC., et al., | |
| 15          Defendant. | Judge:      Hon. Ronald M. Whyte |
| 16  | Courtroom:  6 |
| 17  RAMBUS INC., | CASE NO.:  C 05-02298 RMW |
| 18          Plaintiff, | |
| 19      vs. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 21          Defendant. | |
| 22  RAMBUS INC., | CASE NO. C-06-00244 RMW |
| 23          Plaintiff, | |
| 24      vs. | |
| 25  MICRON TECHNOLOGY INC., et al, | |
| 26          Defendants. | |

27

28

5969442.1

STIP. & XXXXXX ORDER TO EXTEND DEADLINES
FOR MCALEXANDER DEPO. & ANY RELATED
*DAUBERT* BRIEFING; 05-00334, 05-02298; 06-00244

1    WHEREAS, the expert discovery cutoff for the jury trial commencing on January

2    19, 2009 (the "January 19 Trial") was set for October 10, 2008 by Order dated July 16, 2008;

3    WHEREAS, the Court's Order of July 16, 2008 provides that *Daubert* motions

4    must be filed by October 17, 2008, with oppositions due by October 31, 2008, and replies due by

5    November 7, 2008;

6    WHEREAS, the Manufacturers' expert Mr. McAlexander is not available for

7    deposition until October 14, 2008;

8    WHEREAS, the parties have agreed that Mr. McAlexander's deposition relating to

9    his invalidity report may be taken on October 14, 2008 if Rambus can file any *Daubert* motion

10   related to Mr. McAlexander's testimony on or before October 21, 2008;

11   WHEREAS, the Manufacturers have requested a corresponding extension of the

12   filing dates for the opposition and reply to any such *Daubert* motion;

13   WHEREAS, the parties agree that this extension will not impact the January 19,

14   2009 trial date;

15   WHEREAS, the parties have agreed to the following briefing schedule for any

16   *Daubert* motion related to Mr. McAlexander;

17   NOW, THEREFORE, IT IS ORDERED THAT

18   The close of expert discovery in the above-caption actions shall be extended to

19   accommodate the agreement of counsel regarding Mr. McAlexander's deposition set forth above;

20   Rambus shall file any *Daubert* motion relating to Mr. McAlexander on or before

21   October 21, 2008;

22   The Manufacturers will file their opposition to any such motion on or before

23   November 4, 2008;

24   Rambus will file its reply on or before November 11, 2008.

25   SO ORDERED

26   DATED:    9/24/08                    *Ronald M. Whyte*

27                                        The Honorable Ronald M. Whyte

28                                        District Judge

1    DATED: September 19, 2008      MUNGER, TOLLES & OLSON LLP

2                                     SIDLEY AUSTIN LLP

3                                     McKOOL SMITH P.C.

4

5                                     By:_____ */s/ Jennifer L. Polse*_____
                                           JENNIFER L. POLSE

6                                     Attorneys for RAMBUS INC.

7    DATED: September 19, 2008      THEODORE BROWN III
                                      TOWNSEND and TOWNSEND and CREW,

8                                     LLP

9

10                                     By      */s/ Theodore Brown III*_____
                                         THEODORE BROWN III

11                                     Attorneys for HYNIX SEMICONDUCTOR
                                    INC., HYNIX SEMICONDUCTOR

12                                     AMERICA INC., HYNIX
                                    SEMICONDUCTOR MANUFACTURING

13                                     AMERICA INC., HYNIX
                                    SEMICONDUCTOR U.K. LTD., and HYNIX

14                                     SEMICONDUCTOR DEUTSCHLAND
                                    GmbH

15    DATED: September 19, 2008      SVEN RAZ
                                      WEIL, GOTSHAL & MANGES LLP

16

17

18                                     By:_____ */s/ Sven Raz*_____
                                          SVEN RAZ

19

20                                     Attorneys for MICRON TECHNOLOGY
                                    INC., et. al.

21    DATED: September 19, 2008      MATTHEW ANTONELLI
                                      WEIL, GOTSHAL & MANGES LLP

22

23                                     By:_____ */s/ Matthew Antonelli*_____
                                        MATTHEW ANTONELLI

24

25                                     Attorneys for SAMSUNG ELECTRONICS
                                    CO., LTD., SAMSUNG ELECTRONICS

26                                     AMERICA, INC., SAMSUNG
                                    SEMICONDUCTOR, INC., AND SAMSUNG

27                                     AUSTIN SEMICONDUCTOR, L.P.

28

1   DATED: September 19 , 2008

                                    THERESA E. NORTON
2                                         ORRICK HERRINGTON & SUTCLIFFE LLP

By:        */s/ Theresa E. Norton*
                           THERESA E. NORTON

Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA

### Filer's Attestation:

       I, Jennifer L. Polse, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES FOR THE MCALEXANDER DEPOSITION AND ANY RELATED *DAUBERT* BRIEFING**.  In compliance with General Order 45.X.B, I hereby attest that Theodore Brown, Sven Raz, Matthew Antonelli and Theresa Norton concur in this filing.

By: _____*/s/ Jennifer L. Polse*_____
                   Jennifer L. Polse