**United States District Court**
For the Northern District of California

E-filed: **9/29/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>　　　　Defendants. | No. C-05-00334 RMW<br><br>ORDER GRANTING HYNIX AND SAMSUNG'S MOTIONS TO STRIKE RAMBUS'S GDDR5 SDRAM FINAL INFRINGEMENT CONTENTIONS<br><br>**[Re Docket Nos. 2035, 2049]** |
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>　　　　Defendants. | No. C-05-02298 RMW<br><br>**[Re Docket Nos. 1011]** |

ORDER GRANTING HYNIX AND SAMSUNG'S MOTIONS TO STRIKE RAMBUS'S GDDR5 SDRAM FINAL
INFRINGEMENT CONTENTIONS
C-05-00334 RMW; C-05-02298 RMW
TSF

1   Pursuant to the deadline set by the court's case management orders, Rambus served its final
2 infringement contentions on August 1, 2008. Two weeks later, Hynix and Samsung filed motions to
3 strike Rambus's infringement contentions as to GDDR5 SDRAM, their most recent generation of
4 graphics-specific SDRAMs.[1] Rambus opposes the motions. The court has reviewed the papers and
5 considered the arguments of counsel.
6   The court grants Hynix and Samsung's motions to strike Rambus's infringement contentions
7 related to GDDR5 SDRAM. If Rambus wishes to pursue claims against Samsung and Hynix's
8 manufacture and sale of GDDR5 SDRAM, it may do so in a separate case.

10   DATED:   9/29/2008

*Ronald M Whyte*

11   RONALD M. WHYTE
    United States District Judge

---

[1]   Samsung also moved to strike Rambus's final infringement contention accusing Samsung's memory controllers of infringing various patents. Rambus filed its election of claims for trial on September 4, 2008 (Docket No. 2128 in C-05-00334, Docket No. 1077 in C-05-02298) in which Rambus agreed not to pursue claims against memory controllers in an upcoming trial. Rambus and Samsung agree that this moots Samsung's motion to strike for the present. If necessary, the parties may revisit the issue at a later time.

ORDER GRANTING HYNIX AND SAMSUNG'S MOTIONS TO STRIKE RAMBUS'S GDDR5 SDRAM FINAL
INFRINGEMENT CONTENTIONS
C-05-00334 RMW; C-05-02298 RMW
TSF                                                     2

**Notice of this document has been electronically sent to counsel in: C-05-00334 and C-05-02298.**

| Counsel for Rambus Inc., all actions | | Counsel for Hynix entities, C-00-20905 and C-05-00334 | |
|---|---|---|---|
| Burton Alexander Gross | Burton.Gross@mto.com | Allen Ruby | ruby@allenrubylaw.com |
| Carolyn Hoecker Luedtke | carolyn.luedtke@mto.com | Belinda Martinez Vega | bvega@omm.com |
| Catherine Rajwani | crajwani@sidley.com | Daniel J. Furniss | djfurniss@townsend.com |
| Craig N. Tolliver | ctolliver@mckoolsmith.com | Geoffrey Hurndall Yost | gyost@thelenreid.com |
| David C. Yang | david.yang@mto.com | Jordan Trent Jones | jtjones@townsend.com |
| Douglas A. Cawley | dcawley@mckoolsmith.com | Joseph A. Greco | jagreco@townsend.com |
| Erin C. Dougherty | erin.dougherty@mto.com | Kenneth Lee Nissly | kennissly@thelenreid.com |
| Gregory P. Stone | gregory.stone@mto.com | Kenneth Ryan O'Rourke | korourke@omm.com |
| Jennifer Lynn Polse | jen.polse@mto.com | Patrick Lynch | plynch@omm.com |
| Keith Rhoderic Dhu Hamilton, II | keith.hamilton@mto.com | Susan Gregory VanKeulen | svankeulen@thelenreid.com |
| Kelly Max Klaus | kelly.klaus@mto.com | Theodore G. Brown, III | tgbrown@townsend.com |
| Miriam Kim | Miriam.Kim@mto.com | Tomomi Katherine Harkey | tharkey@thelen.com |
| Peter A. Detre | detrepa@mto.com | **Counsel for Micron entities, C-06-00244** | |
| Pierre J. Hubert | phubert@mckoolsmith.com | Aaron Bennett Craig | aaroncraig@quinnemanuel.com |
| Rosemarie Theresa Ring | rose.ring@mto.com | David J. Ruderman | davidruderman@quinnemanuel.com |
| Scott L Cole | scole@mckoolsmith.com | Harold Avrum Barza | halbarza@quinnemanuel.com |
| Scott W. Hejny | shejny@sidley.com | Jared Bobrow | jared.bobrow@weil.com |
| Sean Eskovitz | sean.eskovitz@mto.com | John D Beynon | john.beynon@weil.com |
| Steven McCall Perry | steven.perry@mto.com | Leeron Kalay | leeron.kalay@weil.com |
| Thomas N Tarnay | ttarnay@sidley.com | Linda Jane Brewer | lindabrewer@quinnemanuel.com |
| William Hans Baumgartner, Jr | wbaumgartner@sidley.com | Rachael Lynn Ballard McCracken | rachaelmccracken@quinnemanuel.com |
| | | Robert Jason Becher | robertbecher@quinnemanuel.com |
| | | Yonaton M Rosenzweig | yonirosenzweig@quinnemanuel.com |

ORDER GRANTING HYNIX AND SAMSUNG'S MOTIONS TO STRIKE RAMBUS'S GDDR5 SDRAM FINAL INFRINGEMENT CONTENTIONS
C-05-00334 RMW; C-05-02298 RMW
TSF

3

| Counsel for Nanya entities, C-05-00334 | | Counsel for Samsung entities, C-05-00334 and C-05-02298 | |
|---|---|---|---|
| Chester Wren-Ming Day | cday@orrick.com | Ana Elena Kadala | anita.kadala@weil.com |
| Craig R. Kaufman | ckaufman@orrick.com | David J. Healey | david.healey@weil.com |
| Jan Ellen Ellard | jellard@orrick.com | Edward Robert Reines | Edward.Reines@weil.com |
| Jason Sheffield Angell | jangell@orrick.com | Matthew D. Powers | matthew.powers@weil.com |
| Kaiwen Tseng | ktseng@orrick.com | | |
| Mark Shean | mshean@orrick.com | | |
| Robert E. Freitas | rfreitas@orrick.com | | |
| Vickie L. Feeman | vfeeman@orrick.com | | |

| Counsel for intervenor, Texas Instruments, Inc., C-05-00334 | |
|---|---|
| Kelli A. Crouch | kcrouch@jonesday.com |
| **Counsel for intervenor, United States Department of Justice, C-00-20905** | |
| Eugene S. Litvinoff | eugene.litvinoff@usdoj.gov |
| May Lee Heye | may.heye@usdoj.gov |
| Nathanael M. Cousins | nat.cousins@usdoj.gov |
| Niall Edmund Lynch | Niall.Lynch@USDOJ.GOV |
| **Counsel for intervenor, Elpida Memory, Inc., C-00-20905 and C-05-00334** | |
| Eric R. Lamison | elamison@kirkland.com |
| John J. Feldhaus | jfeldhaus@foley.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:** 9/29/2008

TSF
**Chambers of Judge Whyte**

ORDER GRANTING HYNIX AND SAMSUNG'S MOTIONS TO STRIKE RAMBUS'S GDDR5 SDRAM FINAL INFRINGEMENT CONTENTIONS
C-05-00334 RMW; C-05-02298 RMW
TSF                4