*Parties Listed On Signature Page*

E-filed: 10/6/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendant. | CASE NO.: C 05-00334 RMW <br><br> **STIPULATION AND [REDACTED] ORDER TO SHORTEN THE BRIEFING SCHEDULE FOR RAMBUS'S EMERGENCY MOTION TO STRIKE [L.R. 6-2]** <br><br> Judge: Hon. Ronald M. Whyte <br> Courtroom: 6 |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendant. | CASE NO.: C 05-02298 RMW |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY INC., et al, <br><br> Defendants. | CASE NO. C-06-00244 RMW |

1    WHEREAS, the parties exchanged rebuttal expert reports on September 26, 2008;

2    WHEREAS, the Manufacturers served separate rebuttal expert reports on noninfringement;

4    WHEREAS, following the Manufacturers' service of their individual rebuttal reports, Rambus objected to the Manufacturers' submission of four separate rebuttal reports on noninfringement as impermissible under the Joint Case Management Order;

7    WHEREAS, the Manufacturers contend that they are entitled to submit their own individual rebuttal expert reports on noninfringement under the Joint Case Management Order;

9    WHEREAS, on September 30, 2008, the parties met and conferred in good faith regarding Rambus's objections but were unable to resolve their differences, and Rambus indicated its intent to bring an emergency motion to strike three of the Manufacturers' four expert reports on noninfringement;

13   WHEREAS, the parties have agreed that the discovery cutoff for expert depositions of the Manufacturers' noninfringement expert or experts shall be enlarged such that their deposition or depositions can proceed after the Court resolves Rambus's motion to strike;

16   WHEREAS, the parties agree that this will not impact the schedule for filing and resolution of *Daubert* or dispositive motions, or the trial date;

18   WHEREAS, in order to expedite the resolution of Rambus's objections, the parties have agreed to the briefing and hearing schedule set forth below, subject to the Court's approval and availability:

21   NOW, THEREFORE, IT IS ORDERED THAT

22   Rambus shall file its Emergency Motion to Strike on or before October 3, 2008;

23   The Manufacturers will file their opposition(s) on or before October 10, 2008;

24   Rambus will file its reply on or before October 14, 2008;

25   The hearing on Rambus's Emergency Motion to Strike shall be on October 17, 2008;

27   The discovery cutoff for expert depositions of the Manufacturers' noninfringement expert or experts shall be enlarged such that their deposition or depositions can proceed after the

Court resolves Rambus's motion to strike.

SO ORDERED

DATED: _10/4/08_       _Ronald M. Whyte_

The Honorable Ronald M. Whyte
District Judge

| | | |
|---|---|---|
| 1 | DATED: October 2, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | McKOOL SMITH P.C. |

By:     /s/ Jennifer L. Polse
             JENNIFER L. POLSE

Attorneys for RAMBUS INC.

DATED: October 2, 2008

JULIE HAN
TOWNSEND and TOWNSEND and CREW, LLP

By      /s/ Julie Han
             JULIE HAN

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

DATED: October 2, 2008

SVEN RAZ
WEIL, GOTSHAL & MANGES LLP

By:     /s/ Sven Raz
             SVEN RAZ

Attorneys for MICRON TECHNOLOGY INC., et. al.

DATED: October 2, 2008

ROBERT BEREZIN
WEIL, GOTSHAL & MANGES LLP

By:     /s/ Robert Berezin
             ROBERT BEREZIN

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

| | |
|---|---|
| DATED: October 2, 2008 | VICKIE FEEMAN<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br><br>By: _____ /s/ Vickie Feeman _____<br>VICKIE FEEMAN<br><br>Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA |

Filer's Attestation:

I, Jennifer L. Polse, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES FOR THE MCALEXANDER DEPOSITION AND ANY RELATED *DAUBERT* BRIEFING**. In compliance with General Order 45.X.B, I hereby attest that Julie Han, Sven Raz, Robert Berezin and Vickie Feeman concur in this filing.

By: _____ /s/ Jennifer L. Polse _____
Jennifer L. Polse