1  *Parties Listed On Signature Page*

2

3

4                                                    ***E-FILED - 10/14/08***

5

6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  RAMBUS INC.,                          CASE NO.:  C 05-00334 RMW

12          Plaintiff,                    **STIPULATION AND [PROPOSED]
                                          ORDER TO EXTEND THE DEADLINES
13     vs.                                FOR TEECE AND PROWSE
                                          DEPOSITIONS AND ANY RELATED
14  HYNIX SEMICONDUCTOR INC., et al.,     *DAUBERT* BRIEFING**

15          Defendant.                    Judge:     Hon. Ronald M. Whyte
                                          Courtroom: 6
16

17  RAMBUS INC.,                          CASE NO.:  C 05-02298 RMW

18          Plaintiff,

19     vs.

20  SAMSUNG ELECTRONICS CO., LTD.,
    et al.,
21
            Defendant.
22
    RAMBUS INC.,                          CASE NO. C-06-00244 RMW
23
            Plaintiff,
24
       vs.
25
    MICRON TECHNOLOGY INC., et al,
26
            Defendants.
27

28

WHEREAS, the expert discovery cutoff was set for October 10, 2008 by Order dated July 16, 2008;

WHEREAS, the Court's Order of July 16, 2008 provides that *Daubert* motions must be filed by October 17, 2008, with oppositions due by October 31, 2008, and replies due by November 7, 2008, and motions to be heard on November 21, 2008:

WHEREAS, Rambus' expert Dr. Teece is not available for deposition on a mutually acceptable date until October 20 and 21, 2008;

WHEREAS, Micron's expert Dr. Prowse is not available for deposition on a mutually acceptable date until October 22, 2008;

WHEREAS, the parties have agreed that Dr. Teece's deposition may be taken on October 20 and 21, 2008[1] if the Manufacturers can file any *Daubert* motion related to Dr. Teece's testimony or expert report on or before October 27, 2008;

WHEREAS, the parties have agreed that Dr. Prowse's deposition may be taken on October 22, 2008, if Rambus can file any *Daubert* motion related to Dr. Prowse's testimony or expert report on or before October 27, 2008;

WHEREAS, the parties have agreed to a corresponding extension of the filing dates for the opposition and reply to any such *Daubert* motion(s);

WHEREAS, the parties agree that this extension will not impact the January 19, 2009 trial date;

WHEREAS, the parties have agreed to the following briefing schedule for any *Daubert* motion related to Dr. Teece or Dr. Prowse;

NOW, THEREFORE, IT IS ORDERED THAT

The close of expert discovery in the above-caption actions shall be extended to

---

[1] If after the conclusion of the second day of Dr. Teece's deposition the Manufacturers believe that they require additional time to depose Dr. Teece, the parties will meet and confer in good faith regarding such additional time. If the parties are unable to reach an agreement, the Manufacturers reserve the right to move to compel additional time to depose Dr. Teece. Rambus will waive objections to a motion to compel further deposition time with Dr. Teece based solely on it being filed outside the deadline set by L.R. 26-2 (but do not waive objections on any other grounds), so long as the motion is filed on or before October 27, 2008.

1  accommodate the agreement of counsel regarding Dr. Teece's and Dr. Prowse's depositions set
2  forth above;

3        The parties shall file any *Daubert* motion relating to Dr. Teece's or Dr. Prowse's
4  testimony or expert report on or before October 27, 2008;

5        The parties shall file their oppositions to any such motions on or before November
6  10, 2008;

7        The parties will file their replies on or before November 17, 2008.

8

9  SO ORDERED:

10  DATED:   10/10/08                    *Ronald M. Whyte*

11                                          The Honorable Ronald M. Whyte
12                                          District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: October 7, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | McKOOL SMITH P.C. |
| 5 | | By: /s/ _____<br>JENNIFER L. POLSE |
| 6 | | Attorneys for RAMBUS INC. |
| 7-8 | DATED: October 7, 2008 | THEODORE BROWN III<br>TOWNSEND and TOWNSEND and CREW, LLP |
| 10 | | By /s/ _____<br>THEODORE BROWN III |
| 11-15 | | Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH |
| 16 | DATED: October 7, 2008 | SVEN RAZ<br>WEIL, GOTSHAL & MANGES LLP |
| 18 | | By: /s/ _____<br>SVEN RAZ |
| 19-20 | | Attorneys for MICRON TECHNOLOGY INC., et. al. |
| 21-22 | DATED: October 7, 2008 | STEVEN S. CHERENSKY<br>WEIL, GOTSHAL & MANGES LLP |
| 23-24 | | By: /s/ _____<br>STEVEN S. CHERENSKY |
| 25-27 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |

| | |
|---|---|
| 1  DATED: October 7, 2008 | VICKIE FEEMAN |
| 2 | ORRICK HERRINGTON & SUTCLIFFE LLP |

```
DATED: October 7, 2008              VICKIE FEEMAN
                                    ORRICK HERRINGTON & SUTCLIFFE
                                    LLP


                                    By:  /s/
                                         ─────────────────────────
                                              VICKIE FEEMAN

                                    Attorneys for NANYA TECHNOLOGY
                                    CORPORATION and NANYA
                                    TECHNOLOGY CORPORATION U.S.A.
```

## Filer's Attestation

I, Sven Raz, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES FOR THE TEECE AND PROWSE DEPOSITIONS AND ANY RELATED *DAUBERT* BRIEFING**. In compliance with General Order 45.X.B, I hereby attest that Jennifer Polse, Theodore Brown, Anne Cappella and Theresa E. Norton concur in this filing.

By: _____/s/_____
Sven Raz