1  *Parties Listed On Signature Page*

*E-FILED - 10/15/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>    Defendant. | CASE NO.: C 05-00334 RMW<br><br>STIPULATION AND [xxxxxxxxxxxxxxxx] ORDER TO CHANGE TIME FOR EXPERT DISCOVERY, *DAUBERT* MOTIONS, AND DISPOSITIVE MOTIONS [L.R. 6-2]<br><br>Judge:     Hon. Ronald M. Whyte<br>Courtroom: 6 |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendant. | CASE NO.: C 05-02298 RMW |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY INC., et al,<br><br>    Defendants. | CASE NO. C-06-00244 RMW |

6043211.1

STIP. & [XXXXX] ORDER TO CHANGE TIME FOR
EXPERT DISCOVERY, DAUBERT & DISC. MOTIONS;
CASE NO. 05-334 RMW, 05-2298 RMW & 06-244 RMW

1  WHEREAS, the expert discovery cutoff was set for October 10, 2008 by Order
2  dated July 16, 2008;
3  WHEREAS, the Court's Order of July 16, 2008 provides that *Daubert* and
4  dispositive motions must be filed by October 17, 2008, with oppositions due by October 31,
5  2008, and replies due by November 7, 2008, and motions to be heard on November 21, 2008;
6  WHEREAS, due to the scheduling constraints of the numerous expert witnesses,
7  and the need to schedule the depositions around the Jewish holidays taking place on September
8  30-October 1 and October 8-9, the parties are unable to schedule the expert depositions so that
9  they conclude by October 10, 2008;
10  WHEREAS; the parties have agreed, subject to the Court's approval, to extend the
11  deadline for completing expert discovery by one week, to October 17, and adjust the briefing and
12  hearing schedule for *Daubert* motions and dispositive motions to accommodate the expert
13  discovery extension;
14  WHEREAS, the parties agree that this extension will not impact the January 19,
15  2009 trial date;
16  WHEREAS, the parties have agreed to the briefing and hearing schedule set forth
17  below, subject to the Court's approval and availability:
18  NOW, THEREFORE, IT IS ORDERED THAT
19  The cutoff for expert discovery shall be extended to October 17, 2008 to
20  accommodate the agreement of counsel regarding scheduling of expert depositions;
21  Opening briefs for *Daubert* motions and dispositive motions shall be filed on or
22  before October 24, 2008;
23  Oppositions to *Daubert* and dispositive motions shall be filed on or before
24  November 7, 2008;
25  Replies to *Daubert* and dispositive motions shall be filed on or before November
26  14, 2008;
27  The hearing on *Daubert* and dispositive motions shall be on December 2, 2008.
28  SO ORDERED

6043211.1                                        - 1 -                STIP. & [XXXXX] ORDER TO CHANGE TIME FOR
                                                                      EXPERT DISCOVERY, DAUBERT & DISC. MOTIONS;
                                                                      CASE NO. 05-334 RMW, 05-2298 RMW & 06-244 RMW

DATED: 10/15/08

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
District Judge

| | | |
|---|---|---|
| 1 | DATED: October 2, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | McKOOL SMITH P.C. |
| 4 | | |
| 5 | | By: /s/ Jennifer L. Polse<br>JENNIFER L. POLSE |
| 6 | | Attorneys for RAMBUS INC. |
| 7 | DATED: October 2, 2008 | JULIE HAN<br>TOWNSEND and TOWNSEND and CREW, LLP |
| 8 | | |
| 9 | | |
| 10 | | By /s/ Julie Han<br>JULIE HAN |
| 11 | | Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | DATED: October 2, 2008 | SVEN RAZ<br>WEIL, GOTSHAL & MANGES LLP |
| 17 | | |
| 18 | | By: /s/ Sven Raz<br>SVEN RAZ |
| 19 | | Attorneys for MICRON TECHNOLOGY INC., et. al. |
| 20 | | |
| 21 | DATED: October 2, 2008 | ROBERT BEREZIN<br>WEIL, GOTSHAL & MANGES LLP |
| 22 | | |
| 23 | | By: /s/ Robert Berezin<br>ROBERT BEREZIN |
| 24 | | |
| 25 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: October 2, 2008 | VICKIE FEEMAN |
| 2 | | ORRICK HERRINGTON & SUTCLIFFE LLP |

By: _____/s/ Vickie Feeman_____
VICKIE FEEMAN

Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA

Filer's Attestation:

I, Jennifer L. Polse, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES FOR THE MCALEXANDER DEPOSITION AND ANY RELATED *DAUBERT* BRIEFING.** In compliance with General Order 45.X.B, I hereby attest that Julie Han, Sven Raz, Robert Berezin and Vickie Feeman concur in this filing.

By: _____/s/ Jennifer L. Polse_____
Jennifer L. Polse