1 | *Attorney list of names on signature page*

*E-FILED - 10/20/08*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | Case No. C 05-00334 RMW |
| Plaintiff, | **[] ORDER GRANTING JOINT REQUEST FOR PERMISSION TO BRING EQUIPMENT TO HEARING AND TO USE LOADING DOCK** |
| v. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICAN INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P. | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A. | |
| Defendants. | |
| RAMBUS INC., | Case No. C 05-02298 RMW |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P. | |
| Defendants. | |

Samsung Electronics Co, Ltd. and Rambus, Inc. (collectively, "the parties") hereby jointly request permission to bring certain equipment to the closing arguments set for October 21, 2008. The parties also jointly request permission for them and their agents, hired to transport materials for hearing, to use the Court's loading dock on October 21, 2008. These agents may include SpectraTek and Williams Lea.

IT IS HEREBY ORDERED that the parties and their agents referenced above shall be permitted to bring relevant materials to the closing arguments, including:

1. 3 flat panel LCD displays;
2. Projector with stand and projection screen;
3. Speakers and amplifier;
4. Laptop and desktop computers;
5. 2 tech tables;
6. Boxes;
7. Easels;

IT IS FURTHER ORDERED that the parties and their agents referenced above may use the loading dock on October 21, 2008 to transport the materials listed above.

IT IS SO ORDERED.

Dated: 10/20/08            *Ronald M. Whyte*
                           Honorable Ronald M. Whyte
                           United States District Court Judge


DATED: October 17, 2008    By    /s/
                                 Matthew D. Powers
                                 WEIL GOTSHAL & MANGES LLP

[] ORDER GRANTING JOINT REQUEST
FOR PERMISSION TO BRING EQUIPMENT TO           2           CASE NO. C 05 00334 RMW
HEARING AND TO USE LOADING DOCK                            CASE NO. C 05 02298 RMW

1 | Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
2 | SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR,

5  DATED: October 17, 2008       By   */s/*_____
                                      Carolyn Hoecker Luedtke
6                                     MUNGER, TOLLES & OLSON LLP
                                      SIDLEY AUSTIN LLP
7                                     McKOOL SMITH PC

8  Attorneys for Rambus, Inc.

[] ORDER GRANTING JOINT REQUEST
FOR PERMISSION TO BRING EQUIPMENT TO                    CASE NO. C 05 00334 RMW
HEARING AND TO USE LOADING DOCK        3                CASE NO. C 05 02298 RMW