1 | *Parties Listed on Signature Page*

E-filed: 10/31/08

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | Case No. C 05-00334 RMW <br><br> **STIPULATION AND ORDER REGARDING OPPOSITION TO RAMBUS'S *DAUBERT* MOTION NO. 3 AND MOTION *IN LIMINE* REGARDING W. CHRISTOPHER BAKEWELL** <br><br> Honorable Ronald M. Whyte |
| RAMBUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No. C 05-02298 RMW |

1  WHEREAS, on October 24, 2008, Rambus Inc. ("Rambus") filed its *Daubert* Motion No. 3 To Preclude The Manufacturers' Damages Experts From Relying On The Infineon Settlement Agreement, Certain Amended License Agreements, And Certain License Renegotiations; And Motion *In Limine* To Preclude W. Christopher Bakewell From Offering His Newly Formed Opinions At Trial (hereinafter "Rambus's *Daubert* Motion No. 3") in the above-captioned cases;

WHEREAS, Rambus and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively "Samsung") have reached an agreement, by and through their respective attorneys of record, that Samsung shall be permitted to file a separate opposition to Rambus's alternative Motion *In Limine* directed at Samsung's damages expert, W. Christopher Bakewell:

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

Samsung is permitted to file a separate opposition to Rambus's *Daubert* Motion No. 3 to address Rambus's alternative Motion *in Limine* regarding W. Christopher Bakewell, to which Rambus may file a separate reply.

SO ORDERED.

Dated: 10/31 , 2008

Honorable ~~Ronald M. Whyte~~ Jeremy Fogel

STIPULATION AND ORDER
REGARDING OPPOSITION TO RAMBUS'S *DAUBERT*       1
MOTION NO. 3

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW

| | | |
|---|---|---|
| 1 | Dated:  October 30, 2008 | WEIL, GOTSHAL & MANGES LLP |
| 2 | | By:  /s/Dana K. Powers |
| 3 | |         Dana K. Powers |

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC., and
SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

Dated:  October 30, 2008                          MUNGER TOLLES & OLSON LLP

SIDLEY AUSTIN LLP

McKOOL SMITH P.C.

By:  /s/ Andrea W. Jeffries
       Andrea W. Jeffries

Attorneys for RAMBUS INC.

**Filer's Attestation:**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this Stipulation has been obtained from Andrea W. Jeffries.

Dated:  October 30, 2008                          WEIL, GOTSHAL & MANGES LLP

By:  /s/ Dana K. Powers

DANA K. POWERS (Bar No. 252159)
Email: dana.powers@weil.com