1 | (Parties and counsel listed on signature page)

**E-filed:** November 14, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | CASE NO.: C 05-00334 RMW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE PAGE LIMIT FOR RAMBUS'S CONSOLIDATED OPPOSITION TO MANUFACTURERS' DAMAGES-RELATED *DAUBERT* AND SUMMARY JUDGMENT MOTIONS** |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | CASE NO.: C 05-02298 RMW |

1
2  RAMBUS INC.,                                CASE NO.:  C 06-00244 RMW
3           Plaintiff,
4      vs.
5  MICRON TECHNOLOGY INC., et al.,
6           Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    WHEREAS, the following *Daubert* and summary judgment motions, among
2 others, were filed on October 24 and October 27, 2008:
3    (1)   Hynix's Daubert Motion to Exclude Portions of Expert Report and
4 Testimony of Rambus's Damages Expert David J. Teece (Daubert No. 6);
5    (2)   Micron's and Samsung's Daubert Motion to Preclude David J. Teece From
6 Offering Testimony Regarding an "Infringer's Royalty," Royalty Rate Surveys and Two
7 Unquantified "Adjustments" That Allegedly "Offset One Another" (Daubert No. 8);
8    (3)   Micron's and Samsung's Joint Daubert Motion and Motions in Limine
9 Regarding Certain Damages Issues (Daubert No. 9);
10   (4)   Nanya Technology Corporation's and Nanya Technology Corporation
11 USA's Daubert Motion to Exclude Certain Testimony of Dr. Teece re: Hypothetical Negotiation
12 Date (Daubert No. 10);
13   (5)   Nanya Technology Corporation's and Nanya Technology Corporation
14 USA's Motion re Royalty Base Issues (Daubert No. 11);
15   (6)   Micron's and Samsung's Motion for Summary Judgment Regarding
16 Certain Damages Issues and Related Daubert Motions to Preclude David J. Teece From Offering
17 Testimony on Such Issues (MSJ No. 8);
18   (7)   Nanya Technology Corporation's Motion for Partial Summary Judgment of
19 Non-Infringement (Limitation of Damages/Non-U.S. Sales) (MSJ No. 9);
20   (8)   Nanya Technology Corporation USA's Motion for Partial Summary
21 Judgment of Non-Infringement (Limitation of Damages/Non-U.S. Sales) (MSJ No. 10); and
22   (9)   Hynix's Motion for Summary Judgment For the Prevention of Double
23 Recovery of Damages Relating to Hynix's Sales of DDR2, DDR3, gDDR2, and GDDR3
24 Products (MSJ No. 11); and
25    WHEREAS, Rambus intends to file a single consolidated opposition to the above-
26 listed motions (including any joinders to such motions);
27
28

1  NOW, THEREFORE, the parties stipulate and agree as follows:

2  1. Rambus's consolidated opposition brief shall be no longer than 75 pages.

3  2. This stipulation does not affect the Manufacturers' right to file individual
4  reply briefs.

6  Dated: November 12, 2008        ROLLIN A. RANSOM (Bar No. 196126)
                                    SIDLEY AUSTIN LLP

                                    By:  _____/s/_____.
8                                        ROLLIN A. RANSOM

9                                   Attorneys for Plaintiff
                                    RAMBUS INC.

12  Dated: November 12, 2008       SVEN RAZ (Bar No. 222262)
                                    WEIL, GOTSHAL & MANGES LLP

13                                  By:  _____/s/_____.
                                         SVEN RAZ

15                                  Attorneys for Defendants
                                    MICRON TECHNOLOGY, INC., and
                                    MICRON SEMICONDUCTOR
16                                  PRODUCTS, INC.

18  Dated: November 12, 2008       ROBERT S. BEREZIN (admitted pro hac vice)
                                    WEIL, GOTSHAL & MANGES LLP

                                    By:  _____/s/_____.
20                                       ROBERT S. BEREZIN

21                                  Attorneys for Defendants
                                    SAMSUNG ELECTRONICS CO., LTD.,
22                                  SAMSUNG ELECTRONICS AMERICA, INC.,
                                    SAMSUNG SEMICONDUCTOR, INC., and
23                                  SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

- 2 -   STIP. AND ~~PROPOSED~~ ORDER RE: PAGE LIMIT;
        CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

| | | |
|---|---|---|
| 1 | Dated: November 12, 2008 | THEODORE G. BROWN III (Bar No. 114672)<br>TOWNSEND and TOWNSEND and CREW LLP |
| 2 | | |
| 3 | | By:     /s/     .<br>        THEODORE G. BROWN III |
| 4 | | |
| 5 | | Attorneys for Defendants<br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC. |
| 6 | | |
| 7 | | |
| 8 | Dated: November 12, 2008 | ROBERT E. FREITAS (Bar No. 80948)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | | |
| 10 | | By:     /s/     .<br>        ROBERT E. FREITAS |
| 11 | | Attorneys for Defendants<br>NANYA TECHNOLOGY CORPORATION, and NANYA TECHNOLOGY CORPORATION USA |
| 12 | | |
| 13 | | |

1 **<u>ORDER</u>**

2    Pursuant to stipulation, it is so ordered.

4 Dated: November 13, 2008

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

- 4 -   STIP. AND ~~PROPOSED~~ ORDER RE: PAGE LIMIT;
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

1  ATTESTATION

2  **Filer's Attestation**: Pursuant to General Order No. 45, §X(B), I attest under penalty of
3  perjury that concurrence in the filing of this e-filed document has been obtained from counsel for
4  the Manufacturers.

5  Dated:  November 12, 2008

6  By: _____/s/_____.
   ROLLIN A. RANSOM