1  [*Parties Listed on Signature Page*]

*__E-FILED - 11/19/08__*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>            Defendants. | CASE NO.:  C 05-00334 RMW<br><br>**STIPULATION AND []**<br>**ORDER ON PRETRIAL SCHEDULE**<br><br><br>Trial Date:    January 19, 2009<br>Courtroom:    6<br>Judge:         Hon. Ronald M. Whyte |
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>            Defendants. | CASE NO.:  C 05-02298 RMW |
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICRON TECHNOLOGY INC., et al.,<br><br>            Defendants. | CASE NO.:  C 06-00244 RMW |

**STIPULATION AND ORDER**

WHEREAS, the scheduling order dated July 16, 2008, in the above-captioned actions ("Patent Trial Scheduling Order") sets certain pretrial deadlines for the trial that is scheduled to begin on January 19, 2009, including the hearing date for *Daubert* motions and dispositive motions, and the briefing schedule for *Daubert* motions, dispositive motions, and motions *in limine*;

WHEREAS, the parties previously stipulated to alter the briefing schedule and hearing date for the *Daubert* motions and dispositive motions via a joint stipulation and proposed order filed on October 2, 2008 and signed by the Court on October 15, 2008;

WHEREAS, due to scheduling conflicts, the parties have agreed to reschedule the hearing on *Daubert* motions and dispositive motions from December 2, 2008, to the afternoon of December 11, 2008;

WHEREAS, the parties have further agreed to amend the briefing schedule for *Daubert* motions, dispositive motions, and motions *in limine*;

WHEREAS, the parties are continuing to discuss other pretrial deadlines for the January 19, 2009 trial set forth in the Court's Standing Order Re: Pretrial Preparation, and, subject to reaching agreement on these other pretrial deadlines, intend to file a comprehensive joint stipulation on the pretrial schedule for the January 19, 2009 trial, covering pretrial filings addressed in both the Patent Trial Scheduling Order and the Court's Standing Order;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel, that the following hearing date for *Daubert* motions and dispositive motions, and briefing schedules for *Daubert* motions, dispositive motions, and motions *in limine*, shall be in place and shall supersede those set forth in the Patent Trial Scheduling Order and the October 15, 2008 Stipulation and Order:

1.  November 14, 2008: Deadline to file oppositions to *Daubert* motions and dispositive motions;[1]

---

[1] Deadlines for oppositions and replies on *Daubert* motions and dispositive motions apply to motions filed on October 24, 2008, and October 27, 2008.

2. November 25, 2008: Deadline to file replies to *Daubert* motions and dispositive motions;

3. December 3, 2008: Deadline to file motions *in limine*;

4. December 11, 2008 at 2:00 p.m.: Hearing on *Daubert* motions and dispositive motions;

5. December 12, 2008: Deadline to file oppositions to motions *in limine*.

SO ORDERED,

DATED: 11/18/08                            *Ronald M. Whyte*

Honorable Ronald M. Whyte

6301420.1

STIPULATION AND ORDER
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

| | | |
|---|---|---|
| 1 | DATED: November 7, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | McKOOL SMITH P.C. |

By: _/s/_____
         ROSEMARIE T. RING

Attorneys for RAMBUS INC.

DATED: November 7, 2008            THEODORE BROWN III
                                   TOWNSEND AND TOWNSEND AND
                                   CREW LLP


By  /s/_____
         THEODORE BROWN III

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

DATED: November 7, 2008            SVEN RAZ
                                   WEIL, GOTSHAL & MANGES LLP


By:  /s/_____
         SVEN RAZ

Attorneys for MICRON TECHNOLOGY INC., et. al.

| | | |
|---|---|---|
| 1 | DATED: November 7, 2008 | ROBERT BEREZIN<br>WEIL, GOTSHAL & MANGES LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/<br>ROBERT BEREZIN |
| 5 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATED: November 7, 2008 | THERESA E. NORTON<br>ORRICK HERRINGTON & SUTCLIFFE LLP |
| 10 | | |
| 11 | | |
| 12 | | By: /s/<br>THERESA E. NORTON |
| 13 | | Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA |
| 14 | | |

6301420.1

STIPULATION AND ORDER
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

1 **Filer's Attestation:**

2     I, Rosemarie T. Ring am the ECF User whose identification and password are being used

3 to file this **STIPULATION AND (PROPOSED) ORDER ON PRETRIAL SCHEDULE**.  In

4 compliance with General Order 45.X.B., I hereby attest that Theodore Brown III, Sven Raz,

5 Robert Berezin and Theresa Norton concur in this filing.

        By: /s/
           ROSEMARIE T. RING