1  [*Parties Listed on Signature Page*]

*E-FILED - 11/19/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | CASE NO.: C 05-00334 RMW <br><br> **STIPULATION AND [] ORDER CHANGING TIME ON RAMBUS'S MOTION TO STRIKE MANUFACTURERS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY (MSJ NO. 1 AND MSJ NO. 2)** <br><br> Trial Date: January 19, 2009 <br> Courtroom: 6 <br> Judge: Hon. Ronald M. Whyte |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | CASE NO.: C 05-02298 RMW |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY INC., et al., <br><br> Defendants. | CASE NO.: C 06-00244 RMW |

6320444.1

STIPULATION AND ORDER
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

**STIPULATION AND ORDER**

WHEREAS, the parties have agreed to reschedule the hearing date for *Daubert* motions and dispositive motions from December 2, 2008, to the afternoon of December 11, 2008, and filed a filed a joint stipulation and proposed order seeking approval for that agreement on November 7, 2008;

WHEREAS, the parties have further agreed, pursuant to Civil L.R. 6-2, that Rambus may file a motion to strike the Manufacturers' Motion for Summary Judgment of Invalidity No. 1 and Motion For Summary Judgment of Invalidity No. 2 on shortened time so that it may be heard on the same date as the motions that are the subject of the motion to strike, which, subject to court approval, is December 11, 2008;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel, that the hearing date and briefing scheduling for Rambus's Motion to Strike the Manufacturers' Motion for Summary Judgment No. 1 and Motion for Summary Judgment No. 2 shall be as follows:

1. November 12, 2008: Deadline to file opening brief;
2. November 26, 2008: Deadline to file opposition;
3. December 4, 2008: Deadline to file reply;
4. December 11, 2008, at 2:00 p.m.: Hearing on Rambus's Motion to Strike the Manufacturers' Motion For Summary Judgment of Invalidity No. 1 and Motion For Summary Judgment of Invalidity No. 2.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED:   11/19/08                   /s/ Ronald M. Whyte

                                    Honorable Ronald M. Whyte

| | | |
|---|---|---|
| 1 | DATED: November 10, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | McKOOL SMITH P.C. |

By: /s/
    ROSEMARIE T. RING

Attorneys for RAMBUS INC.

DATED: November 10, 2008

THEODORE BROWN III
TOWNSEND AND TOWNSEND AND CREW LLP
O'MELVENY & MYERS LLP
THELEN LLP

By /s/
    THEODORE BROWN III

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

DATED: November 10, 2008

SVEN RAZ
WEIL, GOTSHAL & MANGES LLP

By: /s/
    SVEN RAZ

Attorneys for MICRON TECHNOLOGY INC., et. al.

6320444.1

STIPULATION AND ORDER
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

1  DATED: November 10, 2008

ROBERT BEREZIN
WEIL, GOTSHAL & MANGES LLP


By: /s/
ROBERT BEREZIN

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P.


DATED: November 10, 2008

THERESA E. NORTON
ORRICK HERRINGTON & SUTCLIFFE LLP


By: /s/
THERESA E. NORTON

Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA

**Filer's Attestation:**

I, Rosemarie T. Ring am the ECF User whose identification and password are being used to file this **STIPULATION AND (PROPOSED) ORDER ON PRETRIAL SCHEDULE**. In compliance with General Order 45.X.B., I hereby attest that Theodore Brown III, Sven Raz, Robert Berezin and Theresa Norton concur in this filing.

By: /s/
ROSEMARIE T. RING