IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS, INC.,<br>　　　　Plaintiff.<br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br>　　　　Defendants. | *E-FILED - 11/19/08*<br><br>Case No. C 05-00334 RMW<br><br>**[] ORDER GRANTING WITHDRAWAL OF DAVID J. HEALEY AND ANITA E. KADALA AS COUNSEL FOR SAMSUNG** |
| RAMBUS, INC.<br>　　　　Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.<br>　　　　Defendants. | Case No. C 05-02298 RMW |

IT IS HEREBY ORDERED that the request for withdrawal of David J. Healey and Anita E. Kadala as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. in the above-entitled actions is GRANTED.

**IT IS SO ORDERED.**

Dated:  11/19/08

　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　――――――――――――――――
　　　　　　　　　HONORABLE RONALD M. WHYTE
　　　　　　　　　United States District Court Judge

[ ORDER GRANTING WITHDRAWAL OF DAVID J. HEALEY AND ANITA E. KADALA AS COUNSEL

Case No. C 05 00334 RMW
Case No. C 05 02298 RMW