**E-filed:  12/4/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | No. C-05-00334 RMW |
| Plaintiff, | |
| v. | ORDER MEMORIALIZING WILLFULNESS PROCEDURES |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | **[Re Docket Nos. 2674, 2677]** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |
| RAMBUS INC., | No. C-05-02298 RMW |
| Plaintiff, | **[Re Docket Nos. 1431, 1432]** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |

ORDER MEMORIALIZING WILLFULNESS PROCEDURES
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF

| | |
|---|---|
| RAMBUS INC., | No. C-06-00244 RMW |
| Plaintiff, | |
| v. | [Re Docket Nos. 1660, 1661] |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC. | |
| Defendants. | |

The parties have been unable to reach agreement regarding procedures for making pretrial submissions related to the issue of willfulness. The court has considered the arguments presented in the parties' letter briefs and during a phone conference at 3:00 p.m. on December 4, 2008.[1] The following memorializes the court's rulings during the phone conference.

- The parties' pretrial submissions with respect to willfulness will not be due before the beginning of the trial on infringement and validity. Such submissions will be due at a future time that will enable the court to try the willfulness issue within ten (10) days of the end of the damages portions of the trial. The Manufacturers represented that their positions on willfulness are set forth in their pending motions for summary judgment.

- To minimize the burden on witnesses, the parties may elect to examine with respect to willfulness a witness not under the control of an adverse party who the party calls during the liability phase of trial. Such testimony will be taken in the afternoon, outside the presence of the jury.

- Parties may request to examine an opposing party's trial witness with respect to willfulness. The opposing party may postpone that witness' willfulness testimony on the condition that they produce the witness again during the willfulness phase of the case.

- Patent Local Rule 3-8 (Jan. 1, 2001) imposes a deadline for disclosing reliance on

---

[1] Each party was represented by counsel. The phone conference was not reported.

ORDER MEMORIALIZING WILLFULNESS PROCEDURES
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF                                                                 2

United States District Court
For the Northern District of California

opinion of counsel. This deadline has passed. Postponing the willfulness phase of trial does not change the impact of Rule 3-8, and the Manufacturers may not disclose any new opinion of counsel defense to willfulness.

The court also discussed with the parties various ways to administer these cases more efficiently. The court will welcome any reports from any parties listing the outstanding motions in this case, the status of such motions, and any comment on how ruling on such motions will impact the upcoming trial. The court also expects the parties to meet and confer prior to December 10 with respect to representative parts. Any issues with respect to representative parts will be raised at the December 10 hearing.

DATED: 12/4/2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Notice of this document has been electronically sent to counsel in:

C-05-00334, C-05-02298, C-06-00244.

| Counsel | Email | Appearances: | | |
| --- | --- | --- | --- | --- |
| | | 05-00334 | 05-02298 | 06-00244 |
| **Elpida:** | | | | |
| Eric R. Lamison | elamison@kirkland.com | x | | |
| | | | | |
| **Hynix:** | | | | |
| Theodore G. Brown, III | tgbrown@townsend.com | x | x | x |
| Karin Morgan Cogbill | kfrenza@thelen.com, pawilson@thelen.com | x | | x |
| Daniel J. Furniss | djfurniss@townsend.com | x | | |
| Joseph A. Greco | jagreco@townsend.com | x | | |
| Julie Jinsook Han | JJHan@townsend.com | x | x | x |
| Tomomi Katherine Harkey | tharkey@omm.com | x | | |
| Jordan Trent Jones | jtjones@townsend.com | x | | |
| Patrick Lynch | plynch@omm.com | x | | |
| Kenneth Lee Nissly | knissly@omm.com | x | | x |
| Kenneth Ryan O'Rourke | korourke@omm.com | x | | |
| Belinda Martinez Vega | bvega@omm.com | x | x | x |
| Geoffrey Hurndall Yost | gyost@thelenreid.com | x | x | x |
| Susan Gregory van Keulen | svankeulen@omm.com | x | | x |
| | | | | |
| **Interdigital:** | | | | |
| Nathan Loy Walker | nathan.walker@wilmerhale | x | | |
| | | | | |
| **Micron:** | | | | |
| Robert Jason Becher | robertbecher@quinnemanuel.com | x | | x |
| John D Beynon | john.beynon@weil.com | x | x | x |
| Jared Bobrow | jared.bobrow@weil.com | x | x | x |
| Yonaton M Rosenzweig | yonirosenzweig@quinnemanuel.com | x | | x |
| Harold Avrum Barza | halbarza@quinnemanuel.com | | | x |
| Linda Jane Brewer | lindabrewer@quinnemanuel.com | | | x |
| Aaron Bennett Craig | aaroncraig@quinnemanuel.com | | | x |
| Leeron Kalay | kalay@fr.com | | | x |
| David J. Lender | david.lender@weil.com | | | x |
| Rachael Lynn Ballard McCracken | rachaelmccracken@quinnemanuel.com | | | x |
| Sven Raz | sven.raz@weil.com | | | x |
| David J. Ruderman | davidruderman@quinnemanuel.com | | | x |
| Elizabeth Stotland Weiswasser | elizabeth.weiswasser@weil.com | | | x |
| | | | | |
| **Nanya:** | | | | |
| Jason Sheffield Angell | jangell@orrick.com | x | x | x |
| Kristin Sarah Cornuelle | kcornuelle@orrick.com | x | x | x |
| Chester Wren-Ming Day | cday@orrick.com | x | | |
| Jan Ellen Ellard | jellard@orrick.com | x | | x |
| Vickie L. Feeman | vfeeman@orrick.com | x | x | x |
| Robert E. Freitas | rfreitas@orrick.com | x | | |
| Craig R. Kaufman | hlee@orrick.com | x | | |
| Hao Li | hli@orrick.com | x | | |

ORDER MEMORIALIZING WILLFULNESS PROCEDURES
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF                                  4

| | | | | |
|---|---|---|---|---|
| Cathy Yunshan Lui | clui@orrick.com | x | | |
| Theresa E. Norton | tnorton@orrick.com | x | | |
| Mark Shean | mshean@orrick.com | x | | |
| Kaiwen Tseng | ktseng@orrick.com | x | | |

**Rambus:**

| | | | | |
|---|---|---|---|---|
| Kathryn Kalb Anderson | Kate.Anderson@mto.com | x | | x |
| Peter A. Detre | detrepa@mto.com | x | x | x |
| Erin C. Dougherty | erin.dougherty@mto.com | x | x | x |
| Sean Eskovitz | sean.eskovitz@mto.com | x | x | x |
| Burton Alexander Gross | Burton.Gross@mto.com | x | x | x |
| Keith Rhoderic Dhu Hamilton, II | keith.hamilton@mto.com | x | x | x |
| Pierre J. Hubert | phubert@mckoolsmith.com | x | x | x |
| Andrea Jill Weiss Jeffries | Andrea.Jeffries@mto.com | x | x | x |
| Miriam Kim | Miriam.Kim@mto.com | x | x | x |
| Carolyn Hoecker Luedtke | carolyn.luedtke@mto.com | x | x | x |
| Steven McCall Perry | steven.perry@mto.com | x | x | x |
| Jennifer Lynn Polse | jen.polse@mto.com | x | x | x |
| Matthew Thomas Powers | mpowers@sidley.com | x | | |
| Rollin Andrew Ransom | rransom@sidley.com | x | x | x |
| Rosemarie Theresa Ring | rose.ring@mto.com | x | x | x |
| Gregory P. Stone | gregory.stone@mto.com | x | x | x |
| Craig N. Tolliver | ctolliver@mckoolsmith.com | x | x | x |
| Donald Ward | Bill.Ward@mto.com | x | x | x |
| David C. Yang | david.yang@mto.com | x | x | x |
| Douglas A. Cawley | dcawley@mckoolsmith.com | | | x |
| Scott L Cole | scole@mckoolsmith.com | | | x |

**Samsung:**

| | | | | |
|---|---|---|---|---|
| Steven S. Cherensky | steven.cherensky@weil.com | x | x | |
| Claire Elise Goldstein | claire.goldstein@weil.com | x | x | |
| Dana Prescott Kenned Powers | dana.powers@weil.com | x | x | x |
| Matthew Douglas Powers | matthew.powers@weil.com, matthew.antonelli@weil.com | x | x | |
| Edward Robert Reines | Edward.Reines@weil.com | x | x | |

**Texas Instruments:**

| | | | | |
|---|---|---|---|---|
| Kelli A. Crouch | kcrouch@jonesday.com | x | x | x |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:**        12/4/2008                             TSF
                                                **Chambers of Judge Whyte**

ORDER MEMORIALIZING WILLFULNESS PROCEDURES
C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF                                                    5