1

2                                                              **E-filed:   12/12/2008**

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                              SAN JOSE DIVISION

8    RAMBUS INC.,                              No. C-05-00334 RMW

9              Plaintiff,

10                                             REQUEST FOR PROPOSED AGENDAS
         v.

11
     HYNIX SEMICONDUCTOR INC., HYNIX
12   SEMICONDUCTOR AMERICA INC.,
     HYNIX SEMICONDUCTOR
13   MANUFACTURING AMERICA INC.,

14   SAMSUNG ELECTRONICS CO., LTD.,
     SAMSUNG ELECTRONICS AMERICA,
15   INC., SAMSUNG SEMICONDUCTOR, INC.,
     SAMSUNG AUSTIN SEMICONDUCTOR,
16   L.P.,

17   NANYA TECHNOLOGY CORPORATION,
     NANYA TECHNOLOGY CORPORATION
18   U.S.A.,

19             Defendants.

20   RAMBUS INC.,                              No. C-05-02298 RMW

21             Plaintiff,

22             Plaintiff,

23        v.

24   SAMSUNG ELECTRONICS CO., LTD.,
     SAMSUNG ELECTRONICS AMERICA,
25   INC., SAMSUNG SEMICONDUCTOR, INC.,
     SAMSUNG AUSTIN SEMICONDUCTOR,
26   L.P.,

27             Defendants.

28

**United States District Court**
For the Northern District of California

REQUEST FOR PROPOSED AGENDAS — C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

RAMBUS INC.,

        Plaintiff,

  v.

MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS,
INC.

        Defendants.

No. C-06-00244 RMW

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties have three hearing dates scheduled in the coming weeks. December 19 has been designated as the pretrial conference. January 6 and 7 of 2009 have been reserved as additional dates for hearing the parties' numerous pending motions for summary judgment and *Daubert* motions.

December 19 is scheduled as a pretrial conference. The court has not yet received a joint pretrial conference statement from the parties. The court understands that a variety of pretrial conference matters like trial time estimates and witness lists depend on the court's rulings on summary judgment and the number of representative products and prior art references. The court therefore extends the deadline for the parties to file their joint pretrial conference statement to January 5, 2009 and does not anticipate discussing trial time estimates on December 19. The court's current agenda for December 19 therefore consists of: (1) resolving any lingering disputes over representative products (if briefed in letters by December 17); (2) resolving any lingering disputes over expert opinions related to the court's construction of "memory device" (if briefed in letters by December 17); and (3) hearing argument on motions on which oral argument is needed.

As before, the court would benefit from the parties' insight regarding what matters they wish to be heard on December 19. *See* Docket No. 2665 (Nov. 26, 2008). Any proposal should be similar in format to those filed in response to the court's prior request, but filed jointly. If the parties cannot agree on a priority list, each party should list up to five matters they wish to have addressed or heard on December 19 (in addition to those mentioned above). The joint proposal should be filed by Monday, December 15 at 5:00 p.m.

REQUEST FOR PROPOSED AGENDAS — C-05-00334 RMW; C-05-02298-RMW; C-06-00244-RMW
TSF                      2

**United States District Court**
For the Northern District of California

1    Finally, the extraordinary[1] nature of this litigation should compel the parties to make an

2    additional good faith effort to settle.  At the December 10 hearing, the court encouraged counsel to

3    settle this dispute, but counsel's clients were not there to hear the court.  The court therefore expects

4    counsel to convey the court's following concerns to their clients.

5    A court's orders and a jury's verdict necessarily have binary outcomes.  Motions are

6    generally granted or denied.  The court cannot discount the relief requested because the matter was a

7    close call.  Patents are valid or invalid.  The jury cannot recognize the probabilistic nature of patent

8    rights.  Injunctions are entered or not.  The court cannot fashion remedies that force the parties to

9    engage in joint research and development, to shape product roadmaps, or to create innovative new

10   joint ventures.

11   No order that this court can enter can possibly benefit the parties as much as a settlement.

12   Until that happens, the litigation will continue to grind forward with motions, trials, and appeals, and

13   potentially more motions, retrials, and further appeals.  This litigation produces only uncertainty,

14   and it does so at tremendous cost.  It sacrifices the time of employees that could be spent developing

15   new technologies.  It diverts and consumes money that could be spent on innovation.  And it chills

16   the development of new products that remain hostage to the rights of others.  The opportunity cost of

17   this litigation is staggering, and in light of economic conditions, ghastly.  It is time for the parties to

18   move on.

19

20   DATED:   12/12/2008

21                                                  *Ronald M Whyte*

                                                   RONALD M. WHYTE
22                                                 United States District Judge

23

24

25

26

27

28
_____
[1]    By "extraordinary," the court does not necessarily mean "exceptional."  35 U.S.C. § 285.

Notice of this document has been electronically sent to counsel in:

C-05-00334, C-05-02298, C-06-00244.

| Counsel | Email | Appearances: | | |
|---|---|---|---|---|
| | | 05-00334 | 05-02298 | 06-00244 |
| **Elpida:** | | | | |
| Eric R. Lamison | elamison@kirkland.com | x | | |
| | | | | |
| **Hynix:** | | | | |
| Theodore G. Brown , III | tgbrown@townsend.com | x | x | x |
| Karin Morgan Cogbill | kfrenza@thelen.com, pawilson@thelen.com | x | | x |
| Daniel J. Furniss | djfurniss@townsend.com | x | | |
| Joseph A. Greco | jagreco@townsend.com | x | | |
| Julie Jinsook Han | JJHan@townsend.com | x | x | x |
| Tomomi Katherine Harkey | tharkey@omm.com | x | | |
| Jordan Trent Jones | jtjones@townsend.com | x | | |
| Patrick Lynch | plynch@omm.com | x | | |
| Kenneth Lee Nissly | kennissly@omm.com | x | | x |
| Kenneth Ryan O'Rourke | korourke@omm.com | x | | |
| Belinda Martinez Vega | bvega@omm.com | x | x | x |
| Geoffrey Hurndall Yost | gyost@thelenreid.com | x | x | x |
| Susan Gregory van Keulen | svankeulen@omm.com | x | | x |
| | | | | |
| **Interdigital:** | | | | |
| Nathan Loy Walker | nathan.walker@wilmerhale.com | x | | |
| | | | | |
| **Micron:** | | | | |
| Robert Jason Becher | robertbecher@quinnemanuel.com | x | | x |
| John D Beynon | john.beynon@weil.com | x | x | x |
| Jared Bobrow | jared.bobrow@weil.com | x | x | x |
| Yonaton M Rosenzweig | yonirosenzweig@quinnemanuel.com | x | | x |
| Harold Avrum Barza | halbarza@quinnemanuel.com | | | x |
| Linda Jane Brewer | lindabrewer@quinnemanuel.com | | | x |
| Aaron Bennett Craig | aaroncraig@quinnemanuel.com | | | x |
| Leeron Kalay | kalay@fr.com | | | x |
| David J. Lender | david.lender@weil.com | | | x |
| Rachael Lynn Ballard McCracken | rachaelmccracken@quinnemanuel.com | | | x |
| Sven Raz | sven.raz@weil.com | | | x |
| David J. Ruderman | davidruderman@quinnemanuel.com | | | x |
| Elizabeth Stotland Weiswasser | elizabeth.weiswasser@weil.com | | | x |
| | | | | |
| **Nanya:** | | | | |
| Jason Sheffield Angell | jangell@orrick.com | x | x | x |
| Kristin Sarah Cornuelle | kcornuelle@orrick.com | x | x | x |
| Chester Wren-Ming Day | cday@orrick.com | x | | |
| Jan Ellen Ellard | jellard@orrick.com | x | | x |
| Vickie L. Feeman | vfeeman@orrick.com | x | x | x |
| Robert E. Freitas | rfreitas@orrick.com | x | | |
| Craig R. Kaufman | hlee@orrick.com | x | | |
| Hao Li | hli@orrick.com | x | | |
| Cathy Yunshan Lui | clui@orrick.com | x | | |
| Theresa E. Norton | tnorton@orrick.com | x | | |

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

| | | | | |
|---|---|---|---|---|
| Mark Shean | mshean@orrick.com | x | | |
| Kaiwen Tseng | ktseng@orrick.com | x | | |
| | | | | |
| **Rambus:** | | | | |
| Kathryn Kalb Anderson | Kate.Anderson@mto.com | x | | x |
| Peter A. Detre | detrepa@mto.com | x | x | x |
| Erin C. Dougherty | erin.dougherty@mto.com | x | x | x |
| Sean Eskovitz | sean.eskovitz@mto.com | x | x | x |
| Burton Alexander Gross | Burton.Gross@mto.com | x | x | x |
| Keith Rhoderic Dhu Hamilton, II | keith.hamilton@mto.com | x | x | x |
| Pierre J. Hubert | phubert@mckoolsmith.com | x | x | x |
| Andrea Jill Weiss Jeffries | Andrea.Jeffries@mto.com | x | x | x |
| Miriam Kim | Miriam.Kim@mto.com | x | x | x |
| Carolyn Hoecker Luedtke | carolyn.luedtke@mto.com | x | x | x |
| Steven McCall Perry | steven.perry@mto.com | x | x | x |
| Jennifer Lynn Polse | jen.polse@mto.com | x | x | x |
| Matthew Thomas Powers | mpowers@sidley.com | x | | |
| Rollin Andrew Ransom | rransom@sidley.com | x | x | x |
| Rosemarie Theresa Ring | rose.ring@mto.com | x | x | x |
| Gregory P. Stone | gregory.stone@mto.com | x | x | x |
| Craig N. Tolliver | ctolliver@mckoolsmith.com | x | x | x |
| Donald Ward | Bill.Ward@mto.com | x | x | x |
| David C. Yang | david.yang@mto.com | x | x | x |
| Douglas A. Cawley | dcawley@mckoolsmith.com | | | x |
| Scott L Cole | scole@mckoolsmith.com | | | x |
| | | | | |
| **Samsung:** | | | | |
| Steven S. Cherensky | steven.cherensky@weil.com | x | x | |
| Claire Elise Goldstein | claire.goldstein@weil.com | x | x | |
| Dana Prescott Kenned Powers | dana.powers@weil.com | x | x | x |
| Matthew Douglas Powers | matthew.powers@weil.com, | x | x | |
| | matthew.antonelli@weil.com | | | |
| Edward Robert Reines | Edward.Reines@weil.com | x | x | |
| | | | | |
| **Texas Instruments:** | | | | |
| Kelli A. Crouch | kcrouch@jonesday.com | x | x | x |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:**        12/12/2008        _____TSF_____

**Chambers of Judge Whyte**