IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/23/08*

| | |
|---|---|
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> HYNIX SEMICONDUCTOR, INC., et al., <br>     Defendant. | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> SAMSUNG ELECTRONICS, CO., et al., <br>     Defendant. | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> MICRON TECHNOLOGY, INC., et al., <br>     Defendant. | CASE NO.: C-06-00244-RMW <br><br> SEALING ORDER |

IT IS HEREBY ORDERED that the Micron and Samsung's reply in support of motion and daubert motion No. 8 to preclude David J. Teece from offering testimony regarding an "infringer's royalty," royalty rate surveys and two unquantified "adjustments" that allegedly "offset one another" lodged with the court on November 26, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: December 23, 2008

_____
RONALD M. WHYTE
United States District Judge

1  Copy of Order E-Filed to Counsel of Record:

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28