IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> HYNIX SEMICONDUCTOR, INC., et al., <br>     Defendant. <br> _____ | ***E-FILED - 12/23/08*** <br> CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> SAMSUNG ELECTRONICS, CO., et al., <br>     Defendant. <br> _____ | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> MICRON TECHNOLOGY, INC., et al., <br>     Defendant. <br> _____ | CASE NO.: C-06-00244-RMW <br><br> SEALING ORDER |

IT IS HEREBY ORDERED that Exhibit 3 to the declaration of John D. Beynon in support of manufacturers' reply to its daubert motion to preclude testimony of Robert Murphy on secondary considerations of nonobviousness (daubert no. 1) lodged with the court on November 26, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED:  December 23, 2008

_____
RONALD M. WHYTE
United States District Judge

1  Copy of Order E-Filed to Counsel of Record: