IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/23/08*

| | |
|---|---|
| RAMBUS, INC., <br>     Plaintiff, <br>    -v- <br> HYNIX SEMICONDUCTOR, INC., et al., <br>     Defendant. <br> _____ | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>    -v- <br> SAMSUNG ELECTRONICS, CO., et al., <br>     Defendant. <br> _____ | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>    -v- <br> MICRON TECHNOLOGY, INC., et al., <br>     Defendant. <br> _____ | CASE NO.: C-06-00244-RMW <br><br> SEALING ORDER |

1
2
3       IT IS HEREBY ORDERED that Motion In Limine No. 25 to exclude evidence or argument
4  of an alleged conspiracy and Motion In Limine No. 27 to exclude references to non-accused lodged
5  with the court on December 4, 2008 shall be filed under seal.
6       IT IS SO ORDERED.
7
8  DATED:  December 23, 2008

                                          _____
9                                          RONALD M. WHYTE
10                                         United States District Judge

1 | Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28