IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> HYNIX SEMICONDUCTOR, INC., et al., <br>     Defendant. <br>_____ | ***E-FILED - 12/23/08*** <br> CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> SAMSUNG ELECTRONICS, CO., et al., <br>     Defendant. <br>_____ | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> MICRON TECHNOLOGY, INC., et al., <br>     Defendant. <br>_____ | CASE NO.: C-06-00244-RMW <br><br> SEALING ORDER |

1
2
3    IT IS HEREBY ORDERED that Rambus Inc.'s opposition to manufacturers' motion in
4 limine no. 12 and opposition to manufacturers' motion in limine no. 29 lodged with the court on
5 December 17, 2008 shall be filed under seal.
6    IT IS SO ORDERED.
7
8 DATED: December 23, 2008

_____
RONALD M. WHYTE
United States District Judge

1  Copy of Order E-Filed to Counsel of Record: