1
2
3
4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
                                                *E-FILED - 12/23/08*
7    RAMBUS, INC.,
                                                CASE NO.: C-05-00334-RMW
8            Plaintiff,

9        -v-

10   HYNIX SEMICONDUCTOR, INC., et al.,

11           Defendant.

12   _____

13   RAMBUS, INC.,                             CASE NO.: C-05-02298-RMW

14           Plaintiff,

15       -v-

16   SAMSUNG ELECTRONICS, CO., et al.,

17           Defendant.

18   _____

     RAMBUS, INC.,
19                                             CASE NO.: C-06-00244-RMW
             Plaintiff,
20
         -v-
21
22   MICRON TECHNOLOGY, INC., et al.,          SEALING ORDER

             Defendant.
23   _____

24
25
26
27
28

1

2

3        IT IS HEREBY ORDERED that Rambus Inc.'s omnibus opposition to the manufacturers'

4  damages-related summary judgment and daubert motions lodged  with the court on November 17,

5  2008 shall be filed under seal.

6        IT IS SO ORDERED.

7

8  DATED:  December 23, 2008

9                                                                    _____

10                                                                    RONALD M. WHYTE
                                                                     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   Copy of Order E-Filed to Counsel of Record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28