| | |
|---|---|
| 1 | TOWNSEND and TOWNSEND and CREW LLP |
|   | DANIEL J. FURNISS (SBN 73531) djfurniss@townsend.com |
| 2 | THEODORE G. BROWN, III (SBN 114672) tgbrown@townsend.com |
|   | JULIE J. HAN (SBN 215279) jjhan@townsend.com |
| 3 | 379 Lytton Avenue |
|   | Palo Alto, California 94301 |
| 4 | Telephone: (650) 326-2400; Facsimile: (650) 326-2422 |
| 5 | O'MELVENY & MYERS LLP |
|   | KENNETH L. NISSLY (SBN 77589) knissly@omm.com |
| 6 | SUSAN van KEULEN (SBN 136060) svankeulen@omm.com |
|   | 2765 Sand Hill Road |
| 7 | Menlo Park, CA 94025 |
|   | Telephone: (650) 473-2600; Facsimile: (650) 473-2601 |
| 8 | |
|   | O'MELVENY & MYERS LLP |
| 9 | KENNETH R. O'ROURKE (SBN 120144) korourke@omm.com |
|   | WALLACE A. ALLAN (SBN 102054) tallan@omm.com |
| 10 | 400 South Hope Street, Suite 1060 |
|   | Los Angeles, California 90071-2899 |
| 11 | Telephone: (213) 430-6000; Facsimile (213) 430-6407 |
| 12 | Attorneys for Defendants and Counterclaim Plaintiffs |
|   | HYNIX SEMICONDUCTOR INC., |
| 13 | HYNIX SEMICONDUCTOR AMERICA INC., HYNIX |
|   | SEMICONDUCTOR MANUFACTURING AMERICA INC., |
| 14 | HYNIX SEMICONDUCTOR U.K. LTD., and |
|   | HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH |

***E-FILED - 12/23/08***

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

RAMBUS INC.,
        Plaintiff,
   v.

HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,

NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,
        Defendants

Case No. C 05-00334 RMW

[PROPOSED] ORDER GRANTING HYNIX'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 79-5 AND 7-11

| | |
|---|---|
| RAMBUS INC.,<br>            Plaintiff,<br>    v.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC.,<br>SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br>            Defendants | Case No. C 05-02298 RMW |
| RAMBUS INC.,<br>            Plaintiff,<br>    v.<br>MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br>            Defendants | Case No. C 06-00244 RMW |

On December 3, 2008, Hynix filed an Administrative Request to File Documents Under Seal, with respect to the following documents:

1.  Exhibits N, O, R, W, and EE to the Declaration of Theodore G. Brown, III in Support of Motions *in limine* Nos. 21-27;

2.  Motion *in limine* No. 25 to Exclude Evidence or Argument of an Alleged Conspiracy; and

3.  Motion *in limine* No. 27 to Exclude References to Non-Accused Products.

Good cause appearing, IT IS THEREFORE ORDERED:

The foregoing documents, the subject of Hynix's December 3, 2008 Administrative Request to File Under Seal, shall be filed under seal.

Dated: 12/23/08

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

61715386 v1