UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: September 5, 2008

| | |
|---|---|
| Case No. C-05-00334-RMW | JUDGE: Ronald M. Whyte |
| RAMBUS, INC. | -V- HYNIX , NANYA |
| Case No. C-05-2298-RMW | |
| RAMBUS, INC. | -V- SAMSUNG |
| Case No. C-06-00244-RMW | |
| RAMBUS, INC. | -V- MICRON |
| Title | |

| | |
|---|---|
| G. Stone, P. Detre, F. Rollin | K. Nissly, B. Freitas, M. Powers, J. Bobrow |
| Attorneys Present | Attorneys Present |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Lee-Anne Shortridge |

PROCEEDINGS

**MANUFACTURER'S MOTIONS FOR SEPARATE TRIALS, AND/OR TO SEVER, AND/OR TO STAY**

**ORDER AFTER HEARING**

Hearing Held.  The Court heard oral argument from counsel.  The Court offers the following proposal for comment: 1) A consolidated trial on infringement and invalidity with respect to DDR2 SDRAM and following products as scheduled in January.  Rambus's claims on SDRAM and DDR SDRAM against Nanya and Samsung can be pursued later.  2) If necessary, the same jury then tries willfulness on an individual basis starting with Nanya, then Micron, then Samsung, then Hynix.  3) If necessary, a separate jury would then hear damages (any any other individual defenses like Micron's license) as to each Manufacturer on an individual basis.  The Court request follow-up written comments from counsel due by 9/19 and a follow-up hearing on 9/24 @ 2:30 PM.