ROBERT E. FREITAS (STATE BAR NO. 80948)
CRAIG R. KAUFMAN (STATE BAR NO. 159458)
VICKIE L. FEEMAN (STATE BAR NO. 177487)
THERESA E. NORTON (STATE BAR NO. 193530)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendants and Counterclaim Plaintiffs
Nanya Technology Corporation and
Nanya Technology Corporation USA

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR MANUFACTURING AMERICA, INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA,<br><br>             Defendants.<br><br>AND RELATED ACTIONS. | Case No.  CV-05-003334 RMW<br><br>**[] ORDER GRANTING NANYA TECHNOLOGY CORPORATION'S AND NANYA TECHNOLOGY CORPORATION USA'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5(D) AND 7-11)**<br><br>**(RE NANYA TECHNOLOGY CORPORATION'S AND NANYA TECHNOLOGY CORPORATION USA'S MOTIONS *IN LIMINE*)**<br><br>Date:         December 19, 2008<br>Time:         2:00 p.m.<br>Location:   Department 6<br>Judge:       Hon. Ronald M. Whyte |

On December 3, 2008, Nanya Technology Corporation ("Nanya") and Nanya Technology Corporation USA ("Nanya USA") filed an Administrative Motion to File Documents Under Seal Pursuant to Local Rule 7-11 and 79-5(d) in the above-captioned actions with respect to the following documents:

1. **Nanya Technology Corporation's and Nanya Technology Corporation USA's Joinder of Samsung Motion *In Limine* No. 17 Re Alleged DRAM Antitrust Price-Fixing and Alleged Boycott Evidence ("Nanya's and Nanya USA's Joinder to Samsung Motion *in Limine* No. 17");**

2. **Exhibits C to the Declaration of Jason S. Angell In Support Of Nanya Technology Corporation's and Nanya Technology Corporation USA's Joinder of Samsung Motion *In Limine* No. 17 Regarding The Alleged DRAM Antitrust Price-Fixing And Alleged Boycott Evidence ("Angell Declaration in Support of Motion *in Limine* No. 17");**

3. **Exhibit D to the Declaration of Jason S. Angell In Support Of Nanya Technology Corporation's and Nanya Technology Corporation USA's Joinder of Samsung Motion *In Limine* No. 17 Regarding The Alleged DRAM Antitrust Price-Fixing And Alleged Boycott Evidence ("Angell Declaration in Support of Motion *in Limine* No. 17");**

4. **Nanya Technology Corporation's and Nanya Technology Corporation USA's Motion *in Limine* No. 28 Re Improper Use of the Term "The Inventions" ("Nanya's and Nanya USA's Motion *in Limine* No. 28");**

5. **Nanya Technology Corporation's and Nanya Technology Corporation USA's Motion *in Limine* No. 29 Regarding Rambus's Purported "Speed" Claims ("Nanya's and Nanya USA's Motion *in Limine* No. 29");**

6. **Exhibits D to the Declaration of L. Kieran Kieckhefer In Support Of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motion *In Limine* No. 29 Regarding Rambus's Purported "Speed" Claims ("Kieckhefer Declaration in Support of Motion *in Limine* No. 29");**

7. **Exhibit I to the Declaration of L. Kieran Kieckhefer In Support Of Nanya Technology Corporation's and Nanya Technology Corporation USA's Motion *In Limine* No. 29 Regarding Rambus's Purported "Speed" Claims ("Kieckhefer Declaration in Support of Motion *in Limine* No. 29"); and**

8. **Nanya Technology Corporation's and Nanya Technology Corporation USA's Motion *in Limine* No. 34 Re Rambus Inc.'s Communications With Patent Prosecutors ("Nanya's and Nanya USA's Motion *in Limine* No. 34").**

- 2 -             [] ORDER GRANTING NANYA'S ADMINISTRATIVE
                  MOTION TO FILE DOCUMENTS UNDER SEAL
                  CASE NO. 05-00334 RMW

1  The Motion for Administrative Relief and the supporting declaration establish that
2  the foregoing documents are properly filed under seal.
3  Good cause appearing, it is **HEREBY ORDERED,** that the foregoing documents
4  shall be filed under seal.

6  Dated: __12/23_____, 2008

   _____
   Honorable Ronald M. Whyte

   OHS West:260560305.1

- 3 -

[] ORDER GRANTING NANYA'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 05-00334 RMW