1

2  *Attorney list on signature page*

3

4 | IN THE UNITED STATES DISTRICT COURT

5 | NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS, INC., | ***E-FILED - 12/23/08*** |
| Plaintiff. | |
| v. | |
| | Case No. C 05-00334 RMW |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | [ ] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL EXHIBIT 4 TO THE DECLARATION OF ROBERT S. BEREZIN IN SUPPORT OF MOTION *IN LIMINE* NOS. 16-21 |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | Date:      December 19, 2008<br>Time:      2:00 pm<br>Location:  Courtroom 6, 4th floor<br>Judge:     Hon. Ronald M. Whyte |
| Defendants. | |
| RAMBUS, INC., | |
| Plaintiff. | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | Case No. C 05-02298 RMW |
| Defendants. | |
| RAMBUS, INC.,<br>    Plaintiff,<br>v.<br>MICRON TECHNOLOGY INC., et al.,<br>    Defendants. | Case No. C 06-00244 RMW |

[] Order Granting MAR to Seal Documents

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

As set forth in the Miscellaneous Administrative Request To Seal Exhibit 4 of Robert S. Berezin's Declaration In Support Motion *In Limine* Numbers 16-21 (hereinafter "Miscellaneous Administrative Request"), Samsung lodged with the Court the following:

    1.    Exhibit 4 to the Declaration of Robert S. Berezin In Support of Motion *In Limine* 16-22 has been designated under the protective order as "Highly Confidential."

Having considered the Miscellaneous Administrative Request, and for good cause appearing therefore,

Exhibit 4 of Robert S. Berezin's Declaration In Support Motion *In Limine* Numbers 16-21 are to be filed under seal.

IT IS SO ORDERED.

DATED: __12/23__, 2008    By: _/s/ Ronald M. Whyte_
                                       Honorable Ronald M. Whyte