ROBERT E. FREITAS (STATE BAR NO. 80948)
CRAIG R. KAUFMAN (STATE BAR NO. 159458)
VICKIE L. FEEMAN (STATE BAR NO. 177487)
L. KIERAN KIECKHEFER (STATE BAR NO. 251978)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Defendants and Counterclaim Plaintiffs
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR MANUFACTURING AMERICA, INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA,<br><br>Defendants. | Case No.  CV-05-00334 RMW<br><br>**[] ORDER GRANTING NANYA TECHNOLOGY CORPORATION'S AND NANYA TECHNOLOGY CORPORATION USA'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5(D) AND 7-11)**<br><br>(RE OPPOSITION TO RAMBUS INC'S *DAUBERT* MOTION NO. 3: PRECLUDING DR. ROBERT E. HALLS'S OPINIONS BASED ON THE 2004 ELPIDA AGREEMENT AND THE 2001 SAMSUNG AGREEMENT)<br><br>Date:        December 11, 2008<br>Courtroom:  2<br>Time:        2:00 p.m.<br>Judge:       Hon. Ronald M. Whyte |

On November 14, 2008, Nanya Technology Corporation ("Nanya") and Nanya Technology Corporation USA ("Nanya USA") filed an Administrative Motion to File Documents Under Seal Pursuant to Local Rule 7-11 and 79-5(d) in the above-captioned actions with respect to the following documents:

1. **Select Excerpts of Nanya Technology Corporation's and Nanya Technology Corporation USA's Opposition to Rambus Inc.'s *Daubert* Motion No. 3 to Preclude Dr. Robert E. Hall's Opinions Based on the 2004 Elpida Agreement and the 2001 Samsung Agreement.**

2. **Exhibits A-I to the Declaration of Jason S. Angell In Support of Nanya Technology Corporation's and Nanya Technology Corporation USA's Opposition to Rambus Inc.'s *Daubert* Motion No. 3 to Preclude Dr. Robert E. Hall's Opinions based on the 2004 Elpida Agreement and the 2001 Samsung Agreement.**

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, it is **HEREBY ORDERED,** that the foregoing documents shall be filed under seal.

Dated: __12/23__, 2008

*Ronald M. Whyte*
_____
Honorable Ronald M. Whyte
United States District Court Judge

OHS West:260551016.1