| | |
|---|---|
| Gregory P. Stone (SBN 078329) | Rollin A. Ransom (SBN 196126) |
| Andrea Weiss Jeffries (SBN 183408) | SIDLEY AUSTIN LLP |
| Fred A. Rowley, Jr. (SBN 192298) | 555 West Fifth Street, Suite 4000 |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, CA 90013-1010 |
| 355 South Grand Avenue, 35th Floor | Telephone: (213) 896-6000 |
| Los Angeles, CA 90071-1560 | Facsimile: (213) 896-6600 |
| Telephone: (213) 683-9100 | Email: rransom@sidley.com |
| Facsimile: (213) 687-3702 | |
| Email: gregory.stone@mto.com | Pierre J. Hubert (Pro Hac Vice) |
| Email: andrea.jeffries@mto.com | Craig N. Tolliver (Pro Hac Vice) |
| Email: fred.rowley@mto.com | McKOOL SMITH PC |
| | 300 West 6th Street, Suite 1700 |
| Peter A. Detre (SBN 182619) | Austin, TX 78701 |
| Rosemarie T. Ring (SBN 220769) | Telephone: (512) 692-8700 |
| Jennifer L. Polse (SBN 219202) | Facsimile: (512) 692-8744 |
| MUNGER, TOLLES & OLSON LLP | Email: phubert@mckoolsmith.com |
| 560 Mission Street, 27th Floor | Email: ctolliver@mckoolsmith.com |
| San Francisco, CA 94105 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |
| Email: peter.detre@mto.com | |
| Email: rose.ring@mto.com | ***E-FILED - 12/23/08*** |
| Email: jen.polse@mto.com | |

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendant. | CASE NO.  05-00334 RMW <br><br> **[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (Local Rules 79-5 and 7-11) IN CONNECTION WITH RAMBUS'S CONSOLIDATED OPPOSITION TO MANUFACTURERS' MOTIONS FOR SUMMARY JUDGMENT ON WILLFUL INFRINGEMENT** <br><br> Judge: Hon. Ronald M. Whyte <br> Trial Date: Jan. 17, 2007 <br> Hearing Date: Dec. 11, 2008 <br> Dept: Courtroom 6, 4th Floor |

| | |
|---|---|
| RAMBUS INC.,<br>           Plaintiff,<br>     v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>           Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br>           Plaintiff,<br>     vs.<br>MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br>           Defendants. | CASE NO: C-06-00244 RMW |

1  On November 14, 2008, Rambus Inc. filed a Motion For Administrative Relief To File
2  Documents Under Seal in the above-captioned actions with respect to the following documents:

- Rambus's Consolidated Opposition to Manufacturers' Motions for Summary Judgment on Willful Infringement.

- Exhibits A, B, C, D, E, K, O, P, U, V, and W to the Declaration of Jeffrey Y. Wu in Support of Rambus's Consolidated Opposition to Manufacturers' Motions for Summary Judgment on Willful Infringement.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated:  __12/23/08__          _____
                              Honorable Ronald M. Whyte
                              United States District Court Judge