1  Gregory P. Stone (SBN 078329)
   Andrea Weiss Jeffries (SBN 183408)
2  Fred A. Rowley, Jr. (SBN 192298)
   MUNGER, TOLLES & OLSON LLP
3  355 South Grand Avenue, 35th Floor
   Los Angeles, CA 90071-1560
4  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
5  Email: gregory.stone@mto.com
   Email: andrea.jeffries@mto.com
6  Email: fred.rowley@mto.com

7  Peter A. Detre (SBN 182619)
   Rosemarie T. Ring (SBN 220769)
8  Jennifer L. Polse (SBN 219202)
   MUNGER, TOLLES & OLSON LLP
9  560 Mission Street, 27th Floor
   San Francisco, CA 94105
10 Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
11 Email: peter.detre@mto.com
   Email: rose.ring@mto.com
12 Email: jen.polse@mto.com

   Rollin A. Ransom (SBN 196126)
   SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
   Los Angeles, CA 90013-1010
   Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
   Email: rransom@sidley.com

   Pierre J. Hubert (Pro Hac Vice)
   Craig N. Tolliver (Pro Hac Vice)
   McKOOL SMITH PC
   300 West 6th Street, Suite 1700
   Austin, TX 78701
   Telephone: (512) 692-8700
   Facsimile: (512) 692-8744
   Email: phubert@mckoolsmith.com
   Email: ctolliver@mckoolsmith.com

13 Attorneys for RAMBUS INC.

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | CASE NO.:  C 05-00334 RMW <br><br> **[] ORDER GRANTING RAMBUS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br><br> Date:   December 12, 2008 <br> Time:   9:00 a.m. <br> Courtroom: 6 <br> Judge:  Hon. Ronald M. Whyte |

[] ORDER GRANTING RAMBUS' MOTION
FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1

| | |
|---|---|
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>        Defendants. | CASE NO.: C 05-02298 RMW |
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICRON TECHNOLOGY INC., et al.,<br><br>        Defendants. | CASE NO.: C 06-00244 RMW |

[] ORDER GRANTING RAMBUS' MOTION
FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1

1   The Court has considered Rambus Inc.'s ("Rambus") Motion for Administrative
2   Relief to File Documents Under Seal and the Declaration of Matthew T. Powers filed therewith.
3   The Court finds good cause to file the following materials under seal:
4   The Confidential version of Rambus's Reply In Support of Its Motion for
5   Summary Judgment On Micron's License Defense and For Partial Summary Judgment on
6   Micron's Lack of Standing Defense.
7   IT IS HEREBY ORDERED that Rambus' Motion is Granted and the foregoing
8   materials shall be filed under seal.

9
10  DATED: __12/23_____, 2008        _Ronald M. Whyte_____
                                          The Honorable Ronald M. Whyte

- 1 -   [] ORDER GRANTING RAMBUS' MOTION
        FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
        CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1