| | |
|---|---|
| Gregory P. Stone (SBN 078329) | Rollin A. Ransom (SBN 196126) |
| Andrea Weiss Jeffries (SBN 183408) | SIDLEY AUSTIN LLP |
| Fred A. Rowley, Jr. (SBN 192298) | 555 West Fifth Street, Suite 4000 |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, CA 90013-1010 |
| 355 South Grand Avenue, 35th Floor | Telephone: (213) 896-6000 |
| Los Angeles, CA 90071-1560 | Facsimile: (213) 896-6600 |
| Telephone: (213) 683-9100 | Email: rransom@sidley.com |
| Facsimile: (213) 687-3702 | |
| Email: gregory.stone@mto.com | Pierre J. Hubert (Pro Hac Vice) |
| Email: andrea.jeffries@mto.com | Craig N. Tolliver (Pro Hac Vice) |
| Email: fred.rowley@mto.com | McKOOL SMITH PC |
| | 300 West 6th Street, Suite 1700 |
| Peter A. Detre (SBN 182619) | Austin, TX 78701 |
| Rosemarie T. Ring (SBN 220769) | Telephone: (512) 692-8700 |
| Jennifer L. Polse (SBN 219202) | Facsimile: (512) 692-8744 |
| MUNGER, TOLLES & OLSON LLP | Email: phubert@mckoolsmith.com |
| 560 Mission Street, 27th Floor | Email: ctolliver@mckoolsmith.com |
| San Francisco, CA 94105 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |
| Email: peter.detre@mto.com | |
| Email: rose.ring@mto.com | |
| Email: jen.polse@mto.com | |

Attorneys for RAMBUS INC.

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | CASE NO.: C 05-00334 RMW |
| Plaintiff, | [] **ORDER GRANTING RAMBUS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |
| | Date:  December 12, 2008 |
| | Time:  9:00 a.m. |
| | Courtroom: 6 |
| | Judge:  Hon. Ronald M. Whyte |

[] ORDER GRANTING RAMBUS' MOTION
FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | CASE NO.:  C 05-02298 RMW |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY INC., et al., <br><br> Defendants. | CASE NO.:  C 06-00244 RMW |

[] ORDER GRANTING RAMBUS' MOTION
FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1

1 | The Court has considered Rambus Inc.'s ("Rambus") Motion for Administrative Relief to File Documents Under Seal and the Declaration of Matthew T. Powers filed therewith. The Court finds good cause to file the following materials under seal:

The Confidential version of Rambus's Reply In Support of Its Motion for Summary Judgment On Micron's License Defense and For Partial Summary Judgment on Micron's Lack of Standing Defense.

IT IS HEREBY ORDERED that Rambus' Motion is Granted and the foregoing materials shall be filed under seal.

DATED: __12/23__, 2008           *Ronald M. Whyte*
　　　　　　　　　　　　　　　　　 The Honorable Ronald M. Whyte

- 1 -   [] ORDER GRANTING RAMBUS' MOTION
        FOR ADMIN. RELIEF TO FILE DOCS UNDER SEAL
        CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

SF1 1515801v.1