1

2

3

4                                            *E-FILED - 12/23/08*

5

6                   UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

8

9   RAMBUS, INC.,                          Case No. C 05-00334 RMW

10            Plaintiff,
                                           **[] ORDER GRANTING
11   v.                                    MISCELLANEOUS ADMINISTRATIVE
                                           REQUEST TO SEAL (1) PORTIONS OF
12   HYNIX SEMICONDUCTOR INC., et al.,     SAMSUNG'S OPPOSITION TO
                                           RAMBUS'S *DAUBERT* MOTION NO. 3
13            Defendants.                  AND MOTION *IN LIMINE*
                                           REGARDING W. CHRISTOPHER
14                                         BAKEWELL AND (2) EXHIBITS 1, 2,
                                           AND 6 TO THE DECLARATION OF
15                                         ROBERT S. BEREZIN IN SUPPORT OF
                                           SAMSUNG'S OPPOSITION TO
16                                         RAMBUS'S *DAUBERT* MOTION NO. 3
                                           AND MOTION *IN LIMINE*
17                                         REGARDING W. CHRISTOPHER
                                           BAKEWELL**

18   RAMBUS, INC.,                          Case No. C 05-02298 RMW

19            Plaintiff,

20   v.

21   SAMSUNG ELECTRONICS CO., LTD., et al.,

22            Defendants.

23

24

25

26

27

28

As set forth in Samsung's Miscellaneous Administrative Request To Seal (1) Portions of Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell and (2) Exhibits 1, 2, and 6 to the Declaration of Robert S. Berezin In Support of Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell (hereinafter "Samsung's Miscellaneous Administrative Request"), Samsung lodged with the Court the following:

1. Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell;

2. Exhibit 1 to the Declaration of Robert S. Berezin In Support of Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell;

3. Exhibit 2 to the Declaration of Robert S. Berezin In Support of Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell;

4. Exhibit 6 to the Declaration of Robert S. Berezin In Support of Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell.

Having considered Samsung's Miscellaneous Administrative Request, and for good cause appearing therefore,

Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell, and Exhibits 1, 2, and 6 to the Declaration of Robert S. Berezin In Support of Samsung's Opposition to Rambus's *Daubert* Motion No. 3 and Motion *In Limine* Regarding W. Christopher Bakewell is to be filed under seal.

IT IS SO ORDERED.

DATED: _____12/23_____, 2008     By: _____

*Ronald M. Whyte*

Honorable Ronald M. Whyte

[] Order Granting MAR to Seal Docs