1   TOWNSEND and TOWNSEND and CREW LLP
    DANIEL J. FURNISS (SBN 73531) djfurniss@townsend.com
2   THEODORE G. BROWN, III (SBN 114672) tgbrown@townsend.com
    JULIE J. HAN (SBN 215289) jjhan@townsend.com
3   379 Lytton Avenue
    Palo Alto, California 94301
4   Telephone: (650) 326-2400; Facsimile: (650) 326-2422

5   O'MELVENY & MYERS LLP
    KENNETH L. NISSLY (SBN 77589) knissly@omm.com
6   SUSAN van KEULEN (SBN 136060) svankeulen@omm.com
    2765 Sand Hill Road
7   Menlo Park, CA 94025
    Telephone: (650) 473-2600; Facsimile: (650) 473-2601
8
    O'MELVENY & MYERS LLP
9   KENNETH R. O'ROURKE (SBN 120144) korourke@omm.com
    WALLACE A. ALLAN (SBN 102054) tallan@omm.com
10  400 South Hope Street, Suite 1060
    Los Angeles, California 90071-2899          ***E-FILED - 12/23/08***
11  Telephone: (213) 430-6000; Facsimile (213) 430-6407

12  Attorneys for Defendants and Counterclaim Plaintiffs
    HYNIX SEMICONDUCTOR INC.,
13  HYNIX SEMICONDUCTOR AMERICA INC., HYNIX
    SEMICONDUCTOR MANUFACTURING AMERICA INC.,
14  HYNIX SEMICONDUCTOR U.K. LTD., and
    HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH
15
                    **UNITED STATES DISTRICT COURT**
16          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
17
    RAMBUS INC.,
18                    Plaintiff,              Case No. C 05-00334 RMW
                 v.
19                                           **[] ORDER GRANTING
    HYNIX SEMICONDUCTOR INC., HYNIX          HYNIX'S ADMINISTRATIVE
20  SEMICONDUCTOR AMERICA INC., HYNIX        REQUEST TO FILE DOCUMENTS
    SEMICONDUCTOR MANUFACTURING              UNDER SEAL PURSUANT TO
21  AMERICA INC.,                            LOCAL RULES 79-5 AND 7-11**

22  SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
23  SAMSUNG SEMICONDUCTOR, INC.,
    SAMSUNG AUSTIN SEMICONDUCTOR,
24  L.P.,

25  NANYA TECHNOLOGY CORPORATION,
    NANYA TECHNOLOGY CORPORATION
26  U.S.A.,

27                    Defendants

28

1 | HYNIX SEMICONDUCTOR INC., HYNIX
SEMICONDUCTOR AMERICA INC., HYNIX
2 | SEMICONDUCTOR MANUFACTURING
AMERICA INC., HYNIX SEMICONDUCTOR
3 | U.K. LTD., HYNIX SEMICONDUCTOR
DEUTSCHLAND GmbH,
4 |
                    Counterclaim Plaintiffs,
5 |          v.
6 | RAMBUS INC.,
7 |                    Counterdefendant.
8 |

On November 25, 2008, Hynix filed an Administrative Request to File Documents Under Seal with respect to the following documents:

     1.     Reply In Support of Hynix's Daubert Motion to Exclude Portions of the Expert Report and Testimony of Rambus's Damages Expert David J. Teece (Daubert #6), which includes information designated by the parties as "Confidential – Outside Counsel Only" under the Protective Order in this case.

     2.     Exhibit A to Declaration of Julie J. Han in Support of Hynix's Reply to Rambus' Opposition to Hynix's Motion for Summary Judgment for the Prevention of Double Recovery of Damages Relating to Hynix's Sales of DDR2, DDR3, gDDRr2, and GDDR3 Products (MSJ #11), which includes information designated by the parties as "Special Confidential" under the Protective Order entered in Case No. C 00-20905 RMW.

Good cause appearing, IT IS THEREFORE ORDERED:

The foregoing documents, the subject of Hynix's November 25, 2008 Administrative Request to File Under Seal, shall be filed under seal.

Dated: _____12/23/08_____

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge

61707311 v1