1    *Attorneys Listed After Caption Page*

2

3

4

5

6                                                    *E-FILED - 12/23/08*

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11   RAMBUS INC.,                        │ Case No. C 05-00334 RMW

12              Plaintiff,               │ [PROPOSED] ORDER GRANTING
     v.                                  │ MISCELLANEOUS ADMINISTRATIVE
13                                       │ REQUEST PURSUANT TO CIVIL LOCAL
     HYNIX SEMICONDUCTOR INC.,           │ RULES 7-10 AND 79-5 TO SEAL:
14   HYNIXSEMICONDUCTOR AMERICA          │
     INC., HYNIX SEMICONDUCTOR           │ 1. CONFIDENTIAL VERSION OF MICRON,
15   MANUFACTURING AMERICA INC.,         │    SAMSUNG AND HYNIX'S OPPOSITION
                                         │    TO RAMBUS INC.'S *DAUBERT* MOTION
16   SAMSUNG ELECTRONICS CO., LTD.,      │    NO. 3 TO PRECLUDE THE
     SAMSUNG ELECTRONICS AMERICA,        │    MANUFACTURERS' EXPERTS FROM
17   INC., SAMSUNG SEMICONDUCTOR,        │    RELYING ON THE INFINEON
     INC., SAMSUNG AUSTIN                │    SETTLEMENT AGREEMENT, CERTAIN
18   SEMICONDUCTOR, L.P.,                │    AMENDED LICENSE AGREEMENTS,
                                         │    AND CERTAIN LICENSE
19   NANYA TECHNOLOGY                    │    RENEGOTIATIONS AND NOTICE OF
     CORPORATION, NANYA                  │    CROSS-MOTION AND CROSS-MOTION
20   TECHNOLOGY CORPORATION U.S.A.,      │    TO PRECLUDE RAMBUS INC. AND
                                         │    DAVID J. TEECE FROM RELYING ON
21              Defendants.              │    THE 2000 LICENSES;
                                         │
22                                       │ 2. EXHIBITS A, B, C, G, H, I, J, K, L & M
                                         │    TO THE DECLARATION OF DAVID J.
23                                       │    LENDER IN SUPPORT THEREOF;
                                         │
24                                       │ 3. CONFIDENTIAL VERSION OF
                                         │    MICRON'S OPPOSITION TO RAMBUS'S
25                                       │    MOTION FOR SUMMARY JUDGMENT;
                                         │
26                                       │ 4. EXHIBITS 1, 2, 3, 4, 6, 7, & 11 TO THE
                                         │    DECLARATION OF ELIZABETH
27                                       │    STOTLAND WEISWASSER IN SUPPORT
                                         │    THEREOF
28                                       │ Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | RAMBUS INC., | Case No. C 05-02298 RMW |
| 2 |        Plaintiff, | |
| 3 | v. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | |
| 5 | SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| 6 | | |
| 7 |        Defendants. | |
| 8 | RAMBUS INC., | Case No. C 06-00244 RMW |

1  RAMBUS INC.,                                          Case No. C 05-02298 RMW

2           Plaintiff,

3  v.

4  SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   SAMSUNG SEMICONDUCTOR, INC.,
5  SAMSUNG AUSTIN SEMICONDUCTOR,
   L.P.,
6
           Defendants.
7
   RAMBUS INC.,                                          Case No. C 06-00244 RMW
8
           Plaintiff,
9
   v.
10
   MICRON TECHNOLOGY, INC. and MICRON
11 SEMICONDUCTOR PRODUCTS, INC.,

           Defendants.

1   JARED BOBROW (Bar No. 133712)
    Email: jared.bobrow@weil.com
2   JOHN D. BEYNON (Bar No. 233581)
    Email: john.beynon@weil.com
3   WEIL GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
4   Redwood Shores, CA 94065
    Telephone: (650) 802-3034
5   Facsimile: (650) 802-3100

6   ELIZABETH STOTLAND WEISWASSER
    Email: elizabeth.weiswasser@weil.com
7   DAVID LENDER
    Email: david.lender@weil.com
8   WEIL, GOTSHAL & MANGES LLP
    New York Office
9   767 Fifth Avenue
    New York, NY 10153
10  Telephone: (212) 310-8000
    Facsimile: (646) 842-0505

11
    WILLIAM C. PRICE (Bar No. 108542)
12  Email: william.price@quinnemanuel.com
    HAROLD A. BARZA (Bar No. 80888)
13  Email: halbarza@quinnemanuel.com
    JON R. STEIGER (Bar No. 229814)
14  Email: jonsteiger@quinnemanuel.com
    ROBERT J. BECHER (Bar No. 193431)
15  Email: robertbecher@quinnemanuel.com
    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
16  865 South Figueroa Street, 10th Floor
    Los Angeles, CA  90017
17  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

18
    Attorneys for Defendants
19  MICRON TECHNOLOGY, INC. and
    MICRON SEMICONDUCTOR PRODUCTS, INC.

20

21  MATTHEW D. POWERS
    Email: matthew.powers @weil.com
22  STEVEN S. CHERENSKY
    Email: steven.cherensky @weil.com
23  WEIL GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
24  Redwood Shores, CA 94065
    Telephone: (650) 802-3034
25  Facsimile:  (650) 802-3100

26

27

28

1  ROBERT S. BEREZIN
   Email: *robert.berezin@weil.com*
2  WEIL, GOTSHAL & MANGES LLP
   New York Office
3  767 Fifth Avenue
   New York, NY 10153
4  Telephone: (212) 310-8000

5  Attorneys for Defendants
   SAMSUNG ELECTRONICS CO., LTD.,
6  SAMSUNG ELECTRONICS AMERICA, INC.,
   SAMSUNG SEMICONDUCTOR, INC., and
7  SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

8
   DANIEL J. FURNISS (Bar No. 73531)
9  Email: *difurniss@townsend.com*
   THEODORE G. BROWN, III (Bar No. 114672)
10 Email: *tgbrown@townsend.com*
   JORDAN TRENT JONES (Bar No. 166600)
11 Email: *jtjones@townsend.com* ·
   TOWNSEND and TOWNSEND and CREW LLP
12 379 Lytton Avenue
   Palo Alto, California 94301
13 Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422

14
   KENNETH L. NISSLY (Bar No. 77589)
15 Email: *knissly@omm.com*
   SUSAN van KEULEN (Bar No. 136060)
16 Email: *svankeulen@omm.com*
   O'MELVENY & MYERS LLP
17 2765 Sand Hill Road
   Menlo Park, CA  94025
18 Telephone:  (650) 473-2674
   Facsimile:  (650) 473-2601

19
   GEOFFREY H. YOST (Bar No. 159687)
20 Email: *gyost@omm.com*
   O'MELVENY & MYERS LLP
21 Two Embarcadero Center, 28th Floor
   San Francisco, CA  94111-3823
22 Telephone:  (415) 984-8724
   Facsimile:  (415) 984-8701

23

24

25

26

27

28

[PROPOSED]  ORDER  GRANTING  MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS

1   KENNETH R. O'ROURKE (Bar No. 120144)
    Email: korourke@omm.com
2   WALLACE A. ALLAN (Bar No. 102054)
    Email: tallan@omm.com
3   O'MELVENY & MYERS LLP
    400 South Hope Street, Suite 1060
4   Los Angeles, California 90071-2899
    Telephone: (213) 430-6000
5   Facsimile: (213) 430-6407

6   Attorneys for Defendants
    HYNIX SEMICONDUCTOR INC.,
7   HYNIX SEMICONDUCTOR AMERICA INC.,
    HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX
8   SEMICONDUCTOR U.K. LTD., and
    HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS

CASE NO. C 05 02298 RMW
CASE NO. C 05 00334 RMW
CASE NO. C 06 00244 RMW

1               As set forth in defendants Micron Technology, Inc., Micron Semiconductor

2 Products, Inc., Samsung Electronics Co., LTD., Samsung Electronics America, Inc., Samsung

3 Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Hynix Semiconductor Inc.,

4 Hynixsemiconductor America Inc., and Hynix Semiconductor Manufacturing America Inc.,'s

5 (collectively "Defendants") Miscellaneous Administrative Request Pursuant To Civil Local Rules

6 7-10 and 79-5 To Seal Documents, Defendants lodged with the Court the following documents in

7 connection with their Opposition To Rambus Inc.'s *Daubert* Motion No. 3 To Preclude The

8 Manufacturers' Experts From Relying On The Infineon Settlement Agreement, Certain Amended

9 License Agreements, And Certain License Renegotiations And Notice Of Cross-Motion And

10 Cross-Motion To Preclude Rambus Inc. And David J. Teece From Relying On The 2000

11 Licenses, and Micron's Opposition to Rambus's Motion for Summary Judgment on Micron's

12 License Defense and for Partial Summary Judgment on Micron's Lack of Standing Defense:

13            •     The Confidential version of Micron, Samsung, and Hynix's Opposition To

14 Rambus Inc.'s *Daubert* Motion No. 3 to Preclude the Manufacturers' Experts From Relying on

15 the Infineon Settlement Agreement, Certain Amended License Agreements, and Certain License

16 Renegotiations And Notice of Cross-Motion and Cross-Motion to Preclude Rambus Inc. and

17 David J. Teece From Relying on the 2000 Licenses.

18            •     **Exhibit A** to the Declaration of David J. Lender in Support of Micron,

19 Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

20 and correct copy of excerpts from the deposition of David J. Teece, dated 10/20/2008.

21            •     **Exhibit B** to the Declaration of David J. Lender in Support of Micron,

22 Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

23 and correct copy of excerpts from the deposition of David J. Teece, dated 10/21/2008.

24            •     **Exhibit C** to the Declaration of David J. Lender in Support of Micron,

25 Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

26 and correct copy of excerpts from the expert report of David J. Teece, from *Rambus Inc. v.*

27 *Infineon Technologies AG*, Civ. No. 3:00CV524, dated 12/20/2000.

28            •     **Exhibit G** to the Declaration of David J. Lender in Support of Micron,

[PROPOSED] ORDER GRANTING MISCELLANEOUS        1              CASE NO. C 05 02298 RMW
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS                        CASE NO. C 05 00334 RMW
                                                     CASE NO. C 06 00244 RMW

1   Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

2   and correct copy of a document bearing bates numbers R2060906-7.

3          •   **Exhibit H** to the Declaration of David J. Lender in Support of Micron,

4   Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

5   and correct copy of excerpts from the deposition of John Danforth, dated 6/26/2008.

6          •   **Exhibit I** to the Declaration of David J. Lender in Support of Micron,

7   Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

8   and correct copy of excerpts from the deposition of Stephen D. Prowse, Ph.D, dated 10/22/2008.

9          •   **Exhibit J** to the Declaration of David J. Lender in Support of Micron,

10  Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

11  and correct copy of excerpts from the deposition of W. Christopher Bakewell, dated 10/15/2008.

12         •   **Exhibit K** to the Declaration of David J. Lender in Support of Micron,

13  Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

14  and correct copy of excerpts from the deposition of Roy Weinstein, dated 10/16/2008.

15         •   **Exhibit L** to the Declaration of David J. Lender in Support of Micron,

16  Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

17  and correct copy of excerpts from the expert report of David J. Teece towards Micron, dated

18  9/05/2008.

19         •   **Exhibit M** to the Declaration of David J. Lender in Support of Micron,

20  Samsung, and Hynix's Opposition to Rambus Inc.'s *Daubert* Motion No. 3.  This exhibit is a true

21  and correct copy of excerpts from the expert report of David J. Teece towards Hynix, dated

22  9/05/2008.

23         •   The Confidential version of Micron's Opposition to Rambus's Motion for

24  Summary Judgment on Micron's License Defense and for Partial Summary Judgment on

25  Micron's Lack of Standing Defense ("Micron's Confidential Opposition to Rambus's Motion for

26  Summary Judgment")

27         •   **Exhibit 1** to the Declaration of Elizabeth Stotland Weiswasser in support

28  of Micron's Opposition To Rambus's Motion For Summary Judgment On Micron's License

1  Defense And For Partial Summary Judgment On Micron's Lack Of Standing Defense.   This

2  exhibit is a true and correct copy of excerpts from various MIPS Computer Systems, Inc.

3  ("MIPS") documents relating to the R6000.

4       •       **Exhibit 2** to the Declaration of Elizabeth Stotland Weiswasser in support

5  of Micron's Opposition To Rambus's Motion For Summary Judgment On Micron's License

6  Defense And For Partial Summary Judgment On Micron's Lack Of Standing Defense.   This

7  exhibit is a true and correct copy of excerpts from the deposition of Paul Michael Farmwald,

8  dated 7/25/2001 and 7/26/2001.

9       •       **Exhibit 3** to the Declaration of Elizabeth Stotland Weiswasser in support

10  of Micron's Opposition To Rambus's Motion For Summary Judgment On Micron's License

11  Defense And For Partial Summary Judgment On Micron's Lack Of Standing Defense.   This

12  exhibit is a true and correct copy of excerpts from the deposition of Paul Michael Farmwald,

13  dated 7/14/2006.

14       •       **Exhibit 4** to the Declaration of Elizabeth Stotland Weiswasser in support

15  of Micron's Opposition To Rambus's Motion For Summary Judgment On Micron's License

16  Defense And For Partial Summary Judgment On Micron's Lack Of Standing Defense.   This

17  exhibit is a true and correct copy of excerpts from the deposition of Paul Michael Farmwald,

18  dated 1/22/2001.

19       •       **Exhibit 6** to the Declaration of Elizabeth Stotland Weiswasser in support

20  of Micron's Opposition To Rambus's Motion For Summary Judgment On Micron's License

21  Defense And For Partial Summary Judgment On Micron's Lack Of Standing Defense.   This

22  exhibit is a true and correct copy of an email from M. Farmwald to R. Crisp, dated 9/08/1995

23  (Bates Nos. R2760342 – R2760343).

24       •       **Exhibit 7** to the Declaration of Elizabeth Stotland Weiswasser in support

25  of Micron's Opposition To Rambus's Motion For Summary Judgment On Micron's License

26  Defense And For Partial Summary Judgment On Micron's Lack Of Standing Defense.   This

27  exhibit is a true and correct copy of handwritten notes, dated 5/15/1989 (Bates No. R114996).

28

[PROPOSED] ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS

**CASE NO. C 05 02298 RMW**
**CASE NO. C 05 00334 RMW**
**CASE NO. C 06 00244 RMW**

1    •    **Exhibit 11** to the Declaration of Elizabeth Stotland Weiswasser in support

2    of Micron's Opposition To Rambus's Motion For Summary Judgment On Micron's License

3    Defense And For Partial Summary Judgment On Micron's Lack Of Standing Defense.   This

4    exhibit is a true and correct copy of excerpts from the deposition of Barry J. Weinert as Silicon

5    Graphics Inc.'s 30(b)(6) witness, dated 9/17/2008.

6            Having considered Defendants' Miscellaneous Administrative Request, and good

7    cause appearing,

8            IT IS HEREBY ORDERED that the Confidential version of Micron Technology,

9    Inc., Micron Semiconductor Products, Inc., Samsung Electronics Co., LTD., Samsung Electronics

10   America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Hynix

11   Semiconductor Inc., Hynix Semiconductor America Inc., and Hynix Semiconductor

12   Manufacturing America Inc.,'s Opposition To Rambus Inc.'s *Daubert* Motion No. 3 to Preclude

13   the Manufacturers' Experts From Relying on the Infineon Settlement Agreement, Certain

14   Amended License Agreements, and Certain License Renegotiations And Notice of Cross-Motion

15   and Cross-Motion to Preclude Rambus Inc. and David J. Teece From Relying on the 2000

16   Licenses and Exhibits A, B, C, G, H, I, J, K, L & M to the Declaration of David J. Lender in

17   Support thereof are to be filed under seal.

18           IT IS HEREBY ORDERED that the Confidential version of Micron's Opposition

19   to Rambus's Motion for Summary Judgment on Micron's License Defense and for Partial

20   Summary Judgment on Micron's Lack of Standing Defense, and Exhibits 1, 2, 3, 4, 6, 7 and 11

21   are to be filed under seal.

24   Dated:    12/23/08

     The Honorable Ronald M. Whyte
     United States District Court Judge

|PROPOSED| ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS

CASE No. C 05 02298 RMW
CASE No. C 05 00334 RMW
CASE No. C 06 00244 RMW