| | |
|---|---|
| Gregory P. Stone (SBN 078329)<br>Andrea Weiss Jeffries (SBN 183408)<br>Fred A. Rowley, Jr. (SBN 192298)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Email: gregory.stone@mto.com<br>Email: andrea.jeffries@mto.com<br>Email: fred.rowley@mto.com<br><br>Peter A. Detre (SBN 182619)<br>Rosemarie T. Ring (SBN 220769)<br>Jennifer L. Polse (SBN 219202)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>Email: peter.detre@mto.com<br>Email: rose.ring@mto.com<br>Email: jen.polse@mto.com<br><br>Attorneys for RAMBUS INC. | Rollin A. Ransom (SBN 196126)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>Email: rransom@sidley.com<br><br>Pierre J. Hubert (Pro Hac Vice)<br>Craig N. Tolliver (Pro Hac Vice)<br>McKOOL SMITH PC<br>300 West 6th Street, Suite 1700<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br>Email: phubert@mckoolsmith.com<br>Email: ctolliver@mckoolsmith.com<br><br>***E-FILED - 12/23/08*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>Defendant. | CASE NO. 05-00334 RMW<br><br>**[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (Local Rules 79-5 and 7-11) IN CONNECTION WITH RAMBUS'S REPLY IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE W. CHRISTOPHER BAKEWELL FROM OFFERING HIS NEWLY FORMED OPINIONS AT TRIAL**<br><br>Judge:        Hon. Ronald M. Whyte<br>Trial Date:   Jan. 17, 2007<br>Hearing Date: Dec. 10, 2008<br>Dept:         Courtroom 6, 4th Floor |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | CASE NO. C 05-02298 RMW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 5 | Defendants. | |
| 6 | RAMBUS INC., | CASE NO: C-06-00244 RMW |
| 7 | Plaintiff, | |
| 8 | vs. | |
| 9 | MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 10 | | |
| 11 | Defendants. | |

6480531.1

[] ORDER GRANTING
RAMBUS'S MTN. TO FILE UNDER SEAL
NOS; 05-00334 RMW; 05-02298 RMW; 06-00244 RMW

On November 25, 2008, Rambus Inc. filed a Motion For Administrative Relief To File Documents Under Seal in the above-captioned actions with respect to the following documents:

- Rambus's Reply in Support of Motion in Limine to Preclude W. Christopher Bakewell From Offering His Newly Formed Opinions at Trial.
- Exhibits A-E to the Declaration of Ian J. Miller in Support of Rambus Inc.'s Reply on its Motion in Limine to Preclude W. Christopher Bakewell From Offering His Newly Formed Opinions at Trial.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: __12/23/08__

_/s/ Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Court Judge