*[Attorneys Listed After Caption Page]*

***E-FILED - 12/23/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIXSEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | Case No. C 05-00334 RMW<br><br>**[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL:**<br><br>**1. CONFIDENTIAL VERSION OF MICRON AND SAMSUNG'S REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT REGARDING CERTAIN DAMAGES ISSUES AND RELATED *DAUBERT* MOTIONS TO PRECLUDE DAVID J. TEECE FROM OFFERING TESTIMONY ON SUCH ISSUES (MSJ NO. 8);**<br><br>**2. EXHIBITS A & B TO THE DECLARATION OF DAVID J. LENDER IN SUPPORT THEREOF;**<br><br>**3. CONFIDENTIAL VERSION OF MICRON AND SAMSUNG'S REPLY IN FURTHER SUPPORT OF THEIR JOINT DAUBERT MOTION AND MOTIONS IN LIMINE REGARDING CERTAIN DAMAGES ISSUES (DAUBERT NO. 9)**<br><br>Honorable Ronald M. Whyte |

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>Defendants. | Case No. C 05-02298 RMW |
| RAMBUS INC.,<br><br>Plaintiff,<br>v.<br><br>MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>Defendants. | Case No. C 06-00244 RMW |

[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS
CASE NO. C 05 02298 RMW
CASE NO. C 05 00334 RMW
CASE NO. C 06 00244 RMW

JARED BOBROW (Bar No. 133712)
Email: *jared.bobrow@weil.com*
JOHN D. BEYNON (Bar No. 233581)
Email: *john.beynon@weil.com*
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3034
Facsimile: (650) 802-3100

ELIZABETH STOTLAND WEISWASSER
Email: *elizabeth.weiswasser@weil.com*
DAVID LENDER
Email: *david.lender@weil.com*
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (646) 842-0505

WILLIAM C. PRICE (Bar No. 108542)
Email: *william.price@quinnemanuel.com*
HAROLD A. BARZA (Bar No. 80888)
Email: *halbarza@quinnemanuel.com*
JON R. STEIGER (Bar No. 229814)
Email: *jonsteiger@quinnemanuel.com*
ROBERT J. BECHER (Bar No. 193431)
Email: *robertbecher@quinnemanuel.com*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

MATTHEW D. POWERS
Email: *matthew.powers @weil.com*
STEVEN S. CHERENSKY
Email: *steven.cherensky @weil.com*
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3034
Facsimile:   (650) 802-3100

ROBERT S. BEREZIN
Email:  *robert.berezin@weil.com*
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC., and
SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

As set forth in defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Samsung Electronics Co., LTD., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P.'s Miscellaneous Administrative Request Pursuant To Civil Local Rules 7-10 and 79-5 To Seal Documents, Defendants lodged with the Court the following documents in connection with their Reply In Further Support Of Their Motion For Summary Judgment Regarding Certain Damages Issues And Related Daubert Motions To Preclude David J. Teece From Offering Testimony On Such Issues (MSJ No. 8) and Reply In Further Support Of Their Joint Daubert Motion And Motions In Limine Regarding Certain Damages Issues (Daubert No. 9):

- The Confidential version of Micron Technology, Inc., Micron Semiconductor Products, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., And Samsung Austin Semiconductor, L.P.'s Reply In Further Support Of Their Motion For Summary Judgment Regarding Certain Damages Issues And Related Daubert Motions To Preclude David J. Teece From Offering Testimony On Such Issues (MSJ No. 8).
- **Exhibit A** to the Declaration of David J. Lender in Support of Micron and Samsung's Confidential Reply MSJ No. 8. This exhibit is a true and correct copy of excerpts from the expert report of Stephen D. Prowse, Ph.D, dated 9/26/2008.
- **Exhibit B** to the Declaration of David J. Lender in Support of Micron and Samsung's Confidential Reply MSJ No. 8. This exhibit is a true and correct copy of excerpts from the deposition of David J. Teece, dated 10/21/2008.
- The Confidential version of Micron Technology, Inc., Micron Semiconductor Products, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., And Samsung Austin Semiconductor, L.P.'s Reply In Further Support Of Their Joint Daubert Motion And Motions In Limine Regarding Certain Damages Issues (Daubert No. 9).

Having considered Defendants' Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that the Confidential version of Micron Technology, Inc., Micron Semiconductor Products, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., And Samsung Austin Semiconductor, L.P.'s Reply In Further Support Of Their Motion For Summary Judgment Regarding Certain Damages Issues And Related Daubert Motions To Preclude David J. Teece From Offering Testimony On Such Issues (MSJ No. 8) and Exhibits A & B to the Declaration of David J. Lender in Support thereof are to be filed under seal.

IT IS HEREBY ORDERED that the Confidential version of Micron Technology, Inc., Micron Semiconductor Products, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., And Samsung Austin Semiconductor, L.P.'s Reply In Further Support Of Their Joint Daubert Motion And Motions In Limine Regarding Certain Damages Issues (Daubert No. 9) is to be filed under seal.

Dated: 12/23/08

Ronald M. Whyte

The Honorable Ronald M. Whyte
United States District Court Judge