1 | *[Attorneys listed after cover page]*

*<u>E-FILED - 12/23/08</u>*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | Case No. C 05-00334 RMW |
| Plaintiff, | |
| v. | **[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL MICRON AND SAMSUNG'S EXHIBIT B TO THE DECLARATION OF MATTHEW ANTONELLI IN SUPPORT OF MICRON AND SAMSUNG'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT (MSJ NO. 5)** |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |

[] Order Granting MAR Pursuant to LR 7-10 and 79-5
to Seal Exhibit B to Antonelli Decl.

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

| | | |
|---|---|---|
| 1 | RAMBUS INC., | Case No. C 05-02298 RMW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| 5 | SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, | |
| 6 | L.P., | |
| 7 | Defendants. | |
| 8 | | |
| 9 | RAMBUS INC., | Case No. C 06-00244 RMW |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 13 | Defendants. | |
| 14 | | |
| 15 | | |

[] Order Granting MAR Pursuant to LR 7-10 and 79-5
to Seal Exhibit B to Antonelli Decl.

**CASE NO. C 05 00334 RMW**
**CASE NO. C 05 02298 RMW**
**CASE NO. C 06 00244 RMW**

| | |
|---|---|
| 1 | MATTHEW D. POWERS |
| | Email: *matthew.powers @weil.com* |
| 2 | STEVEN S. CHERENSKY |
| | Email: *steven.cherensky @weil.com* |
| 3 | WEIL GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 4 | Redwood Shores, CA 94065 |
| | Telephone:    (650) 802-3034 |
| 5 | Facsimile:   (650) 802-3100 |
| 6 | ROBERT S. BEREZIN |
| | Email:  *robert.berezin@weil.com* |
| 7 | WEIL, GOTSHAL & MANGES LLP |
| | New York Office |
| 8 | 767 Fifth Avenue |
| | New York, NY 10153 |
| 9 | Telephone: (212) 310-8000 |
| 10 | Attorneys for Defendants |
| | SAMSUNG ELECTRONICS CO., LTD., |
| 11 | SAMSUNG ELECTRONICS AMERICA, INC., |
| | SAMSUNG SEMICONDUCTOR, INC., and |
| 12 | SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |
| 13 | |
| | JARED BOBROW (Bar No. 133712) |
| 14 | Email:  *jared.bobrow@weil.com* |
| | JOHN D. BEYNON (Bar No. 233581) |
| 15 | Email:  *john.beynon@weil.com* |
| | WEIL GOTSHAL & MANGES LLP |
| 16 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 17 | Telephone:    (650) 802-3034 |
| | Facsimile:    (650) 802-3100 |
| 18 | |
| | ELIZABETH STOTLAND WEISWASSER |
| 19 | Email:  *elizabeth.weiswasser@weil.com* |
| | DAVID LENDER |
| 20 | Email:  *david.lender@weil.com* |
| | WEIL, GOTSHAL & MANGES LLP |
| 21 | New York Office |
| | 767 Fifth Avenue |
| 22 | New York, NY 10153 |
| | Telephone: (212) 310-8000 |
| 23 | Facsimile: (646) 842-0505 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[] Order Granting MAR Pursuant to LR 7-10 and 79-5
to Seal Exhibit B to Antonelli Decl.

**CASE NO. C 05 00334 RMW**
**CASE NO. C 05 02298 RMW**
**CASE NO. C 06 00244 RMW**

1  WILLIAM C. PRICE (Bar No. 108542)
   Email: *william.price@quinnemanuel.com*
2  HAROLD A. BARZA (Bar No. 80888)
   Email: *halbarza@quinnemanuel.com*
3  JON R. STEIGER (Bar No. 229814)
   Email: *jonsteiger@quinnemanuel.com*
4  ROBERT J. BECHER (Bar No. 193431)
   Email: *robertbecher@quinnemanuel.com*
5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 South Figueroa Street, 10th Floor
6  Los Angeles, CA  90017
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Defendants MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[] Order Granting MAR Pursuant to LR 7-10 and 79-5
to Seal Exhibit B to Antonelli Decl.

**CASE NO. C 05 00334 RMW**
**CASE NO. C 05 02298 RMW**
**CASE NO. C 06 00244 RMW**

1  As set forth in defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.'s (collectively "Micron") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P. (collectively "Samsung") Miscellaneous Administrative Request Pursuant To Civil Local Rules 7-10 and 79-5 To Seal Documents, Samsung and Micron lodged with the Court Exhibit B to the Declaration of Matthew Antonelli in Support of Micron and Samsung's Reply Memorandum in Support of their Motion for Summary Judgment of No Willful Infringement (MSJ No. 5)

Having considered Micron and Samsung's Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that Exhibit B to the Declaration of Matthew Antonelli in Support of Micron and Samsung's Reply Memorandum in Support of their Motion for Summary Judgment of No Willful Infringement (MSJ No. 5) is to be filed under seal.

DATED: ___12/23_____, 2008

_____
HON. RONALD M. WHYTE