Gregory P. Stone (SBN 078329)
Andrea Weiss Jeffries (SBN 183408)
Fred A. Rowley, Jr. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: gregory.stone@mto.com
Email: andrea.jeffries@mto.com
Email: fred.rowley@mto.com

Peter A. Detre (SBN 182619)
Rosemarie T. Ring (SBN 220769)
Jennifer L. Polse (SBN 219202)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: peter.detre@mto.com
Email: rose.ring@mto.com
Email: jen.polse@mto.com

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: phubert@mckoolsmith.com
Email: ctolliver@mckoolsmith.com

***E-FILED - 12/23/08***

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>    vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>          Defendant. | CASE NO.  05-00334 RMW<br><br>**[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (Local Rules 79-5 and 7-11)**<br><br>Judge:      Hon. Ronald M. Whyte<br>Hearing Date:  Dec. 10, 2008<br>Time:        2:00 p.m.<br>Dept:       Courtroom 6, 4th Floor<br>Trial Date:   Jan. 17, 2007 |
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al., | CASE NO. C 05-02298 RMW |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Defendants. | |
| RAMBUS INC., | |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

CASE NO:  C-06-00244 RMW

On November 25, 2008, Rambus Inc. filed a Motion For Administrative Relief To File Documents Under Seal in the above-captioned actions with respect to the following documents:

- Rambus Inc.'s Reply in Support of *Daubert* Motion No. 3 To Preclude The Manufacturers' Damages Experts From Relying On The Infineon Settlement Agreement, Certain Amended License Agreements, And Certain License Renegotiations.

- Exhibit B to the Declaration of Andrea Weiss Jeffries in Support of Rambus Inc.'s Reply in Support of *Daubert* Motion No. 3 To Preclude The Manufacturers' Damages Experts From Relying On The Infineon Settlement Agreement, Certain Amended License Agreements, And Certain License Renegotiations.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: ___12/23_____, 2008

_Ronald M. Whyte_
_____
Honorable Ronald M. Whyte
United States District Court Judge

[] ORDER GRANTING
RAMBUS'S MTN. TO FILE UNDER SEAL
NOS; 05-00334 RMW; 05-02298 RMW; 06-00244 RMW