Gregory P. Stone (SBN 078329)
Andrea Weiss Jeffries (SBN 183408)
Fred A. Rowley, Jr. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email:  gregory.stone@mto.com
Email:  andrea.jeffries@mto.com
Email:  fred.rowley@mto.com

Peter A. Detre (SBN 182619)
Rosemarie T. Ring (SBN 220769)
Jennifer L. Polse (SBN 219202)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077
Email:  peter.detre@mto.com
Email:  rose.ring@mto.com
Email:  jen.polse@mto.com

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600
Email:  rransom@sidley.com

Pierre J. Hubert (*Pro Hac Vice*)
Craig N. Tolliver (*Pro Hac Vice*)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX  78701
Telephone:  (512) 692-8700
Facsimile:   (512) 692-8744
Email:  phubert@mckoolsmith.com
Email:  ctolliver@mckoolsmith.com

Attorneys for RAMBUS INC.

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | CASE NO.:  C 05-00334 RMW <br><br> **[] ORDER GRANTING RAMBUS'S OMNIBUS MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br> Date:        December 19, 2008 <br> Time:       2:00 p.m. <br> Courtroom: 6 <br> Judge:       Hon. Ronald M. Whyte |

| | | |
|---|---|---|
| 1 | RAMBUS INC., ) | CASE NO.:  C 05-02298 RMW |
| 2 | ) Plaintiff, ) | |
| 3 | ) vs. ) | |
| 4 | ) SAMSUNG ELECTRONICS CO., LTD., et al., ) | |
| 5 | ) | |
| 6 | ) ) | |
| 7 | Defendants. ) ) | CASE NO.:  C 06-00244 RMW |
| 8 | RAMBUS INC., ) ) | |
| 9 | Plaintiff, ) ) | |
| 10 | vs. ) ) | |
| 11 | ) ) | |
| 12 | MICRON TECHNOLOGY INC., et al., ) ) | |
| 13 | Defendants. ) ) | |
| 14 | ) | |

[] ORDER GRANTING RAMBUS'
MOTION FOR ADMINISTRATIVE RELIEF TO FILE
DOCUMENTS UNDER SEAL
CASE NOS. C 05-00334 RMW; C 05-02298 RMW; C 06-00244 RMW

1    The Court has considered Rambus Inc.'s ("Rambus") Motion for Administrative
2 Relief to File Documents Under Seal and the Declaration of Matthew T. Powers filed therewith.  The
3 Court finds good cause to file the following materials under seal: Rambus's Opposition to Nanya's
4 Motion *In Limine* No. 38 Regarding Damages Testimony Related to Nanya Licenses With Third
5 Parties; and Exhibit A to Rambus's Opposition to Nanya's Motion *In Limine* No. 35 (Nanya-Micron
6 2008 Joint Technology Development Agreement).
7    IT IS HEREBY ORDERED that Rambus's Motion is Granted and the foregoing
8 materials shall be filed under seal.

10 DATED: __12/23_____, 2008    *Ronald M. Whyte*
                                    The Honorable Ronald M. Whyte

1

[] ORDER GRANTING RAMBUS'
MOTION FOR ADMINISTRATIVE RELIEF TO FILE
DOCUMENTS UNDER SEAL
CASE NOS. C 05-00334 RMW; C 05-02298 RMW; C 06-00244 RMW

SF1 1516636v.1