1  *Attorneys Listed On Signature Page*

2

3

4

5

6  ***E-FILED - 12/23/08***

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

| | |
|---|---|
| 11  RAMBUS INC., | Case No. C 05-00334 RMW |
| 12        Plaintiff, | **[] ORDER GRANTING** |
| 13  v. | **MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL** |
| 14  HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX | **THE CONFIDENTIAL VERSION OF MICRON'S OPPOSITION TO** |
| 15  SEMICONDUCTOR MANUFACTURING AMERICA INC., | **RAMBUS'S MOTION *IN LIMINE* NO. 16 TO EXCLUDE CERTAIN TESTIMONY** |
| 16  SAMSUNG ELECTRONICS CO., LTD., | **OF STEPHEN PROWSE, AND EXHIBITS 7, 8 AND 9 TO THE** |
| 17  SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | **DECLARATION OF JOHN D. BEYNON IN SUPPORT OF OPPOSITIONS TO** |
| 18  SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | **RAMBUS'S MOTIONS *IN LIMINE* NOS. 6, 8 AND 16** |
| 19  NANYA TECHNOLOGY CORPORATION, | |
| 20  NANYA TECHNOLOGY CORPORATION U.S.A., | Hearing Date:   December 19, 2008<br>Time:              2:00 p.m. |
| 21        Defendants. | Courtroom:         6<br>Honorable Ronald M. Whyte |

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC.,<br>SAMSUNG AUSTIN SEMICONDUCTOR,<br>L.P.,<br><br>        Defendants. | Case No. C 05-02298 RMW |
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC. and MICRON<br>SEMICONDUCTOR PRODUCTS, INC.,<br><br>        Defendants. | Case No. C 06-00244 RMW |

1   JARED BOBROW (Bar No. 133712)
    Email:  *jared.bobrow@weil.com*
2   JOHN D. BEYNON (Bar No. 233581)
    Email:  *john.beynon@weil.com*
3   WEIL GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
4   Redwood Shores, CA 94065
    Telephone:    (650) 802-3034
5   Facsimile:    (650) 802-3100

6   ELIZABETH STOTLAND WEISWASSER
    Email:  *elizabeth.weiswasser@weil.com*
7   DAVID LENDER
    Email:  *david.lender@weil.com*
8   WEIL, GOTSHAL & MANGES LLP
    New York Office
9   767 Fifth Avenue
    New York, NY 10153
10  Telephone: (212) 310-8000
    Facsimile: (646) 842-0505
11
    WILLIAM C. PRICE (Bar No. 108542)
12  Email:  *william.price@quinnemanuel.com*
    HAROLD A. BARZA (Bar No. 80888)
13  Email:  *halbarza@quinnemanuel.com*
    JON R. STEIGER (Bar No. 229814)
14  Email:  *jonsteiger@quinnemanuel.com*
    ROBERT J. BECHER (Bar No. 193431)
15  Email:  *robertbecher@quinnemanuel.com*
    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
16  865 South Figueroa Street, 10th Floor
    Los Angeles, CA  90017
17  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
18
    Attorneys for Defendants MICRON TECHNOLOGY, INC. and
19  MICRON SEMICONDUCTOR PRODUCTS, INC.

20

21

22

23

24

25

26

27

28

As set forth in defendants Micron Technology, Inc.'s and Micron Semiconductor Products, Inc.'s (collectively "Micron") Miscellaneous Administrative Request Pursuant To Civil Local Rules 7-10 and 79-5 To Seal Documents, Micron lodged with the Court the following documents in connection with Micron's Opposition To Rambus's Motion *In Limine* No. 16 To Exclude Certain Testimony Of Stephen Prowse; and the Declaration of John D. Beynon In Support of Oppositions to Rambus's Motions *in Limine* Nos. 6, 8 and 16:

- Confidential Version of Micron's Opposition To Rambus's Motion *In Limine* No. 16 To Exclude Certain Testimony Of Stephen Prowse;

- Exhibit 7 To the Declaration of John D. Beynon in Support of Oppositions to Rambus's Motions *In Limine* Nos. 6, 8 and 16;

- Exhibit 8 To the Declaration of John D. Beynon in Support of Oppositions to Rambus's Motions *In Limine* Nos. 6, 8 and 16;

- Exhibit 9 To the Declaration of John D. Beynon in Support of Oppositions to Rambus's Motions *In Limine* Nos. 6, 8 and 16;

Having considered Micron's Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that the Confidential Version of Micron's Opposition To Rambus's Motion *In Limine* No. 16 To Exclude Certain Testimony Of Stephen Prowse, and Exhibits 7, 8 and 9 to the Declaration of John D. Beynon In Support Of Oppositions to Rambus's Motions *In Limine* Nos. 6, 8 and 16 are to be filed under seal.

Dated: _____12/23/08_____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge