1

2  *Attorney list on signature page*

3  ***E-FILED - 12/23/08***

4  IN THE UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

6  RAMBUS, INC.,

7      Plaintiff.
  v.

8                                          Case No. C 05-00334 RMW

9  HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,

[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL EXHIBITS 2, 3, AND 4 TO THE DECLARATION OF MELISSA L. HOTZE IN SUPPORT OF OPPOSITIONS TO RAMBUS'S MOTIONS *IN LIMINE* NOS. 10 & 22

11  SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,

14  NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,

Date:     December 19, 2008
Time:    2:00 pm
Location: Courtroom 6, 4th floor
Judge:    Hon. Ronald M. Whyte

16

17      Defendants.

18  RAMBUS, INC.,

19      Plaintiff.
  v.

20  SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,

Case No. C 05-02298 RMW

23      Defendants.

24  RAMBUS, INC.,
    Plaintiff,

25  v.
MICRON TECHNOLOGY INC., et al.,

Case No. C 06-00244 RMW

26      Defendants.

27

28

[] Order Granting MAR to Seal Documents

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

As set forth in the Miscellaneous Administrative Request To Seal Exhibits 2, 3, and 4 of Melissa L. Hotze's Declaration In Support Oppositions to Rambus's Motion *In Limine* Nos. 10 and 22 (hereinafter "Miscellaneous Administrative Request"), Samsung lodged with the Court the following:

1. Exhibit 2 to the Declaration of Melissa L. Hotze In Support of Oppositions to Rambus's Motions *In Limine* has been designated under the protective order as "Confidential – Attorney's Eyes Only."

2. Exhibit 3 to the Declaration of Melissa L. Hotze In Support of Oppositions to Rambus's Motions *In Limine* has been designated under the protective order as "Confidential – Outside Counsel Only."

3. Exhibit 4 to the Declaration of Melissa L. Hotze In Support of Oppositions to Rambus's Motions *In Limine* has been designated under the protective order as "Confidential – Attorney's Eyes Only."

Having considered the Miscellaneous Administrative Request, and for good cause appearing therefore,

Exhibits 2, 3, and 4 of Melissa L. Hotze's Declaration In Support of Oppositions to Rambus's Motions *In Limine* Nos. 10 and 22 are to be filed under seal.

IT IS SO ORDERED.

DATED: __12/23__, 2008    By: *Ronald M. Whyte*
                              Honorable Ronald M. Whyte

[] Order Granting MAR to Seal Documents       1       CASE NO. C 05 00334 RMW
                                                      CASE NO. C 05 02298 RMW
                                                      CASE NO. C 06 00244 RMW