1   Gregory P. Stone (SBN 078329)
    Andrea Weiss Jeffries (SBN 183408)
2   Fred A. Rowley, Jr. (SBN 192298)
    MUNGER, TOLLES & OLSON LLP
3   355 South Grand Avenue, 35th Floor
    Los Angeles, CA 90071-1560
4   Telephone: (213) 683-9100
    Facsimile: (213) 687-3702
5   Email: gregory.stone@mto.com
    Email: andrea.jeffries@mto.com
6   Email: fred.rowley@mto.com

7   Peter A. Detre (SBN 182619)
    Rosemarie T. Ring (SBN 220769)
8   Jennifer L. Polse (SBN 219202)
    MUNGER, TOLLES & OLSON LLP
9   560 Mission Street, 27th Floor
    San Francisco, CA 94105
10  Telephone: (415) 512-4000
    Facsimile: (415) 512-4077
11  Email: peter.detre@mto.com
    Email: rose.ring@mto.com
12  Email: jen.polse@mto.com

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: phubert@mckoolsmith.com
Email: ctolliver@mckoolsmith.com

*E-FILED - 12/23/08*

13  Attorneys for RAMBUS INC.

14  UNITED STATES DISTRICT COURT

15  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16  RAMBUS INC.,                        CASE NO.  05-00334 RMW

17              Plaintiff,              **[] ORDER GRANTING
                                        RAMBUS INC.'S MOTION FOR
18       vs.                            ADMINISTRATIVE RELIEF TO FILE
                                        DOCUMENTS UNDER SEAL (Local Rules
19  HYNIX SEMICONDUCTOR INC., et al.,   79-5 and 7-11) IN CONNECTION WITH
                                        RAMBUS'S OPPOSITION TO THE
20              Defendant.              MANUFACTURERS' MOTION *IN LIMINE*
                                        NO. 9 TO PRECLUDE EVIDENCE OF
21                                      COMMERCIAL SUCCESS**

22                                      Judge:       Hon. Ronald M. Whyte
                                        Trial Date:   Jan. 19, 2009
23                                      Hearing Date:  Dec. 19, 2008
                                        Dept:        Courtroom 6, 4th Floor
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| RAMBUS INC.,<br><br>                    Plaintiff,<br><br>            v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>                    Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br><br>                    Plaintiff,<br><br>            vs.<br><br>MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>                    Defendants. | CASE NO:  C-06-00244 RMW |

1    On December 12, 2008, Rambus Inc. filed a Motion For Administrative Relief To File

2   Documents Under Seal in the above-captioned actions with respect to the following documents:

3    • Rambus's Opposition to the Manufacturers' Motion in Limine No. 9 to Preclude Evidence

4       of Commercial Success.

5    • Exhibit I to the Declaration of Ian J. Miller In Support Of Rambus's Opposition to the

6       Manufacturers' Motion In Limine No. 9 to Preclude Evidence of Commercial Success.

7   The Motion for Administrative Relief and the supporting declaration establish that the foregoing

8   documents are properly filed under seal.

9    Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be

10  filed under seal.

11

12  Dated: _12/23/08_____        _Ronald M. Whyte_____

13                                       Honorable Ronald M. Whyte
                                         United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6579548.1                              - 1 -        [] ORDER GRANTING
                                                    RAMBUS'S MTN. TO FILE UNDER SEAL
                                                    NOS; 05-00334 RMW; 05-02298 RMW; 06-00244 RMW