1 | *Attorneys Listed On Signature Page*

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br> v. <br><br> HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., <br><br> Defendants. | Case No. C 05-00334 RMW <br><br> **[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL** <br><br> 1. MICRON, HYNIX AND SAMSUNG'S OPPOSITION TO RAMBUS'S MOTION *IN LIMINE* NO. 12 TO PRECLUDE THE MANUFACTURERS FROM PRESENTING CUMULATIVE TESTIMONY FROM DAMAGES EXPERTS, TO REQUIRE SELECTION OF ONE "LEAD EXPERT" TO TESTIFY CONCERNING COMMON DAMAGES ISSUES, AND TO REQUIRE COORDINATED CROSS-EXAMINATION OF RAMBUS'S DAMAGES EXPERT <br><br> 2. MICRON, HYNIX AND SAMSUNG'S OPPOSITION TO RAMBUS'S MOTION *IN LIMINE* NO. 13 TO EXCLUDE EVIDENCE OF OR RELIANCE UPON THE INFINEON SETTLEMENT AGREEMENT, AGREEMENTS AFFECTED BY THE INFINEON RULINGS, AND RELATED NEGOTIATIONS <br><br> 3. EXHIBITS 8 AND 10 TO THE DECLARATION OF SVEN RAZ IN SUPPORT OF OPPOSITIONS TO RAMBUS'S MOTIONS *IN LIMINE* NOS. 4, 5, 9, 12, 13 AND 25 <br><br> Hearing Date: December 19, 2008 <br> Time:  2:00 p.m. <br> Courtroom:  6 <br> Honorable Ronald M. Whyte |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | Case No. C 05-02298 RMW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | |
| 5 | SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | RAMBUS INC., | Case No. C 06-00244 RMW |
| 9 | Plaintiff, v. | |
| 10 | MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 11 | | |
| 12 | Defendants. | |

| | |
|---|---|
| 1 | JARED BOBROW (Bar No. 133712) |
| | Email: *jared.bobrow@weil.com* |
| 2 | JOHN D. BEYNON (Bar No. 233581) |
| | Email: *john.beynon@weil.com* |
| 3 | WEIL GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 4 | Redwood Shores, CA 94065 |
| | Telephone:     (650) 802-3034 |
| 5 | Facsimile:      (650) 802-3100 |
| 6 | ELIZABETH STOTLAND WEISWASSER |
| | Email: *elizabeth.weiswasser@weil.com* |
| 7 | DAVID LENDER |
| | Email: *david.lender@weil.com* |
| 8 | WEIL, GOTSHAL & MANGES LLP |
| | New York Office |
| 9 | 767 Fifth Avenue |
| | New York, NY 10153 |
| 10 | Telephone: (212) 310-8000 |
| | Facsimile: (646) 842-0505 |
| 11 | |
| | WILLIAM C. PRICE (Bar No. 108542) |
| 12 | Email: *william.price@quinnemanuel.com* |
| | HAROLD A. BARZA (Bar No. 80888) |
| 13 | Email: *halbarza@quinnemanuel.com* |
| | JON R. STEIGER (Bar No. 229814) |
| 14 | Email: *jonsteiger@quinnemanuel.com* |
| | ROBERT J. BECHER (Bar No. 193431) |
| 15 | Email: *robertbecher@quinnemanuel.com* |
| | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 16 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA  90017 |
| 17 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| 18 | |
| | Attorneys for Defendants MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  As set forth in defendants Micron Technology, Inc.'s and Micron Semiconductor
2  Products, Inc.'s (collectively "Micron") Miscellaneous Administrative Request Pursuant To Civil
3  Local Rules 7-10 and 79-5 To Seal Documents, Micron lodged with the Court the following
4  documents in connection with Micron's Opposition to Rambus's Motions *in Limine* Nos. 4, 5, 9,
5  12, 13 and 25:

6  • Confidential Version of Micron, Hynix and Samsung's Opposition To
7  Rambus's Motion *In Limine* No. 12 To Preclude The Manufacturers From Presenting Cumulative
8  Testimony From Damages Experts, To Require Selection Of One "Lead Expert" To Testify
9  Concerning Common Damages Issues, And To Require Coordinated Cross-Examination Of
10 Rambus's Damages Expert;

11 • Confidential Version of Micron, Hynix and Samsung's Opposition To
12 Rambus's Motion *In Limine* No. 13 To Exclude Evidence Of Or Reliance Upon The Infineon
13 Settlement Agreement, Agreements Affected By The Infineon Rulings, And Related
14 Negotiations;

15 • Exhibit 8 To the Declaration of Sven Raz in Support of Oppositions to
16 Rambus's Motions *In Limine* Nos. 4, 5, 9, 12, 13 and 25;

17 • Exhibit 10 To the Declaration of Sven Raz in Support of Oppositions to
18 Rambus's Motions *In Limine* Nos. 4, 5, 9, 12, 13 and 25;

19 Having considered Micron's Miscellaneous Administrative Request, and good
20 cause appearing,

21 IT IS HEREBY ORDERED that the Confidential Version of Micron, Hynix and
22 Samsung's Opposition To Rambus's Motion *In Limine* No. 12 To Preclude The Manufacturers
23 From Presenting Cumulative Testimony From Damages Experts, To Require Selection Of One
24 "Lead Expert" To Testify Concerning Common Damages Issues, And To Require Coordinated
25 Cross-Examination Of Rambus's Damages Expert; the Confidential Version of Micron, Hynix
26 and Samsung's Opposition To Rambus's Motion *In Limine* No. 13 To Exclude Evidence Of Or
27 Reliance Upon The Infineon Settlement Agreement, Agreements Affected By The Infineon
28 Rulings, And Related Negotiations; and Exhibits 8 and 10 to the Declaration of Sven Raz in

12/23/08                    *Ronald M. Whyte*