1 | *Attorneys Listed On Signature Page*

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>HYNIX SEMICONDUCTOR INC., et al., <br><br>　　　　　Defendants. | Case No. CV 05-00334 RMW <br><br>**[] ORDER GRANTING MANUFACTURERS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5(D) AND 7-11)** <br><br>**(RE MANUFACTURERS' NOTICE OF MOTIONS, MOTION TO STRIKE AND MOTION *IN LIMINE* NO. 41 (EXCLUDE UNTIMELY TEECE "REPLY REPORT")** <br><br>Date:　　　January 6, 2009 <br>Time:　　　9:00 a.m. <br>Location:　　Courtroom 6 <br>Judge:　　　Hon. Ronald M. Whyte |
| RAMBUS INC., <br><br>　　　　　Plaintiff, <br>　v. <br>MICRON TECHNOLOGY, INC., et al. <br>　　　　　Defendants. | Case No. C 06-00244 RMW |
| RAMBUS INC., <br><br>　　　　　Plaintiff, <br>　v. <br>SAMSUNG ELECTRONICS CO., LTD., et al., <br><br>　　　　　Defendants. | Case No. C 05-02298 RMW |

1   On December 15, 2008, the Manufacturers filed an Administrative Motion to File
2   Documents Under Seal Pursuant to Local Rule 7-11 and 79-5(d) in the above-captioned actions
3   with respect to the following document:

**Exhibit A to the Declaration of Jason S. Angell In Support of Manufacturers' Notice of Motions, Motion to Strike and Motion** *in Limine* **No. 41 (Exclude Untimely Teece "Reply Report")**

7   The Motion for Administrative Relief and the supporting declaration establish that
8   the foregoing document is properly filed under seal.
9   Good cause appearing, it is **HEREBY ORDERED,** that the foregoing documents
10  shall be filed under seal.

Dated: 12/23/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte

OHS West:260563880.1

[] ORDER GRANTING ADMIN. MOTION
TO FILE DOCUMENTS UNDER SEAL
CASE NOS. 05-2298, 05-0334, 06-00244