Gregory P. Stone (SBN 078329)
Andrea Weiss Jeffries (SBN 183408)
Fred A. Rowley, Jr. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702
Email: Gregory.Stone@mto.com
Email: Andrea.Jeffries@mto.com
Email: Fred.Rowley@mto.com

Peter A. Detre (SBN 182619)
Rosemarie T. Ring (SBN 220769)
Jennifer L. Polse (SBN 219202)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077
Email: Peter.Detre@mto.com
Email: Rose.Ring@mto.com
Email: Jen.Polse@mto.com

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:     (213) 896-6000
Facsimile:      (213) 896-6600
Email: rransom@sidley.com

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX  78701
Telephone:     (512) 692-8700
Facsimile:      (512) 692-8744
Email: phubert@mckoolsmith.com
Email: ctolliver@mckoolsmith.com

Attorneys for RAMBUS INC.

***E-FILED - 12/23/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR, INC., et al., <br><br> Defendants. | CASE NO.  CV 05-00334 RMW <br><br> **[] ORDER GRANTING RAMBUS'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT UNDER SEAL IN CONNECTION WITH RAMBUS'S OPPOSITION TO MANUFACTURERS' MOTION IN LIMINE NO. 21** <br><br> Date:         December 19, 2008 <br> Location    Courtroom 6 <br> Judge:       Hon. Ronald M. Whyte |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | CASE NO. C 05-02298 RMW |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 5 | Defendants. | |
| 6 | | |
| 7 | RAMBUS INC., | CASE NO. C 06-00244 RMW |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | MICRON TECHNOLOGY INC., et al., | |
| 11 | Defendants. | |

1  On December 12, 2008, Rambus Inc. ("Rambus") filed a Motion for
2  Administrative Relief to File Document Under Seal and the Declaration of Jeffrey Y. Wu.  The
3  Court finds good cause to file the following material under seal:
4  • Rambus's Opposition to Manufacturers' Motion *in Limine* No. 21 Re
5  Arguments that JEDEC or the Manufacturers "Copied" or "Took"
6  Rambus's Inventions.
7  IT IS HEREBY ORDERED that Rambus's Motion is Granted and the foregoing
8  material shall be filed under seal.

Dated:  12/23 , 2008

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge