*E-FILED - 12/23/08*

*Attorney list on signature page*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS, INC.,<br><br>      Plaintiff.<br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>      Defendants. | Case No. C 05-00334 RMW<br><br>[] **ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL EXHIBITS 2, 6, 7, 8, 9, 10, 11, AND 12 TO THE DECLARATION OF ROBERT S. BEREZIN IN SUPPORT OF MOTIONS *IN LIMINE* NOS. 16-21**<br><br>Date:     December 19, 2008<br>Time:    2:00 pm<br>Location: Courtroom 6, 4th floor<br>Judge:   Hon. Ronald M. Whyte |
| RAMBUS, INC.,<br><br>      Plaintiff.<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>      Defendants. | Case No. C 05-02298 RMW |
| RAMBUS, INC.,<br>      Plaintiff,<br>v.<br>MICRON TECHNOLOGY INC., et al.,<br>      Defendants. | Case No. C 06-00244 RMW |

Order Granting MAR to Seal Documents

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

As set forth in the Miscellaneous Administrative Request To Seal Exhibits 2, 6, 7, 8, 9, 10, 11, and 12 of Robert S. Berezin's Declaration In Support Motions *In Limine* Numbers 16-21 (hereinafter "Miscellaneous Administrative Request"), Samsung lodged with the Court the following:

1. Exhibit 2 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Confidential – Outside Counsel Only";

2. Exhibit 6 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Highly Confidential";

3. Exhibit 7 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Confidential – Outside Counsel Only";

4. Exhibit 8 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Confidential";

5. Exhibit 9 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Highly Confidential";

6. Exhibit 10 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Confidential – Outside Counsel Only";

7. Exhibit 11 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Confidential – Outside Counsel Only";

8. Exhibit 12 to the Declaration of Robert S. Berezin in support of Motions *In Limine* 16-22 is designated under the protective order as "Confidential – Outside Counsel Only";

1   Having considered the Miscellaneous Administrative Request, and for good cause
2   appearing therefore,
3   Exhibits 2, 6, 7, 8, 9, 10, 11, and 12 of Robert S. Berezin's Declaration In Support
4   Motions *In Limine* Numbers 16-21 are to be filed under seal.
5   IT IS SO ORDERED.

DATED: __12/23_____, 2008      By: *Ronald M. Whyte*
                                    Honorable Ronald M. Whyte

[] Order Granting MAR to Seal Documents

2

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW