1    *Attorneys Listed On Signature Page*

2

3

4

5

6                                          *<u>E-FILED - 12/23/08</u>*

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   RAMBUS INC.,

12           Plaintiff,                      Case No. C 05-00334 RMW

13   v.                                      **[] ORDER GRANTING
                                             MISCELLANEOUS ADMINISTRATIVE**
14   HYNIX SEMICONDUCTOR INC., HYNIX         **REQUEST PURSUANT TO CIVIL**
     SEMICONDUCTOR AMERICA INC., HYNIX       **LOCAL RULES 7-10 AND 79-5 TO SEAL**
     SEMICONDUCTOR MANUFACTURING             **EXHIBITS 19, 20, 21, 23, 38, 39, 40, 41,**
15   AMERICA INC.,                           **42, 43, AND 45 TO THE DECLARATION**
                                             **OF JOHN D. BEYNON IN SUPPORT OF**
16   SAMSUNG ELECTRONICS CO., LTD.,          **MOTIONS *IN LIMINE* NOS. 1-15**
     SAMSUNG ELECTRONICS AMERICA, INC.,
17   SAMSUNG SEMICONDUCTOR, INC.,
     SAMSUNG AUSTIN SEMICONDUCTOR,
18   L.P.,
                                             Hearing Date:    December 19, 2008
19   NANYA TECHNOLOGY CORPORATION,           Time:            2:00 p.m.
     NANYA TECHNOLOGY CORPORATION            Courtroom:       6
20   U.S.A.,                                 Honorable Ronald M. Whyte

21           Defendants.

22

23

24

25

26

27

28

1   RAMBUS INC.,

2              Plaintiff,                        Case No. C 05-02298 RMW

    v.
3
    SAMSUNG ELECTRONICS CO., LTD.,
4   SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC.,
5   SAMSUNG AUSTIN SEMICONDUCTOR,
    L.P.,
6
             Defendants.
7
    RAMBUS INC.,                                 Case No. C 06-00244 RMW
8
             Plaintiff,
9
    v.
10  MICRON TECHNOLOGY, INC. and MICRON
    SEMICONDUCTOR PRODUCTS, INC.,
11
             Defendants.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JARED BOBROW (Bar No. 133712)
Email:  *jared.bobrow@weil.com*
JOHN D. BEYNON (Bar No. 233581)
Email:  *john.beynon@weil.com*
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:     (650) 802-3034
Facsimile:     (650) 802-3100

ELIZABETH STOTLAND WEISWASSER
Email: *elizabeth.weiswasser@weil.com*
DAVID LENDER
Email:  *david.lender@weil.com*
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (646) 842-0505

WILLIAM C. PRICE (Bar No. 108542)
Email:  *william.price@quinnemanuel.com*
HAROLD A. BARZA (Bar No. 80888)
Email:  *halbarza@quinnemanuel.com*
JON R. STEIGER (Bar No. 229814)
Email:  *jonsteiger@quinnemanuel.com*
ROBERT J. BECHER (Bar No. 193431)
Email:  *robertbecher@quinnemanuel.com*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

As set forth in defendants Micron Technology, Inc.'s and Micron Semiconductor Products, Inc.'s (collectively "Micron") Miscellaneous Administrative Request Pursuant To Civil Local Rules 7-10 and 79-5 To Seal Documents, Micron lodged with the Court the following documents in connection with Motions *in Limine* Nos. 1-15:

- Exhibit 19 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 20 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 21 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 23 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 38 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 39 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 40 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 41 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 42 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 43 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

- Exhibit 45 To the Declaration of John D. Beynon in Support of Motions *In Limine* Nos. 1-15;

Having considered Micron's Miscellaneous Administrative Request, and good cause appearing,

ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS

CASE NO. C 05-00334 RMW
CASE NO. C 05-02298 RMW
CASE NO. C 06-00244 RMW

1        IT IS HEREBY ORDERED that Exhibits 19, 20, 21, 23, 38, 39, 40, 41, 42, 43 and

2   45 to the Declaration of John D. Beynon In Support Of Motions *In Limine* Nos. 1-15 are to be

3   filed under seal.

4

5   Dated: __12/23/08_____

                                           *Ronald M. Whyte*

6                                        The Honorable Ronald M. Whyte
                                     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS    2                  CASE NO. C 05-00334 RMW
                                                             CASE NO. C 05-02298 RMW
                                                             CASE NO. C 06-00244 RMW