| | |
|---|---|
| Gregory P. Stone (SBN 078329) | Rollin A. Ransom (SBN 196126) |
| Andrea Weiss Jeffries (SBN 183408) | SIDLEY AUSTIN LLP |
| Fred A. Rowley, Jr. (SBN 192298) | 555 West Fifth Street, Suite 4000 |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, CA 90013-1010 |
| 355 South Grand Avenue, 35th Floor | Telephone: (213) 896-6000 |
| Los Angeles, CA 90071-1560 | Facsimile: (213) 896-6600 |
| Telephone: (213) 683-9100 | Email: rransom@sidley.com |
| Facsimile: (213) 687-3702 | |
| Email: gregory.stone@mto.com | Pierre J. Hubert (Pro Hac Vice) |
| Email: andrea.jeffries@mto.com | Craig N. Tolliver (Pro Hac Vice) |
| Email: fred.rowley@mto.com | McKOOL SMITH PC |
| | 300 West 6th Street, Suite 1700 |
| Peter A. Detre (SBN 182619) | Austin, TX 78701 |
| Rosemarie T. Ring (SBN 220769) | Telephone: (512) 692-8700 |
| Jennifer L. Polse (SBN 219202) | Facsimile: (512) 692-8744 |
| MUNGER, TOLLES & OLSON LLP | Email: phubert@mckoolsmith.com |
| 560 Mission Street, 27th Floor | Email: ctolliver@mckoolsmith.com |
| San Francisco, CA 94105 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |
| Email: peter.detre@mto.com | |
| Email: rose.ring@mto.com | |
| Email: jen.polse@mto.com | |

Attorneys for RAMBUS INC.

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendant. | CASE NO. 05-00334 RMW <br><br> **[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (Local Rules 79-5 and 7-11)** <br><br> Judge: Hon. Ronald M. Whyte <br> Hearing: Dec. 19, 2008 <br> Time: 2:00 p.m. <br> Dept: Courtroom 6, 4th Floor <br> Trial Date: Jan. 19, 2009 |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., | CASE NO. C 05-02298 RMW |

6527632.1

[] ORDER GRANTING
RAMBUS'S MTN. TO FILE UNDER SEAL
NOS; 05-00334 RMW; 05-02298 RMW; 06-00244 RMW

| | | |
|---|---|---|
| 1 | Defendants. | |
| 2 | RAMBUS INC., | CASE NO: C-06-00244 RMW |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 6 | | |
| 7 | Defendants. | |

On December 3, 2008, Rambus Inc. filed a Motion For Administrative Relief To File Document Under Seal in the above-captioned actions with respect to the following document:

- Rambus Inc.'s Notice Of Motion And Motion *In Limine* No. 13 To Exclude Evidence Of Or Reliance Upon The Infineon Settlement Agreement, Agreements Affected By The Infineon Rulings, And Related Negotiations.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing document is properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing document shall be filed under seal.

Dated: 12/23, 2008

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge