| | |
|---|---|
| Gregory P. Stone (SBN 078329) | Rollin A. Ransom (SBN 196126) |
| Andrea Weiss Jeffries (SBN 183408) | SIDLEY AUSTIN LLP |
| Fred A. Rowley, Jr. (SBN 192298) | 555 West Fifth Street, Suite 4000 |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, CA 90013-1010 |
| 355 South Grand Avenue, 35th Floor | Telephone: (213) 896-6000 |
| Los Angeles, CA 90071-1560 | Facsimile: (213) 896-6600 |
| Telephone: (213) 683-9100 | Email: rransom@sidley.com |
| Facsimile: (213) 687-3702 | |
| Email: gregory.stone@mto.com | Pierre J. Hubert (Pro Hac Vice) |
| Email: andrea.jeffries@mto.com | Craig N. Tolliver (Pro Hac Vice) |
| Email: fred.rowley@mto.com | McKOOL SMITH PC |
| | 300 West 6th Street, Suite 1700 |
| Peter A. Detre (SBN 182619) | Austin, TX 78701 |
| Rosemarie T. Ring (SBN 220769) | Telephone: (512) 692-8700 |
| Jennifer L. Polse (SBN 219202) | Facsimile: (512) 692-8744 |
| MUNGER, TOLLES & OLSON LLP | Email: phubert@mckoolsmith.com |
| 560 Mission Street, 27th Floor | Email: ctolliver@mckoolsmith.com |
| San Francisco, CA 94105 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |
| Email: peter.detre@mto.com | |
| Email: rose.ring@mto.com | |
| Email: jen.polse@mto.com | |

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | CASE NO.  05-00334 RMW |
| Plaintiff, | **[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (Local Rules 79-5 and 7-11)** |
| vs. | |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendant. | |
| | Judge:          Hon. Ronald M. Whyte |
| | Hearing Date: Dec. 2, 2008 |
| | Time:            2:00 p.m. |
| | Dept:            Courtroom 6, 4th Floor |
| | Trial Date:     Jan. 17, 2007 |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | CASE NO.:  C 05-02298 RMW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 6 | Defendants. | |
| 7 | RAMBUS INC., | CASE NO:  C-06-00244 RMW |
| 8 | Plaintiff, | |
|  | vs. | |
| 9 | | |
| 10 | MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 11 | Defendants. | |

6369216.1

[] ORDER GRANTING
RAMBUS'S MOTION TO FILE UNDER SEAL
CASE NOS.; 05-00334; 00-20905 RMW ; 06-00244 RMW

1  On November 14, 2008, Rambus Inc. filed a Motion For Administrative Relief To File
2  Documents Under Seal in the above-captioned actions with respect to the following documents:

- Exhibits 1-3 to the Declaration of Jennifer L. Polse in Support of Rambus's Oppositions To Manufacturers' Daubert Motion To Preclude Testimony Of Robert Murphy On Secondary Considerations Of Nonobviousness (Daubert No. 1) And Daubert Motion No. 2 (To Preclude Testimony Of Robert Murphy Regarding PTO Procedure And Patent File Histories).

- Exhibits 1-38 to the Declaration of Andrea Weiss Jeffries In Support Of Rambus's Omnibus Opposition To The Manufacturers' Damages-Related Summary Judgment And Daubert Motions Attaching Confidential Exhibits.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: __12/23_____, 2008

_____
Honorable Ronald M. Whyte
United States District Court Judge

6369216.1

- 1 -

[] ORDER GRANTING
RAMBUS'S MOTION TO FILE UNDER SEAL
CASE NOS.; 05-00334; 00-20905 RMW ; 06-00244 RMW