Gregory P. Stone (SBN 078329)
Andrea Weiss Jeffries (SBN 183408)
Fred A. Rowley (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: gregory.stone@mto.com
Email: andrea.jeffries@mto.com
Email: fred.rowley@mto.com

Peter A. Detre (SBN 182619)
Rosemarie T. Ring (SBN 220769)
Jennifer L. Polse (SBN 219202)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: peter.detre@mto.com
Email: rose.ring@mto.com
Email: jen.polse@mto.com

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: phubert@mckoolsmith.com
Email: ctolliver@mckoolsmith.com

Attorneys for RAMBUS INC.

***E-FILED - 12/23/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br> v. <br><br> HYNIX SEMICONDUCTOR INC., et al, <br><br> Defendants. | CASE NO. C-05-00334 RMW <br><br> **[] ORDER GRANTING RAMBUS'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT UNDER SEAL (LOCAL RULES 79-5 AND 7-11) IN CONNECTION WITH RAMBUS'S OPPOSITIONS TO THE MANUFACTURERS' MOTION *IN LIMINE* NO. 13 (DESIGN-AROUNDS) AND MOTION *IN LIMINE* NO. 27 (NON-ACCUSED PRODUCTS)** <br><br> Date:      December 11, 2008 <br> Time:      2:00 p.m. <br> Location:  Courtroom 6 <br> Judge:     Hon. Ronald M. Whyte <br> Trial Date: January 19, 2009 |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | CASE NO. C-05-02298 RMW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 5 | Defendants. | |
| 6 | RAMBUS INC., | CASE NO. C-06-00244 RMW |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | MICRON TECHNOLOGY, INC. et al, | |
| 10 | Defendants. | |

[] ORDER GRANTING RAMBUS'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL;
CASES NO. 05-334 RMW, 05-2298 RMW, 06-244 RMW

On December 12, 2008, Rambus Inc. filed a Motion For Administrative Relief To File Documents Under Seal in the above-captioned actions with respect to the following documents:

1. Rambus's Opposition to the Manufacturers' Motion *in Limine* No. 13 to Exclude Any Evidence or Argument of Design Around Efforts With Regard to Rambus's Patents in the Liability Trial

2. Rambus's Opposition to the Manufacturers' Motion *in Limine* No. 27 to Exclude References to Non-Accused Products

3. Exhibits A-D to the Declaration of David C. Yang in Support of Rambus's Oppositions to the Manufacturers' Motion *in Limine* No. 13 (Design-Arounds) and Motion *in Limine* No. 27 (Non-Accused Products)

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: 12/23/08

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court Judge