**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***

**CIVIL MINUTES**

**DATE:** December 10, 1008

**Case No. C-05-00334-RMW**     **JUDGE:** Ronald M. Whyte
RAMBUS, INC.                                   -V- HYNIX , NANYA

**Case No. C-05-2298-RMW**
RAMBUS, INC.                                   -V- SAMSUNG

**Case No. C-06-00244-RMW**
RAMBUS, INC.                                   -V- MICRON

Title

Appeared                                              Appeared
Attorneys Present                              Attorneys Present

**COURT CLERK:** Jackie Garcia         **COURT REPORTER:** Irene Rodriguez

**PROCEEDINGS**

**HEARING ON PRETRIAL MOTIONS**         (*Time: 3.15 hrs.*)

**ORDER AFTER HEARING**

Hearing Held.  The Court heard oral argument from counsel and took the matter under submission.

The Court to issue a ruling.  The matter is deemed submitted.