
1 | Gregory P. Stone (SBN 078329)
Andrea Weiss Jeffries (SBN 183408)
2 | Fred A. Rowley, Jr. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
3 | 355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
4 | Telephone: (213) 683-9100
Facsimile: (213) 687-3702
5 | Email: gregory.stone@mto.com
Email: andrea.jeffries@mto.com
6 | Email: fred.rowley@mto.com

7 | Peter A. Detre (SBN 182619)
Rosemarie T. Ring (SBN 220769)
8 | Jennifer L. Polse (SBN 219202)
MUNGER, TOLLES & OLSON LLP
9 | 560 Mission Street, 27th Floor
San Francisco, CA 94105
10 | Telephone: (415) 512-4000
Facsimile: (415) 512-4077
11 | Email: peter.detre@mto.com
Email: rose.ring@mto.com
12 | Email: jen.polse@mto.com

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: phubert@mckoolsmith.com
Email: ctolliver@mckoolsmith.com

***E-FILED - 12/23/08***

13 | Attorneys for RAMBUS INC.

14        UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16 | RAMBUS INC.,

17 | Plaintiff,

18 | vs.

19 | HYNIX SEMICONDUCTOR INC., et al.,

20 | Defendant.

CASE NO. 05-00334 RMW

**[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (Local Rules 79-5 and 7-11) IN CONNECTION WITH RAMBUS'S OPPOSITION TO THE MANUFACTURERS' MOTION *IN LIMINE* NO. 10 TO PRECLUDE EVIDENCE OF RECOGNITION AND SKEPTICISM.**

Judge: Hon. Ronald M. Whyte
Trial Date: Jan. 19, 2009
Hearing Date: Dec. 19, 2008
Dept: Courtroom 6, 4th Floor

| | |
|---|---|
| RAMBUS INC., <br>         Plaintiff, <br>   v. <br> SAMSUNG ELECTRONICS CO., LTD., et al., <br>         Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC., <br>         Plaintiff, <br>   vs. <br> MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., <br>         Defendants. | CASE NO: C-06-00244 RMW |

1   On December 12, 2008, Rambus Inc. filed a Motion For Administrative Relief To File
2   Documents Under Seal in the above-captioned actions with respect to the following documents:

- Exhibit A to the Declaration of Ian J. Miller In Support Of Rambus's Opposition to the Manufacturers' Motion In Limine No. 10 to Preclude Evidence of Recognition and Skepticism.

- Exhibit C to the Declaration of Ian J. Miller In Support Of Rambus's Opposition to the Manufacturers' Motion In Limine No. 10 to Preclude Evidence of Recognition and Skepticism.

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: 12/23/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge