Gregory P. Stone (SBN 078329)
Andrea Weiss Jeffries (SBN 183408)
Fred A. Rowley, Jr. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: gregory.stone@mto.com
Email: andrea.jeffries@mto.com
Email: fred.rowley@mto.com

Peter A. Detre (SBN 182619)
Rosemarie T. Ring (SBN 220769)
Jennifer L. Polse (SBN 219202)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: peter.detre@mto.com
Email: rose.ring@mto.com
Email: jen.polse@mto.com

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

Pierre J. Hubert (*Pro Hac Vice*)
Craig N. Tolliver (*Pro Hac Vice*)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: phubert@mckoolsmith.com
Email: ctolliver@mckoolsmith.com

Attorneys for RAMBUS INC.

*E-FILED - 12/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants. | CASE NO.: C 05-00334 RMW <br><br> [PROPOSED] ORDER GRANTING RAMBUS' OMNIBUS MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL <br><br> Date: December 19, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 6 <br> Judge: Hon. Ronald M. Whyte |

| | |
|---|---|
| RAMBUS INC., | CASE NO.: C 05-02298 RMW |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |
| | CASE NO.: C 06-00244 RMW |
| RAMBUS INC., | |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY INC., et al., | |
| Defendants. | |

The Court has considered Rambus Inc.'s ("Rambus") Omnibus Motion for Administrative Relief to File Documents Under Seal and the Declaration of Matthew T. Powers filed therewith. The Court finds good cause to file the following materials under seal:

    a. Exhibits 6-13 and 16 to the Omnibus Declaration of Matthew T. Powers In Support of Certain Rambus Motions In Limine;

    b. Confidential Version of Rambus' Motion In Limine No. 16 to Exclude Certain Testimony of Stephen Prowse;

    c. Confidential Version of Rambus' Motion In Limine No. 17 to Exclude Certain Testimony of Roy Weinstein;

    d. Confidential Version of Rambus' Motion In Limine No. 18 To Exclude Patent Exhaustion Related Expert Reports and Testimony.

IT IS HEREBY ORDERED that Rambus' Motion is Granted and the foregoing materials shall be filed under seal.

DATED: __12/23__, 2008

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

---

1

[PROPOSED] ORDER GRANTING RAMBUS'
OMNIBUS MOTION FOR ADMINISTRATIVE RELIEF TO FILE
DOCUMENTS UNDER SEAL
CASE NOS. C 05-00334 RMW; C 05-02298 RMW; C 06-00244 RMW

SF1 1516636v.1