1 | [*Parties Listed on Signature Page*]

***E-FILED - 12/24/08*** 

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | CASE NO.: C 05-00334 RMW |
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER ON PRETRIAL SCHEDULE** |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | Trial Date: January 19, 2009<br>Courtroom: 6<br>Judge:  Hon. Ronald M. Whyte |
| RAMBUS INC., | CASE NO.: C 05-02298 RMW |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |
| RAMBUS INC., | CASE NO.: C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY INC., et al., | |
| Defendants. | |

**STIPULATION AND ORDER**

WHEREAS, the 05-06 Patent Trial is scheduled to begin on January 19, 2009 (hereinafter the "Patent Trial");

WHEREAS, the scheduling order dated July 16, 2008 ("Patent Trial Scheduling Order"), and the Court's Standing Order Re: Pretrial Preparation, set certain pretrial deadlines for the Patent Trial;

WHEREAS, Hynix Semiconductor Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K. Ltd., Hynix Semiconductor Deutschland GmbH ("Hynix"), Micron Technology, Inc., Micron Semiconductor Products, Inc. ("Micron"), Nanya Technology Corporation, Nanya Technology Corporation U.S.A. ("Nanya"), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P. ("Samsung") (collectively, the "Manufacturers"), and Rambus Inc. ("Rambus") have agreed to amend the pretrial schedule for the completion of the requirements contained in the Court's Standing Order, subject to the Court's Order Memorializing Willfulness Procedures dated December 4, 2008, and the Court's Request For Proposed Agendas dated December 12, 2008, extending the deadline for filing the joint pretrial conference statement to January 5, 2009. The Manufacturers also reserve their right to address in a pretrial submission whether (1) the parties shall separately identify those exhibits and witnesses that relate only to damages but not to liability, and (2) the schedule should provide for supplementation of the exhibit list. The parties have agreed they will not file optional trial briefs on liability and damages as allowed by Standing Order Paragraph B(1).

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel, that the following pretrial schedule shall be in place for the Patent Trial:

| | | |
|---|---|---|
| 1, 2 | December 30, 2008 | Exchange draft of joint pretrial statement addressing items delineated in Standing Order Paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), (j), (k), and (l). |
| 3, 4 | January 2, 2009 | Exchange written discovery and deposition designations pursuant to Standing Order Paragraph B(8)(e). |
| 5 | January 5, 2009 | Exchange exhibit lists pursuant to Standing Order Paragraph B(8)(g). |
| 6 | | File joint pretrial statement addressing items delineated in Standing Order at paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), (j), (k), and (l). |
| 7, 8 | | Jointly file proposed jury instructions pursuant to Standing Order Paragraph B(5); where there is not agreement, indicate objections. |
| 9 | | Jointly file proposed jury questionnaire pursuant to Standing Order Paragraph B(4). |
| 10 | | File proposed voir dire questions pursuant to Standing Order Paragraph B(4). |
| 11, 12 | | File objections to proposed voir dire questions pursuant to Standing Order Paragraph C(4). |
| 13 | | File proposed verdict form pursuant to Standing Order Paragraphs B(6). |
| 14 | | File objections to proposed verdict form pursuant to Standing Order Paragraph C(4). |
| 15, 16 | January 8, 2009 | File proposed findings of fact and conclusions of law for non-jury issues pursuant to Standing Order Paragraph B(7). |
| 17 | January 14, 2009 | Exchange objections to written discovery responses and deposition designations, and any counter-designations, pursuant to Standing Order Paragraphs C(2) and C(3). |
| 18 | January 16, 2009 | File exhibit list pursuant to Standing Order Paragraph B(8)(g). |
| 19 | | File objections to exhibit list pursuant to Standing Order Paragraph C(4). |
| 20, 21, 22 | January 20, 2009 | File written discovery responses and deposition designations and any counter-designations, and any objections thereto, and rebuttal designations, pursuant to Standing Order Paragraphs B(8)(3), C(2), and C(3). |

SO ORDERED,

DATED: _____12/24/08_____   /s/ Ronald M. Whyte

                                Honorable Ronald M. Whyte

- 2 -                           STIPULATION AND ORDER
                                CASE NOS. 05-334 RMW; 05-2298 RMW; 06-244 RMW

| | | |
|---|---|---|
| 1 | DATED: December 22, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | SIDLEY AUSTIN LLP |
| 3 | | McKOOL SMITH P.C. |

By: /s/
ROSEMARIE T. RING

Attorneys for RAMBUS INC.

DATED: December 22, 2008

JULIE J. HAN
TOWNSEND AND TOWNSEND AND CREW LLP

By /s/
JULIE J. HAN

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

DATED: December 22, 2008

SVEN RAZ
WEIL, GOTSHAL & MANGES LLP

By: /s/
SVEN RAZ

Attorneys for MICRON TECHNOLOGY INC., et. al.

| | | |
|---|---|---|
| 1 | DATED: December 22, 2008 | MATTHEW ANTONELLI<br>WEIL, GOTSHAL & MANGES LLP |

By: /s/
    MATTHEW ANTONELLI

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

DATED: December 22, 2008

THERESA E. NORTON
ORRICK HERRINGTON & SUTCLIFFE LLP

By: /s/
    THERESA E. NORTON

Attorneys for NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA

**Filer's Attestation:**

I, Rosemarie T. Ring am the ECF User whose identification and password are being used to file this **STIPULATION AND (PROPOSED) ORDER ON PRETRIAL SCHEDULE**. In compliance with General Order 45.X.B., I hereby attest that Julie J. Han, Sven Raz, Matthew Antonelli, and Theresa Norton concur in this filing.

By: /s/
ROSEMARIE T. RING