1  Kelli A. Crouch (State Bar No. 239042)
   kcrouch@jonesday.com
2  Deanna L. Johnston (State Bar No. 198017)
   dljohnston@jonesday.com
3  JONES DAY
   555 California St., 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700                    *E-FILED - 1/21/09*

6  Attorneys for Nonparty
   TEXAS INSTRUMENTS INCORPORATED
7

8                      UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 | RAMBUS, INC.,                          | **Case No.  C 05-CV-00334 RMW**
                                            |
12 |            Plaintiff,                  | **NOTICE OF WITHDRAWAL AND
   |     v.                                 | REQUEST FOR AN ORDER
13 |                                        | PERMITTING WITHDRAWAL OF
   | HYNIX SEMICONDUCTOR INC., et al.       | JONES DAY AS COUNSEL OF
14 |                                        | RECORD FOR NONPARTY TEXAS
   | SAMSUNG ELECTRONICS CO., et al.        | INSTRUMENTS INCORPORATED
15 |                                        | PURSUANT TO LOCAL RULE 11-5
   | NANYA TECHNOLOGY CORPORATION,          |  AND ORDER**
16 | et al.
                                            |
17 |            Defendants                  |
   | RAMBUS INC.,                           |
18 |                                        |
   |            Plaintiff,                  | **Case No. C 05-CV-02298 RMW**
19 |     v.                                 |
20 | SAMSUNG ELECTRONICS CO., et al.        |
21 |            Defendants                  |
22 | RAMBUS INC.,                           |
23 |            Plaintiff,                  | **Case No. C 06-CV-00244 RMW**
24 |     v.                                 |
25 | MICRON TECHNOLOGY, INC., et al.        |
26 |            Defendants                  |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California, Kelli A. Crouch and Deanna L. Johnston of the law firm Jones Day withdraw as counsel of record for Nonparty Texas Instruments Incorporated ("TI") in the above-captioned action.

This withdrawal will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action, as TI is not a party to this action.[1]  Accordingly, Jones Day respectfully requests that this Court approve this withdrawal pursuant to Local Rule 11-5.

Dated: January 7, 2009               JONES DAY


                                     By: /s/ Kelli A. Crouch
                                          Kelli A. Crouch

                                     Attorneys for Nonparty
                                     TEXAS INSTRUMENTS INCORPORATED

IT IS SO ORDERED.

Dated:  1/21/09                      By: /s/ Ronald M. Whyte
                                          The Honorable Ronald M. Whyte

SFI-600514v1

---

[1] On September 7, 2007, the Court granted nonparty TI's Motion to Intervene and For Protective Order.  *See* Case 5:06-cv-00244-PMW, Dkt. 161.

SFI-596899v1