1  (All parties and counsel listed on Signature Page)

2

3

4
                                        *E-FILED - 2/11/10*
5

6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11
    RAMBUS INC.,                         CASE NO.  C 05-00334 RMW
12
                     Plaintiff,          **STIPULATION AND [] ORDER
13                                        OF DISMISSAL AS TO SAMSUNG**
            vs.
14
    HYNIX SEMICONDUCTOR INC., et al.,
15
                     Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Rambus Inc. ("Rambus") and Samsung Electronics Co., Ltd., Samsung Electronics |
| 2 | America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. |
| 3 | (collectively, "Samsung") have settled the present dispute, but only as to one another and not to |
| 4 | the extent claims or counterclaims are asserted against others, on mutually-agreeable terms. |
| 5 | The parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as follows: |
| 6 | 1. Rambus hereby dismisses all claims and/or counterclaims brought against Samsung in |
| 7 | this action, but only as against Samsung and not against any of the other defendants, with |
| 8 | prejudice; |
| 9 | 2. Samsung hereby dismisses all claims and/or counterclaims brought against Rambus in |
| 10 | this action with prejudice; and |
| 11 | 3. Each party shall bear its own attorneys' fees and costs. |
| 12 | DATED: February 4, 2010          Respectfully submitted, |

By:    /s/
GREGORY P. STONE (Bar No. 078329)
Email: gregory.stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for
RAMBUS INC.


By:    /s/
MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers @weil.com
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3200
Facsimile: (650) 802-3100

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC.,
SAMSUNG SEMICONDUCTOR, INC., and
SAMSUNG AUSTIN SEMICONDUCTOR,
L.P.

IT IS SO ORDERED.

DATED: __2/9/10_____

_Ronald M. Whyte_

The Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **Filer's Attestation:** |
| 2 | I, Gregory P. Stone, am the ECF User whose identification and password are being used |
| 3 | to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO** |
| 4 | **SAMSUNG**. In compliance with General Order 45.X.B., I hereby attest that Matthew D. Powers |
| 5 | concurs in this filing. |
| 6 | |
| 7 | By: /s/<br>GREGORY P. STONE (Bar No. 078329) |