(All parties and counsel listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | CASE NO. CV 05-00334 RMW |
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER OF DISMISSAL AS TO SK HYNIX** |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |

20971049.1

STIPULATION AND [] ORDER
OF DISMISSAL AS TO SK HYNIX
CASE NO. 05-00334-RMW

1  Rambus Inc. ("Rambus") and SK hynix Inc. (f/k/a/ Hynix Semiconductor Inc.),
2 SK hynix America Inc. (f/k/a/ Hynix Semiconductor America Inc.), Hynix Semiconductor
3 Manufacturing America Inc., SK hynix U.K. Limited (f/k/a/ Hynix Semiconductor U.K. Ltd.),
4 and SK hynix Deutschland GmbH (f/k/a/ Hynix Semiconductor Deutschland GmbH)
5 (collectively, "SK hynix") have settled the disputes between them raised in the above-captioned
6 action on mutually-agreeable terms.
7  The parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as
8 follows:
9  1. Rambus hereby dismisses all claims and/or counterclaims brought against
10 SK hynix in this action with prejudice;
11  2. SK hynix hereby dismisses all claims and/or counterclaims brought against
12 Rambus in this action with prejudice; and
13  3. Each party shall bear its own attorneys' fees and costs.
14
15  IT IS SO STIPULATED.
16 Dated: July 1, 2013                MUNGER, TOLLES & OLSON LLP
                                      SIDLEY AUSTIN LLP
17
18
19                                    By:   */s/ Gregory P. Stone*
20                                      GREGORY P. STONE (SBN 078329)
                                        Email: gregory.stone@mto.com
                                        MUNGER, TOLLES & OLSON LLP
21                                      355 South Grand Avenue, 35th Floor
                                        Los Angeles, CA 90071
22                                      Telephone: (213) 683-9100
                                        Facsimile: (213) 687-3702
23
                                      Attorneys for RAMBUS INC.
24
25
26
27
28

20971049.1                 - 1 -    STIPULATION AND [] ORDER
                                    OF DISMISSAL AS TO SK HYNIX
                                    CASE NO. 05-00334-RMW

Dated: July 1, 2013

O'MELVENY & MYERS LLP
KILPATRICK TOWNSEND & STOCKTON LLP

By: _*/s/ Kenneth L. Nissly*_
KENNETH L. NISSLY (SBN 77589)
Email: knissly@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for SK HYNIX INC., SK HYNIX AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., SK HYNIX U.K. LIMITED, and SK HYNIX DEUTSCHLAND GMBH

**ORDER**

IT IS SO ORDERED.

Dated: July 9, 2013

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge

20971049.1

- 2 -

STIPULATION AND [] ORDER OF DISMISSAL AS TO SK HYNIX
CASE NO. 05-00334-RMW