1   (All parties and counsel listed on Signature Pages)

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11   RAMBUS INC.,                          CASE NO.  CV 05-00334 RMW

12              Plaintiff,                 **STIPULATION AND []**
                                           **ORDER OF DISMISSAL AS TO**
13          vs.                            **NANYA**

14   HYNIX SEMICONDUCTOR INC., et al.,

15

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

22773389.2

1   Rambus Inc. ("Rambus") and Nanya Technology Corporation and Nanya

2   Technology Corporation U.S.A. (collectively, "Nanya") have settled the disputes between them

3   raised in the above-captioned action on mutually-agreeable terms.

4   The parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as

5   follows:

6   1.  Rambus hereby dismisses all claims and/or counterclaims brought against

7   Nanya in this action with prejudice;

8   2.  Nanya hereby dismisses all claims and/or counterclaims brought against

9   Rambus in this action with prejudice; and

10   3.  Each party shall bear its own attorneys' fees and costs.

11

12   IT IS SO STIPULATED.

13   Dated:  March 31, 2014                    MUNGER, TOLLES & OLSON LLP

14

15

16                                          By:___/s/ Gregory P. Stone_____

17                                             GREGORY P. STONE (SBN 078329)
                                              Email: gregory.stone@mto.com
18                                             MUNGER, TOLLES & OLSON LLP
                                              355 South Grand Avenue, 35th Floor
19                                             Los Angeles, CA 90071
                                              Telephone: (213) 683-9100
20                                             Facsimile: (213) 687-3702

21                                             Attorneys for RAMBUS INC.

22

23

24

25

26

27

28

22773389.2

1    Dated: March 31, 2014                    FREITAS TSENG & KAUFMAN LLP

2

3

                                             By:    /s/ Kaiwen Tseng
4                                                KAIWEN TSENG (SBN 193756)
                                                 Email: ktseng@ftklaw.com
5                                                FREITAS TSENG & KAUFMAN LLP
                                                 100 Marine Parkway, Suite 200
6                                                Redwood City, California 94065
                                                 Telephone: (650) 593-6300
7                                                Facsimile: (650) 593-6301

8                                                Attorneys for NANYA TECHNOLOGY
                                                 CORPORATION and NANYA
9                                                TECHNOLOGY COPRPORATION
                                                 U.S.A.
10

11

12

13                                   **ORDER**

14

           IT IS SO ORDERED.
15

16
     Dated: _____, 2014
17                                                _____
                                                  Hon. Ronald M. Whyte
18                                                United States District Judge

19

20

21

22

23

24

25

26

27

28